**Fill in this information to identify the case:**

Debtor name    **BRIDGER STEEL, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MONTANA

Case number (if known)   **2:23-bk-20019**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 6, 2023**     X /s/ DENNIS L. JOHNSON
                                             Signature of individual signing on behalf of debtor

                                             **DENNIS L. JOHNSON**
                                             Printed name

                                             **PRESIDENT**
                                             Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **BRIDGER STEEL, INC.**

United States Bankruptcy Court for the:   **DISTRICT OF MONTANA**

Case number (if known):   **2:23-bk-20019**

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MAJESTIC STEEL USA, INC.** 31099 CHAGRIN BLVD. CLEVELAND, OH 44124 | | **VENDOR (LAWSUIT PENDING IN THE COURT OF COMMON PLEAS CUYAHOGA COUNTY, OHIO)** | | | | **$1,042,597.00** |
| **DURA COAT PRODUCTS INC.** 5361 VIA RICARDO RIVERSIDE, CA 92509 | | **CODING REBATE** | | | | **$833,142.00** |
| **OLD COUNTRY MILLWORK** 5855 Hopper Ave Los Angles, CA 90001 | | **VENDOR** | | | | **$790,124.21** |
| **CASCADIA METALS** PO BOX 1276 LONGVIEW, WA 98632 | | **VENDOR** | | | | **$491,696.39** |
| **THE LCF GROUP, INC.** 3000 MARCUS AVENUE STE. W215 NEW HYDE PARK, NY 11042 | | **ACCOUNTS, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, OR INVESTMENT PROPERTY, ALL PROCEEDS, FUNDS IN MERCHANTS ACCOUNT ETC.** | **Disputed** | **$347,166.60** | **$7,362,455.90** | **$347,166.60** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MARCO INDUSTRIES INC. 4150 100th E AVE SUITE 301 TULSA, OK 74146 | | (LAWSUIT PENDING IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, STATE OF OKLAHOMA) | | | | $307,000.00 |
| JOHNSON FAMILY TRUST 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | | LOAN | | | | $250,000.00 |
| CAPYTAL FUNDING ADDRESS UNKNOWN | | ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INSTRUMENTS, AND INVENTORY, ALL PROCEEDS, ALL FUNDS ETC. | Disputed | $185,559.00 | $7,362,455.90 | $185,559.00 |
| SHEFFIELD METALS INTERNATIONAL PO Box 637438 Cincinnati, OH 45263-7438 | | VENDOR | | | | $106,046.01 |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | PAYROLL LIABILITIES - 941'S | | | | $98,815.59 |
| MICROSEA SYSTEM SOLUTIONS GMBH (BENDEX) Handelskai 94-96, A-1200 Millennium Tower 24 Floor Vienna, Austria | | VENDOR | | | | $88,860.40 |
| PORT OF KALAMA 110 West Marine Drive Kalama,, WA 98625 | | VENDOR | | | | $86,110.20 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MACHINERY FINANCE RESOURCES 651 DAY HILL RD. WINDSOR, CT 06095 | | CANNTEC OSW-24 ORBITAL STRETCH WRAPPER MACHINE SSQ KARR'S PANEL MACHINE (MFR - ACCNT #4760) | | $94,072.40 | $25,000.00 | $69,072.40 |
| MITEK USA INC. 4399 Collections Center Drive Chicago, IL 60693 | | VENDOR | | | | $63,333.20 |
| THE BRYER COMPANY 119 CLAY STREET NW AUBURN, WA 98001 | | VENDOR (LAWSUIT PENDING IN THE SUPERIOR COURT IN THE STATE OF WASHINGTON) | | | | $59,954.12 |
| HERITAGE WOODWORKS INC. 738 Riverside Street Sheridan, WY 82801 | | CUSTOMER REFUNDS | | | | $59,882.47 |
| BOBCAT SPORTS PROPERTIES, LLC PO BOX 843038 C/O LEARFIELD COMMUNICATIONS, INC KANSAS CITY, MO 64184-3038 | | VENDOR | | | | $59,250.00 |
| SEAMLESS CAPITAL GROUP 17560 ATLANTIC BLVD NORTH MIAMI BEACH, FL 33160 | | ALL ACOUNTS, DEPOSIT ACCOUNTS, ACCOUNTS-RECEIVABLE, AND OTHER RECEIVABLES, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INSTRUMENTS, INVE | Disputed | $53,964.00 | $7,362,455.90 | $53,964.00 |
| EVERGREEN SHIPPERS, LLC 13323 N Mayfair Lane Spokane, WA 99208 | | VENDOR | | | | $49,735.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CHRYSLER CAPITAL P.O. BOX 660335 DALLAS, TX 75266** | | **2021 DODGE TRUCK VIN #2409** **(CHRYSLER CAPITAL)** | | | | **$49,722.25** |

Debtor name    **BRIDGER STEEL, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MONTANA

Case number (if known)    **2:23-bk-20019**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................   $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................   $    **10,351,905.28**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................   $    **10,351,905.28**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **10,297,588.10**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $    **1,416,664.99**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    **5,605,257.15**

4.   Total liabilities ...............................................................................
    Lines 2 + 3a + 3b     $    **17,319,510.24**

Fill in this information to identify the case:

Debtor name **BRIDGER STEEL, INC.**

United States Bankruptcy Court for the: DISTRICT OF MONTANA

Case number (if known) **2:23-bk-20019**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$1,010.20** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **FIRST INTERSTATE BANK** | **OPERATING ACCOUNT** | **0900** | **$1.00** |
| 3.2. | **FIRST INTERSTATE BANK** | **MONEY MARKET** | **0699** | **$49,248.07** |
| 3.3. | **FIRST INTERSTATE BANK** | **HEALTH INSURANCE ACCOUNT** | **6459** | **$93.91** |
| 3.4. | **FIRST INTERSTATE BANK** | **CHECKING** | **3986** | **$67.75** |
| 3.5. | **BANK OF BRIDGER** | **CHECKING** | **1088** | **$100.00** |
| 3.6. | **YELLOWSTONE BANK** | **RG FUND** | **7361** | **$8,493.95** |

| | | | | |
|---|---|---|---|---|
| 3.7. | FIRST NATIONAL BANK | CHECKING | 8433 | $43.29 |
| 3.8. | **AT THE TIME THE CASE WAS FILED FUNDS WERE BEING HELD IN AN ACCOUNT UNDER THE NAME OF BIG SKY COIL, LLC.  THESE FUNDS WERE TRANSFERRED BACK TO THE DEBTOR'S OPERATING ACCOUNT ONCE THE BANKRUPTCY CASE WAS FILED.** | CHECKING ACCOUNT | 7496 | $50,584.05 |
| 3.9. | ASF CLEARING | | | $43,890.00 |
| 3.10. | CLEARING ACCOUNT | | | $559.38 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| $154,091.60 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | SECURITY DEPOSITS | $160,089.21 |
| 7.2. | ADVANCES PAID | $3,602.90 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | PREPAID OTHER | $348.29 |
| 8.2. | PREPAYMENT OF ACCOUNTS PAYABLE | $119,897.54 |
| 8.3. | PREPAID DOT REGISTRATIONS | $354.70 |

| 9. | **Total of Part 2.** | | $284,292.64 |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 291,571.41 | 199,775.50 = .... | $91,795.91 |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | | $91,795.91 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | BRIDGER STEEL TRUCKING, LLC | 100 % | N/A |  $0.00 |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
|---|---|---|---|

| 17. | **Total of Part 4.** | | $0.00 |
|---|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | | |

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>INVENTORY | 12/31/2022 | Unknown | COST | $135,274.08 |

| 20. | **Work in progress** | | | |
|---|---|---|---|---|

| 21. | Finished goods, including goods held for resale **INVENTORY** | 12/31/2022 | | Unknown | COST | $365,413.58 |

| 22. | Other inventory or supplies **INVENTORY IN TRANSIT AND MISC. INVENTORY** | 12/31/2022 | | Unknown | COST | $14,322.12 |

| 23. | **Total of Part 5.** | | | | | $515,009.78 |

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

**BELGRADE OFFICE FURNITURE**

13 CUSTOM WOOD DESK 2600
31 ROLLING OFFICE CHAIRS 775
17 DESKS 1700
2 FOLDING CHAIRS 10
8 NON ROLLING CHAIRS 160
7 STOOLS 70
10 4 DRAWER FILING CABINETS (METAL) 200
11 WIDE FILING CABINET (METAL) 220
2 WOOD FILING CABINETS 40
2 END TABLES 60
COFFEE TABLE 50
LEATHER SOFA 200
5 LEATHER CHAIRS 250
COFFEE BAR 50
S METAL BAR/TABLE  100
PICNIC TABLE  25
BOOKSHELF 50
2 STORAGE CABINETS 80
2 LARGE PRINTERS 80
2 WATER COOLERS 40
REFRIGERATOR 100
MINI REFRIGERATOR 50
PROPANE GRILL 50
2 MICROWAVESBUNN COFFEE MAKER  100
3 RUBBERMAID STORAGE CABINET 40
4 WORK BENCHES 200
FLAMMABLES CABINET 40
CONFERERNCE TABLE 50
3 SHREDDER 75
6 WIRE STORAGE RACK 50
LOCKERS (2 HIGH X 6 WIDE) 50

| | Unknown | FAIR MARKET | $7,615.00 |
| --- | --- | --- | --- |
| 5 METAL TOOL CABINETS 50 | | | |

**BLACKHAWK OFFICE FURNITURE**

4 WOOD COUNTERS WITH STEEL 800
4 PRISON DESKS 400
5 ROLLING SWIVEL CHAIRS 125
6 NON SWIVEL CHAIRS 120
WOOD 2 DRAWER FILE CABINET 20
6 DRAWER FILE CABINET (WOOD)  40
SMALL PRINTER 20
LARGE PRINTER 40
WATER COOLER 20
MINI REFRIGERATOR 50
MICROWAVE 40
BUNN COFFEE MAKER 20
KEURIG 60
4 METAL BRIDGER STEEL ART 200
SHREDDER 25
7 PICTURES 175
11 COMPUTER MONITORS 440
4 SCANNERS 80

| | Unknown | FAIR MARKET | $2,710.00 |
| --- | --- | --- | --- |
| KEYBOARDS AND MOUSES 35 | | | |

**BILLINGS PRODUCTION LOCATION**
**2 DESK HUTCH 150**
**14 PRISON DESK STRAIGHT 1,400**
**2 PRISON DESK CORNERS 200**
**PRISON DESK L 150**
**PRISON DESK/PRINTER PULLOUT  50**
**2 PRISON DESK W/HUTCH 300**
**4 DESKS 200**
**CREDENZA 50**
**30 SWIVEL CHAIRS 600**
**9 NON SWIVEL CHAIRS 90**
**3 ROLLING CHAIRS 30**
**7 STOOLS 70**
**50 FOLDING CHAIRS 250**
**3 4 DRAWER FILE CABINET 60**
**5 2 DRAWER FILE CABINET 100**
**2 2 DRAWER FILE CABINET  (WIDE) 60**
**6 DRAWER FILE CABINET (WOOD) 50**
**6 HON METAL CABINET 300**
**7 DOUBLE CABINET (LOW PROFILE) 140**
**2 LARGER PRINTERS 80**
**2 WATER COOLERS 40**
**3 REFRIGERATORS 300**
**2 MINI REFRIGERATORS 100**
**2 DISHWASTERS 200**
**2 MICROWAVES 80**
**STOVE 150**
**2 BUNN COFFEE MAKERS 40**
**2 3 FT FOLDING TABLES 40**
**6 5 FT FOLDING TABLES 120**
**2 4 FT FOLDING TABLES  50**
**2 6 FT FOLDING TABLES 60**
**5 FT ROLLING TABLE 30**
**CONFERENCE TABLE  100**
**END TABLE 40**
**2 SHREDDERS 40**
**SHREDDER BIN 10**
**LOCKERS (3 HIGH X 6 WIDE) 50**
**KOBALT TOOL BENCH 50**
**ELECTRIC FIREPLACE 50**                    **Unknown**    **FAIR MARKET**                    $5,880.00

**WOOD DESK L WITH STEEL 200**
**4 STRAIGHT DESKS 400**
**5 L DESKS  500**
**DESK 100**
**6 CREDENZAS 300**
**11 ROLLING SWIVEL CHAIRS 275**
**18 NON SWIVEL CHAIRS 270**
**5 4-DRAWER FILE CABINETS 100**
**4 4-DRAWER FILE CABINETS WIDE 160**
**3 3-DRAWER FILE CABINET (WIDE) 120**
**2 DRAWER FILE CABINET (METAL) 40**
**2 HON METAL CABINET 100**
**4 SMALL PRINTERS 80**
**4 LARGE PRINTERS/COPIER 160**
**WATER COOLER 20**
**FULL REFRIGERATORMINI REFRIGERATOR**
**150**
**MICROWAVE 40**
**TOASTER OVEN 20**
**BUNN COFFEE MAKERKEURIG 60**
**27 LAPTOPS 6,750**
**PROJECTOR 150**
**4 WHITE BOARDS 80**
**TV 100**
**2 CONF. ROOM TABLES 300**
**2 METAL BRIDGER STEEL ART 100**
**2 SHREDDERS 40**
**21 PICTURES 525**
**14 MONITORS 1,400**
**5 SCANNERS 100**
**20 KEYBOARDS AND MOUSES 100**
**COAT RACK 15**
**VACUUM 20**
**14 DELL DOCKING STATIONS 350**
**LARGE SAFE 1,000**
**RECLINING LOVE SEAT 100**
**3 CUBICALS 100**
**NAKITA DRILL 20**
**3 KETER CABINETS 60**
**3 HEAVY DUTY METAL RACKS 120**
**3 CLASS/METAL TABLES 150**
**11 PHONES 275**            **Unknown**    **FAIR MARKET**            **$14,950.00**

---

| | | | |
|---|---|---|---|
| 40. | **Office fixtures** | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | **BILLINGS TECHNOLOGY INVENTORY** | **Unknown**  **FAIR MARKET** | **$16,965.00** |

**29 ALL IN ONE PC W/MONITOR 1,450**
**58 MONITORS 5,800**
**11 SMALL PRINTERS 220**
**14 ZEBRA PRINTERS 280**
**23 PHONES 575**
**19 SCANNERS 380**
**2 TV MONITORS 200**
**8 LAPTOPS 2,000**
**5 TABLETS 250**
**3 HARD DRIVE 60**
**34 KEYBOARDS 170**
**TV 65" 150**
**DESK TOP 100**
**4 POWER BANK (USB) 200**

**3 NOVATIME CLOCKS 450**
**3 INTERCOMS 150**
**1 CHECK SCANNER 100**
**13 SWITCHES/HUBS 1,300**
**10 SERVER SWITCHES 1,000**
**5 DELL SERVER 1,250**
**3 APC SERVER 450**
**HIKVISION SERVER 150**
**2 SPEAKER SETS  40**
**SEAGATE DESKTOP DRIVE 40**
**2 CISCO ROUTER 100**
**INTERCOM SERVER 100**

**BELGRADE TECHNOLOGY INVENTORY**

**36 ALL IN ONE PC WITH MONITORS 1,800**
**46 MONITORS  4,600**
**4 SMALL PRINTERS 80**
**38 PHONES 875**
**17 SCANNERS 140**
**3 TVS 300**
**2 LAPTOPS 500**
**HARD DRIVE 40**
**36 KEYBOARDS 180**
**2 DESK TOPS 200**
**NOVATIME CLOCK 150**
**BOSE RADIO  50**
**30 BATTERY BACKUP 1,500**
**2 SWITCHES/HUBS 200**
**11 SERVER SWITCHES 1,100**
**3 DELL SERVERS 750**
**2 CISCO ROUTER 100**
**4 UNIVERSAL POWER SUPPLY 40**
**2 WIFI ROUTER 80**
**FIREWALL 100**
**VOIP SERVER 100**
**3 OPTICAL DISTRIBUTOR 600**                    **Unknown**    **FAIR MARKET**                $13,485.00

| | |
|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$61,605.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.**     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.   **2018 FORD F-550 SUPER DUTY**<br>    **VIN #4561**<br>    **(FORD CREDIT)** | Unknown | FAIR MARKET | $50,000.00 |
| 47.2.   **2018 FORD F-550 SUPER DUTY**<br>    **VIN #2668**<br>    **(FORD CREDIT)** | Unknown | FAIR MARKET | $50,000.00 |
| 47.3.   **2019 FORD F-550**<br>    **VIN #2760**<br>    **(FORD CREDIT)** | Unknown | FAIR MARKET | $55,000.00 |
| 47.4.   **PJ 24 B.P. D.O. FLAT - SERIAL NUMBER**<br>    **5946  7,000**<br>    **2019 WILSON TRAILER - SERIAL**<br>    **NUMBER 6936 35,000**<br>    **2019 WILSON TRAILER - SERIAL**<br>    **NUMBER 7263 35,000**<br>    **2019 WIILSON TRAILER - SERIAL**<br>    **NUMBER 7264 35,000**<br>    **2019 WILSON TRAILER - SERIAL**<br>    **NUMBER 7265 35,000**<br>    **4 - FLATBED CONESTOGA XP TARP**<br>    **SYSTEM W/ATTACHMENTS AND**<br>    **ACCESSORIES**<br>    **(HUNTINGTON NATIONAL BANK)** | Unknown | FAIR MARKET | $147,000.00 |
| 47.5.   **2019 WILSON CF-1080 (#195)**<br>    **(SERIAL #7059)**<br>    **(DAIMLER-MERCEDES)** | Unknown | FAIR MARKET | $35,000.00 |
| 47.6.   **2013 MANAC TRAILER 30,000**<br>    **2013 FONTAINE TRAILER 30,000**<br>    **2013 FORD F-450 DRW 24,000**<br>    **2015 CLARK TRAILER 20,000**<br>    **2015 RAM 550 32,500**<br>    **2017 TITAN GN 26' UTILITY TRAILER**<br>    **8,000**<br>    **2007 FREIGHTLINER M2-112 35,000**<br>    **2016 FREIGHTLINER 75,000**<br>    **(PSB CREDIT SERVICES)** | Unknown | FAIR MARKET | $254,500.00 |

47.7. **LEASE OF THE FOLLOWING WITH DAIMLER-MERCEDES BENZ:**

**2019 WILSON CF-180 (SERIAL #7296) 30,000**
**2019 WILSON CF-180 (SERIAL #7297) 30,000**
**2018 FREIGHTLINER (SERIAL #7557) 100,000**
**2018 WILSON 48' COMBO WITH TARP (SERIAL #5679) 30,000**
**2018 WILSON 48' COMBO WITH TARP (SERIAL #5678) 30,000**
**2018 FREIGHTLINER (SERIAL #7558) 100,000**
**2020 WILSON CF 1080 (SERIAL #6949) 45,000**
**2020 WILSON CF 1080 (SERIAL #6950) 45,000**
**2020 WILSON CF1080 (SERIAL #6951) 45,000**    Unknown    FAIR MARKET      $455,000.00

---

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**FORKLIFT**
**(SERIAL #4434)**
**(WELLS FARGO BANK)**    Unknown    FAIR MARKET      $45,000.00

---

**FORKLIFT -**
**(SERIAL #6327)**
**(WELLS FARGO)**    Unknown    FAIR MARKET      $45,000.00

---

**ONE (1) NEW RAS XXL-CENTER METAL FOLDING SYSTEM 310,000**

**(MIDLAND EQUIPMENT)**    Unknown    FAIR MARKET      $310,000.00

---

**HOT MELT 220 VAC SEALANT SYSTEM 5,000**
**METALFORMING QUADRO & N ROLLFORMER WITH 1-3/4" SNAPLOCK CASSETT SET 50,000**
**METALFORMING 3100 SHEAR  50,000**
**METAL FORMING MAX 3100 IFOLD FOLDER 36,000**
**MRS RIDGE CAP PRESS 9,500**
**METALFORMING QUADRO ROLLFORMER BASE MACHINE WITH HEJM CONTROL 44,500**

**(MFR - ACCNT #2670)**    Unknown    FAIR MARKET      $195,000.00

---

**SWI 5 TON POWERED DECOILER WITH COIL CAR**
**SWI MARXMAN PRO SLITTER**
**SWI 5 TON POWERED DE-COILER**
**SWI 5 TON DE-COILER**
**SWI 5 TON RE-COILER**
**SWI FILM APPLICATOR ROD WITH COLLARS**

**(MFR - ACCNT #3770)**      Unknown    FAIR MARKET      $300,000.00

---

**WEBER ALPHA COMPACT RIGHT HAND LABLE APPLICATOR 3,000**
**MRS 12,000 LB UPENDER 17,000**
**MRS 20,000 LB UPENDER**
**SWEED 450 AM DXSL SINGLE MAIN ASSEMBLY SCRAPPER 4,000**
**MOFFET M8 55 4NX FORKLIFT 50,000**
**MULTIFAB AUTOMATIC ARCH STRAPPING MACHINE 5,000**
**ORION FLEX RTX STRETCH WRAPPING MACHINE**
**EP MISC. RACKS**

**(MFR - ACCNT #4515)**      Unknown    FAIR MARKET      $79,000.00

---

**MRS 12,000 LB UPENDER 10,000**
**MRS 12,000 LB UPENDER**
**MRS TITAN PERFORATOR PASS WITH FRAME EXTENSION 30,000**
**MRS PNEUMATIC BACK CUT SHEAR 10,000**
**ASC SHEAR BLADES 12,000**
**ZIMMERMAN STRUCTURAL ROOF PANEL MACHINE 100,000**

**(MFR- ACCNT #2565)**      Unknown    FAIR MARKET      $162,000.00

---

**JORNS 18 GAUGE 21' FOLDING MACHINE WITH ALL STANDARD OPTIONS & ACCESSORIES 75,000**
**(MFR -ACCNT #2610)**      Unknown    FAIR MARKET      $75,000.00

---

**WINN RACK STRUCTURAL RACKING**
**MARXMAN SS1220 TRIM SLITTER 70,000**
**STORM RYDER 24X24X17 ALUMINUM BOXES 18,000**
**METALFORMING MAX3100 IFOLD TRIM FOLDER**
**JORNS MSC 06067 SLITTING BLADE ASSEMBLIES 7,000**
**SPIROR 600 WRAPPER 40,000**
**(MFR - ACCNT #4740)**      Unknown    FAIR MARKET      $135,000.00

---

**CANNTEC OSW-24 ORBITAL STRETCH WRAPPER MACHINE**
**SSQ KARR'S PANEL MACHINE**

**(MFR - ACCNT #4760)**      Unknown    FAIR MARKET      $25,000.00

| | | | |
|---|---|---|---|
| **27 SIGNODE 5/8 - 3/4 SEALLESS BANDING MACHINES** (MFR - ACCNT #2070) | Unknown | FAIR MARKET | $27,000.00 |
| **TITAN II DOUBLE DECK VARIABLE SPEED LINER** (HIGHLAND CAPITAL) | Unknown | FAIR MARKET | $275,000.00 |
| **4 MOFFETT M8-55-4-NX TRUCK MOUNTED FORKLIFT** (MFR - ACCNT #0750) | Unknown | FAIR MARKET | $220,000.00 |
| **TITAN ROLLFORMER ADD A DECK 190,000 SOFFIT CASSETTES 30,000 2014 TOYOTA FORKLIFT 15,000 2014 ROLL FORMER SOFFIT MACHINE 18,000 SMT 3100 SHEAR S/N 18,000 2014 TOYOTA FORKLIFT 15,000 2017 CANTILEVER RACK 7,000 PLASTIC APPLICATOR 48" LAMINATOR FOR SLITTER 2,000 TITAN II DOUBLE DECK ROLLFOMER 240,000 CASPER-DOUBLE DECK ROLLFORMER MRS ROLLFORMER 190,000 SCHLEBACK QUADRO XL 90,000 DELIVERY TRUCK - 07 STERLING BOOM 25,000 2012 QUADRO CINCO STANDING SEA 65,000 HAYES AUTOCURVER 65,000 ULTRA BATTEN 45,000 TOYOTA FORK LIFT 8FGU32 15,000 2014 - SOFFITT MACHINE 8,000 MRS 6 TON ELECTRIC UPENDER 17,000 2014 HYSTER FORK LIFT 5,000 TRAPESOIDAL SRM W/TSS3000A 95,000 SOFFIT WALL PANEL CASSETTE FOR QU 20,000 SWENSON SHEARS 10,000** | Unknown | FAIR MARKET | $1,185,000.00 |
| **GUTTER MAKER DRIP EDGE ROLLFORMER** (MFR) | Unknown | FAIR MARKET | $20,000.00 |
| **EQUIPMENT, TRUCKS, TRAILERS (SEE ATTACHED EXHIBIT A)** | Unknown | FAIR MARKET | $2,235,594.20 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $6,380,094.20 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **LEASE OF UNIT 100 LOCATED AT 8530 CONCORD CENTER DR., ENGLEWOOD, CO 80112 (CONCORD CENTER PARTNERS, LLC)** | **LEASE** | **Unknown** | **N/A** | **Unknown** |
| 55.2. **LEASE OF PROPERTY LOCATED AT 1558 AMSTERDAM RD., BELGRADE, MT 59714 (GRAND FIR, LLC)** | **LEASE** | **Unknown** | **N/A** | **Unknown** |
| 55.3. **LEASE OF 6797 WILDCATE ROAD, EVANSVILLE, WY 82636 (KELBEC HOLDINGS, LLC)** | **LEASE** | **Unknown** | **N/A** | **Unknown** |
| 55.4. **LEASE OF 2110 OVERLAND AVENUE, BILLINGS, MONTANA (RIGLER RANCH PARTNERSHIP)** | **LEASE** | **Unknown** | **N/A** | **Unknown** |
| 55.5. **LEASE OF 8000 BLACK HAWK RD, UNIT 4, BLACK HAWK, SD 57718 (ROBERT AND BARBAR STEELE)** | **LEASE** | **Unknown** | **N/A** | **Unknown** |

| 55.6. | **LEASE OF PROPERTY LOCATED AT 605 E. WILLOW STREET, SIOUX FALLS, SD 57005** | LEASE | Unknown | N/A | Unknown |

**56.**  **Total of Part 9.**    **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) |  |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
|  | **POTENTIAL ERC REFUND**    Tax year _____ | **$1,900,000.00** |
| **73.** | **Interests in insurance policies or annuities** |  |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**USURY CLAIMS AGAINST CAPYTAL, LFG AND SEAMLESS** | **Unknown** |
|  | Nature of claim        **USURY CLAIM** |  |
|  | Amount requested            **$0.00** |  |

| | |
|---|---|
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | |
|---|---|
| DUE FROM EBMS | $267.07 |
| RESERVE RECEIVABLE ASF | $17,008.47 |
| DUE FROM BLUEBIRD PROPERTIES | $0.05 |
| UNDEPOSITED FUNDS | $354,998.56 |
| CAPTIVE INSURANCE - LEGACY INVESTMENT (BRIDGER STEEL OWNS 1 SHARE IN ORDER TO BE PART OF THE CAPTIVE INSURANCE PLAN) | $477,290.00 |
| CAPTIVE INSURANCE - TRIBUTE INVESTMENT | $115,452.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $2,865,016.15 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $154,091.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $284,292.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $91,795.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $515,009.78 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $61,605.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,380,094.20 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,865,016.15 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,351,905.28 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,351,905.28 |

# Exhibit A to paragraph 50, page 12

| Name | FMV |
|------|-----|
| 2018 Freightliner VIN 8838 | 85,000.00 |
| 2016 Freightliner VIN 9792 | 75,000.00 |
| 2012 Look Trailer VIN 1044 | 3,000.00 |
| Standing Seamer Cassettes(181) | 12,826.67 |
| 2011 Great Dane | 13,303.50 |
| 2020 Freightliner Cascadia - VIN 6703 | 121,634.76 |
| 2016 Toyota Forklift | 34,090.00 |
| 2006 Toyota Forklift | 30,798.57 |
| Toyota Forklift | 43,813.70 |
| Toyota Electric Forklift (7FBEU20-20347) - Billings | 13,440.00 |
| Toyota Electric Forklift (7FBEU20-20373) - Black Hawk | 13,440.00 |
| Forklift 2005 - 7FGCU30/67247 Bil(39) | 10,430.00 |
| 2000 Toyota Forklift | 6,580.00 |
| Combo Trim Rollformer(121) | 88,444.69 |
| Jorns 800 Folder w/Slitter(6) | 88,316.55 |
| Corrogated Dies(54) | 41,300.00 |
| 6 Ton Offline Shear Sample Machine() | 27,790.00 |
| Soffit Machine 11/07(101) | 21,770.00 |
| Coil Storage Cover-All(48) | 18,113.90 |
| Schlebach Hempro Rollformer(2014) | 17,780.00 |
| Schlebach Panel Curving Machine RBM | 15,928.89 |
| Soffitt Perforator(137) | 14,069.03 |
| 2014- MRS Coil Reel/Coil Car (MR  (16) | 7,700.00 |
| Gary Machinery Trim Slitter (2018) | 5,355.00 |
| Die Cut Ridge Press, PBR Profile | 3,500.00 |
| Ultra Batten() | 3,266.20 |
| Hot Melt Adapter for Quadro | 2,415.00 |
| Mini Coil Mandrels (3)(29) | 1,680.00 |
| Swenson Corrugated Shear(184) | 1,471.70 |
| Dies for Soffit Machine(66) | 1,204.00 |
| Standing Seam Tarps() | 819.00 |
| Replacement blade for schechtl b(83) | 539.73 |
| Tarp and Spool Covers Standing(45) | 427.00 |
| 2015 CSI Shelving RackingSystem(73) | 22,523.47 |
| Quick Draw Tarp System(48) | 11,763.50 |
| Quick Draw Tarp System for 45' x(77) | 11,763.50 |
| 2015 Racking System(41) | 11,024.20 |
| Cantilever Rack System(119) | 9,941.35 |
| 2014 CSI Shelving RackingSystem  (60) | 3,549.08 |
| Plastic Strapping Machine(82) | 665.00 |
| Jorns Slitting Machine 2006 Model(53) | 161,385.00 |
| Titan Rollforming System(188) | 133,485.80 |
| MRS corrugated machine 2007(75) | 122,885.00 |
| Schlebach Quandro CNC Rollform   (19) | 83,468.99 |
| 2014 Standing Seam Machine(59) | 71,208.90 |
| Quadro Machine SS machine (2018) | 69,758.50 |
| Quadro Base Machine(210) | 64,400.00 |
| MAX3100 Folding Machine(112) | 61,941.96 |
| Metal Forming Rollformer 2" Radiu(122) | 45,500.00 |
| Schechti Max 310/cnc Brake (2013) | 40,658.80 |
| Max 3100 I Fold - Serial # 5923(71) | 40,364.10 |
| 2016 MAX 3100/S-Touch Folder(129) | 38,500.00 |
| Roll Form Corp 12" Soffit Machine | 22,129.30 |
| Schechti MSB 310/BV Shear(2017) | 21,812.00 |
| Quadro 2"Dies Mechanical Lock C(62) | 20,787.20 |
| Schechtl SMT3100 Shear | 20,037.61 |
| Batten Cap Machine Serial # CAP-(138) | 16,716.00 |
| 2013 Schlebach 2" ML cassette(1) | 14,700.00 |
| 18 ton Steerable Machine Skate(128) | 5,677.00 |
| 2" Industrial Power Seamer Kit(63) | 5,365.50 |
| Piccolo Seamer 25/38(160) | 4,930.90 |
| 2011 Piccolo Seamer(13) | 4,795.00 |
| MRS Sheet Leveler | 4,132.79 |
| Piccolo Seamer(158) | 4,030.42 |
| Magnetic Sheet Metal Break          (49) | 2,617.64 |

| | |
|---|---|
| Lift 2k Scissor Tables(69) | 1,664.22 |
| Tuf/PBR panel Counter for Tuff Ri(108) | 1,624.35 |
| ESE Power Seamer(70) | 1,400.00 |
| John Deere Skid Steer Loader(51) | 11,424.00 |
| Mosca Strapping Machine (2014) | 6,440.00 |
| 2" ML Power Seamer | 5,971.00 |
| Stand-up Scrubber | 5,326.09 |
| Multifab EQJK5000 - Arch Strapping Machine #1 | 2,345.00 |
| Bobcat 100" Snow and Light Mate(2) | 1,353.10 |
| Bishamon Scissor Lift(2) 0705353(24) | 1,165.71 |
| John Deer skidsteer Equipment (50) | 196.00 |
| 2008 Wilson Trailer #109(8) | 46,645.20 |
| 2016 Lamar Gooseneck Trailer(47) | 8,528.60 |
| 2014 Titan 26' GN Utility Trailer(32) | 7,940.88 |
| 2014 Titan 26' Utility Trailer(58) | 7,719.29 |
| Titan GN 26' Utility Trailer(124) | 7,483.00 |
| 36' Delta Gooseneck Trailer | 6,081.60 |
| Standing Seam Trailer(36) | 4,832.02 |
| 07 Titan 24' Gooseneck Flatbed | 4,231.50 |
| 20' Loaner Trailer(24) | 3,333.40 |
| Bendex - Sales(4) | 99,226.52 |
| 2017 Titan GN 26' Utility Trlr(59) | 8,192.83 |
| 26' Titan Gneck trailer | 5,638.50 |
| Titan 35' Gooseneck Trailer          (51) | 4,550.00 |
| 2015 PJ  20' Deckover Trailer | 4,515.00 |
| | 2,235,594.20 |

**Fill in this information to identify the case:**

Debtor name **BRIDGER STEEL, INC.**

United States Bankruptcy Court for the: DISTRICT OF MONTANA

Case number (if known) **2:23-bk-20019**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **CAPYTAL FUNDING**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INSTRUMENTS, AND INVENTORY, ALL PROCEEDS, ALL FUNDS ETC.** | **$185,559.00** | **$7,362,455.90** |

**ADDRESS UNKNOWN**

Creditor's mailing address

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| **2.2** **DAIMLER-MERCEDES BENZ**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2019 WILSON CF-1080 (#195) (SERIAL #7059)**<br>**(DAIMLER-MERCEDES)** | **$11,457.05** | **$35,000.00** |

**FINANCIAL SERVICES**
**1301 E. TOWER RD**
**SCHAUMBURG, IL 60173**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**January 10, 2019**

**Describe the lien**
**Capital Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**6001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $8,000.77 | $50,000.00 |

Creditor's Name

**2018 FORD F-550 SUPER DUTY**
**VIN #4561**
**(FORD CREDIT)**

**P.O. BOX 650575**
**DALLAS, TX 75265**

Creditor's mailing address

**Describe the lien**
**Retail Installment Sales Contract**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**August 8, 2018**

**Last 4 digits of account number**
**0526**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $9,197.15 | $50,000.00 |

Creditor's Name

**2018 FORD F-550 SUPER DUTY**
**VIN #2668**

**P.O. BOX 650575**
**DALLAS, TX 75265**

Creditor's mailing address

**(FORD CREDIT)**

**Describe the lien**
**Retail Installment Sales Contract**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**September 7, 2018**

**Last 4 digits of account number**
**2047**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **FORD CREDIT** | Describe debtor's property that is subject to a lien | $19,352.01 | $55,000.00 |

Name

**Creditor's Name**

**2019 FORD F-550**
**VIN #2760**

**P.O. BOX 650575**
**DALLAS, TX 75265**

**(FORD CREDIT)**

Creditor's mailing address

**Describe the lien**
**Retail Installment Sales Contract**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 4, 2019**

**Last 4 digits of account number**
**6061**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **HIGHLAND CAPITAL** |
|-----|----------------------|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**TITAN II DOUBLE DECK VARIABLE SPEED LINER**

$156,660.00     $275,000.00

**5 CENTER AVENUE**
**LITTLE FALLS, NJ 07424**

**(HIGHLAND CAPITAL)**

Creditor's mailing address

**Describe the lien**
**Equipment Lease Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 4, 2019**

**Last 4 digits of account number**
**9019**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **HUNTINGTON NATIONAL BANK** |
|-----|------------------------------|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**PJ 24 B.P. D.O. FLAT - SERIAL NUMBER 5946 7,000**
**2019 WILSON TRAILER - SERIAL NUMBER 6936 35,000**
**2019 WILSON TRAILER - SERIAL NUMBER 7263 35,000**
**2019 WIILSON TRAILER - SERIAL NUMBER 7264 35,000**
**2019 WILSON TRAILER - SERIAL NUMBER 7265 3**

$130,126.73     $147,000.00

**1405 XENIUM LN N**
**MINNEAPOLIS, MN 55441**

Creditor's mailing address

**Describe the lien**

**Commercial Financial Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/24/2020**
**Last 4 digits of account number**
**4365**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **MACHINERY FINANCE RESOURCES** | | $90,430.83 | $195,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**HOT MELT 220 VAC SEALANT SYSTEM 5,000**
**METALFORMING QUADRO & N**
**ROLLFORMER WITH 1-3/4" SNAPLOCK**
**CASSETT SET 50,000**
**METALFORMING 3100 SHEAR  50,000**
**METAL FORMING MAX 3100 IFOLD FOLDER**
**36,000**
**MRS RIDGE CAP PRESS 9,500**
**METALFORMING QUADRO R**

**651 DAY HILL RD.**
**WINDSOR, CT 06095**

Creditor's mailing address

**Describe the lien**
**Capital Lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**May 2, 2018**
**Last 4 digits of account number**
**2670**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **MACHINERY FINANCE RESOURCES** | | $156,238.32 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**SWI 5 TON POWERED DECOILER WITH COIL**
**CAR**
**SWI MARXMAN PRO SLITTER**
**SWI 5 TON POWERED DE-COILER**
**SWI 5 TON DE-COILER**
**SWI 5 TON RE-COILER**
**SWI FILM APPLICATOR ROD WITH COLLARS**

**651 DAY HILL RD.**
**WINDSOR, CT 06095**

Creditor's mailing address

**(MFR - ACCNT #3770)**

**Describe the lien**
**Capital Lease**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 18, 2018**

**Last 4 digits of account number**
**3770**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **MACHINERY FINANCE RESOURCES** | | $116,742.49 | $79,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**WEBER ALPHA COMPACT RIGHT HAND LABLE APPLICATOR 3,000**
**MRS 12,000 LB UPENDER 17,000**
**MRS 20,000 LB UPENDER**
**SWEED 450 AM DXSL SINGLE MAIN ASSEMBLY SCRAPPER 4,000**
**MOFFET M8 55 4NX FORKLIFT 50,000**
**MULTIFAB AUTOMATIC ARCH STRAPPING MACHINE 5**

**651 DAY HILL RD.**
**WINDSOR, CT 06095**
Creditor's mailing address

**Describe the lien**
**Capital Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**September 13, 2018**

**Last 4 digits of account number**
**4515**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.11 | **MACHINERY FINANCE RESOURCES** | | $196,555.25 | $162,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**MRS 12,000 LB UPENDER 10,000**
**MRS 12,000 LB UPENDER**
**MRS TITAN PERFORATOR PASS WITH FRAME EXTENSION 30,000**
**MRS PNEUMATIC BACK CUT SHEAR 10,000**
**ASC SHEAR BLADES 12,000**
**ZIMMERMAN STRUCTURAL ROOF PANEL MACHINE 100,000**

**651 DAY HILL RD.**
**WINDSOR, CT 06095**
Creditor's mailing address

**(MFR- ACCNT #2565)**

**Describe the lien**
**Capital Lease**

2:23-bk-20019-BPH   Doc#: 12   Filed: 03/06/23   Page 29 of 439

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2565**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.12 | **MACHINERY FINANCE RESOURCES** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $55,927.36 | $75,000.00 |

**JORNS 18 GAUGE 21' FOLDING MACHINE WITH ALL STANDARD OPTIONS & ACCESSORIES 75,000 (MFR -ACCNT #2610)**

**651 DAY HILL RD. WINDSOR, CT 06095**

Creditor's mailing address

**Describe the lien**
**Capital Lease**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2610**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.13 | **MACHINERY FINANCE RESOURCES** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $132,231.73 | $135,000.00 |

**WINN RACK STRUCTURAL RACKING MARXMAN SS1220 TRIM SLITTER 70,000 STORM RYDER 24X24X17 ALUMINUM BOXES 18,000 METALFORMING MAX3100 IFOLD TRIM FOLDER JORNS MSC 06067 SLITTING BLADE ASSEMBLIES 7,000 SPIROR 600 WRAPPER 40,000 (MFR - ACCNT #**

**651 DAY HILL RD. WINDSOR, CT 06095**

Creditor's mailing address

**Describe the lien**
**Capital Lease**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

---

**September 12, 2019**
**Last 4 digits of account number**
**4740**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **MACHINERY FINANCE RESOURCES** | | $94,072.40 | $25,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**CANNTEC OSW-24 ORBITAL STRETCH WRAPPER MACHINE**
**SSQ KARR'S PANEL MACHINE**

**651 DAY HILL RD.**
**WINDSOR, CT 06095**

**(MFR - ACCNT #4760)**

Creditor's mailing address

**Describe the lien**
**Capital Lease**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**September 13, 2019**
**Last 4 digits of account number**
**4760**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **MACHINERY FINANCE RESOURCES** | | $37,069.22 | $27,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**27 SIGNODE 5/8 - 3/4 SEALLESS BANDING MACHINES**
**(MFR - ACCNT #2070)**

**651 DAY HILL RD.**
**WINDSOR, CT 06095**

Creditor's mailing address

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**March 18, 2020**
**Last 4 digits of account number**
**2070**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **MACHINERY FINANCE RESOURCES** | | $210,274.76 | $220,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**4 MOFFETT M8-55-4-NX TRUCK MOUNTED FORKLIFT**

**651 DAY HILL RD. WINDSOR, CT 06095**

**(MFR - ACCNT #0750)**

Creditor's mailing address

**Describe the lien**

**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**November 23, 2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0750**

**As of the petition filing date, the claim is:**

Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.17 | **MACHINERY FINANCE RESOURCES** | | $20,799.16 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**GUTTER MAKER DRIP EDGE ROLLFORMER**

**651 DAY HILL RD. WINDSOR, CT 06095**

**(MFR)**

Creditor's mailing address

**Describe the lien**

**EQUIPMENT FINANCE AGREEMENT**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**December 3, 2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0880**

**As of the petition filing date, the claim is:**

Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.18 | **MIDLAND EQUIPMENT FINANCE** | | $200,961.67 | $310,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**ONE (1) NEW RAS XXL-CENTER METAL FOLDING SYSTEM 310,000**

**7700 BONHOMME AVENUE, STE. 300 SAINT LOUIS, MO 63105**

**(MIDLAND EQUIPMENT)**

Creditor's mailing address

**Describe the lien**

**Lease Agrement**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Date debt was incurred**
**September 10, 2019**
**Last 4 digits of account number**
**3001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **PSB CREDIT SERVICES INC.** | | $1,417,633.85 | $7,362,455.90 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INSTRUMENTS, AND INVENTORY, ALL PROCEEDS, ALL FUNDS ETC.**

**P.O. BOX 38**
**PRINSBURG, MN 56281**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**AUGUST, 2019**
**Last 4 digits of account number**
**4413**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **PSB CREDIT SERVICES INC.** | | $496,003.32 | $7,362,455.90 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INSTRUMENTS, AND INVENTORY, ALL PROCEEDS, ALL FUNDS ETC.**

**P.O. BOX 38**
**PRINSBURG, MN 56281**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**NOVEMBER 18, 2020**
**Last 4 digits of account number**
**4414**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 1 | **PSB CREDIT SERVICES INC.** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien** — $1,700,000.00 — $7,362,455.90

**ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INSTRUMENTS, AND INVENTORY, ALL PROCEEDS, ALL FUNDS ETC. AND MORTGAGE AGAINST REAL PROPERTY OWNED BY DENNIS AND BRENDA JOHNSON IN GALLATIN COUNTY**

**P.O. BOX 38
PRINSBURG, MN 56281**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**MARCH 18, 2022**

**Last 4 digits of account number**

**4416**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **PSB CREDIT SERVICES INC.** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien** — $2,500,000.00 — $7,362,455.90

**ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INSTRUMENTS, AND INVENTORY, ALL PROCEEDS, ALL FUNDS & MORTGAGE AGAINST REAL PROPERTY OWEND BY BOONE PROPERTIES LLC & BLUEBIRD PROPERTIES LLC IN YELLOWSTONE COUNTY, MT**

**P.O. BOX 38
PRINSBURG, MN 56281**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**JUNE 10, 2022**

**Last 4 digits of account number**

**4417**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **PSB CREDIT SERVICES INC.** | | | |
|---|---|---|---|---|

**PSB CREDIT SERVICES INC.**
Creditor's Name

**P.O. BOX 38
PRINSBURG, MN 56281**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
SEPTEMBER 8, 2022**

**Last 4 digits of account number
4418**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**LL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INSTRUMENTS, AND INVENTORY, ALL PROCEEDS, ALL FUNDS ETC.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,900,000.00**          **$7,362,455.90**

---

| 2.2 4 | **SEAMLESS CAPITAL GROUP** | | | |
|---|---|---|---|---|

**SEAMLESS CAPITAL GROUP**
Creditor's Name

**17560 ATLANTIC BLVD
NORTH MIAMI BEACH, FL 33160**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
January 18, 2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**ALL ACOUNTS, DEPOSIT ACCOUNTS, ACCOUNTS-RECEIVABLE, AND OTHER RECEIVABLES, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INSTRUMENTS, INVENTORY, ALL SELLER'S PROCEEDS ETC.**

**Describe the lien**
**Future Receivables Sale and Purchase Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$53,964.00**          **$7,362,455.90**

---

| 2.2 5 | **THE LCF GROUP, INC.** | **Describe debtor's property that is subject to a lien** | **$347,166.60** | **$7,362,455.90** |
|---|---|---|---|---|

Creditor's Name

**3000 MARCUS AVENUE
STE. W215
NEW HYDE PARK, NY
11042**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**December 19, 2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**ACCOUNTS, CHATTEL PAPER, DOCUMENTS, EQUIPMENT, GENERAL INTANGIBLES, INVENTORY, OR INVESTMENT PROPERTY, ALL PROCEEDS, FUNDS IN MERCHANTS ACCOUNT ETC.**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 6 | **WELLS FARGO** | | |

Creditor's Name

**800 WALNUT ST.
4TH FLOOR
DES MOINES, IA 50309**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**5/8/2019**

**Last 4 digits of account number**

**7001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**FORKLIFT
(SERIAL #4434)
(WELLS FARGO BANK)**

**Describe the lien**

**LEASE AGREEMENT - $1 PURCHASE OPTION**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**$22,088.56**    **$45,000.00**

---

| 2.2 7 | **WELLS FARGO** | | |

Creditor's Name

**800 WALNUT ST.
4TH FLOOR
DES MOINES, IA 50309**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

**FORKLIFT -
(SERIAL #6327)
(WELLS FARGO)**

**Describe the lien**

**LEASE AGREEMENT - $1 PURCHASE OPTION**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**$29,075.87**    **$45,000.00**

| Debtor | BRIDGER STEEL, INC. | | Case number (if known) | 2:23-bk-20019 |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**May 8, 2019**

**Last 4 digits of account number**
**7002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$10,297,588. 10

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BB&T COMMERCIAL EQUIPMENT CAPITAL**<br>**2 GREAT VALLEY PARKWAY**<br>**SUITE 300**<br>**MALVERN, PA 19355** | Line **2.7** | |
| **MARCELLA G. RABINOVICH**<br>**THE FELDMAN LAW FIRM, P.C**<br>**147 WILLIS AVENUE**<br>**MINEOLA, NY 11501** | Line **2.25** | |
| **SCOTT LARISON**<br>**LATHROP GPM LLP**<br>**1010 WEST ST. GERMAIN**<br>**SUITE 500**<br>**SAINT CLOUD, MN 56301** | Line **2.19** | |
| **SCOTT LARISON**<br>**LATHROP GPM LLP**<br>**1010 WEST ST. GERMAIN**<br>**SUITE 500**<br>**SAINT CLOUD, MN 56301** | Line **2.20** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 13 of 13

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**ABE ROBB**<br>**11907 PLESANT VALLEY RD**<br>**CUSTER, SD 57730** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,258.84 | $2,258.84 |
| Date or dates debt was incurred | Basis for the claim:<br>**CUSTOMER REFUNDS** | | |
| Last 4 digits of account number **NONE**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**ADAM STOCKWELL**<br>**300 N 4TH ST**<br>**GREYBULL, WY 82426** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,658.84 | $3,350.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**CUSTOMER REFUNDS** | | |
| Last 4 digits of account number **NONE**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.11 | $454.11 |
|---|---|---|---|---|

**ANDREW SMITH**
**17049 INDIAN CREEK ROAD**
**SCENIC, SD 57780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.55 | $62.55 |
|---|---|---|---|---|

**ANTHONY SONGSTAD**
**410 WEST FRONT AVE**
**JOLIET, MT 59041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,454.70 | $1,454.70 |
|---|---|---|---|---|

**ARLEN R CARMICHAEL**
**PO BOX 242**
**NEW UNDERWOOD, SD 57761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $826.08 | $826.08 |
|---|---|---|---|---|

**BERT OBERT**
**13 FORD LANE**
**CLANCY, MT 59634**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,151.08 | $3,151.08 |
|---|---|---|---|---|

**CHAD JOHNSON**
**17 MUIR RD E**
**BOZEMAN, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
☐ No
■ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,435.50 | $1,435.50 |
|---|---|---|---|---|

**CHUCK SPENCER**
**3080 RODEO ROAD**
**HELENA, MT 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,880.63 | $1,880.63 |
|---|---|---|---|---|

**COLIN ZEMAN**
**7100 NORTH MONTANA AVE**
**HELENA, MT 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.03 | $675.03 |
|---|---|---|---|---|

**CORWIN COUGHLIN**
**3100 BAKER CREEK**
**MANHATTAN, MT 59741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,772.68 | $3,350.00 |
|------|---|---|---|---|

**DAN MELLON**
**13150 Snowshoe Thompson Circle**
**Roseville, CA 95661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,286.95 | $3,350.00 |
|------|---|---|---|---|

**DANA NORDQUIST**
**7770 Nameless Cave Road**
**Rapid City, SD 57702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.99 | $476.99 |
|------|---|---|---|---|

**DARCY KREAMER**
**31 Shane Dr**
**Jefferson City, MT 59638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,598.20 | $3,350.00 |
|------|---|---|---|---|

**DAVE DULINSKI**
**214 Miller Creek RD**
**Cooke City, MT 59020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

2:23-bk-20019-BPH   Doc#: 12   Filed: 03/06/23   Page 41 of 439

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,864.50** | **$3,350.00** |
|---|---|---|---|---|

**DAVID STONEHOCKER**
**7329 Hwy 312**
**Billings, MT 59105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.16 | Priority creditor's name and mailing address | | **$1,125.67** | **$1,125.67** |
|---|---|---|---|---|

**DUKE JOHNSON**
**1750 East Baseline Rd**
**Belgrade, MT 59714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.17 | Priority creditor's name and mailing address | | **$96.72** | **$96.72** |
|---|---|---|---|---|

**ERIK RANDLE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.18 | Priority creditor's name and mailing address | | **$3,665.22** | **$3,350.00** |
|---|---|---|---|---|

**FRED BEAL**
**7095 Beaver Creek**
**Helena, MT 59602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240,383.75 | $15,150.00 |
|------|---------------------------------------------|-----------------------------------------------|-------------|-----------|

**GREGORY A. BANKERT**
**106 TANA LN**
**BILLINGS, MT 59106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,315.22 | $1,315.22 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**HSA ADMINISTRATOR**
**121 WEST SCENIC**
**DRAPER, UT 84020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
**2/3/2023 - 2/17/2023**                  **HSA CONTRIBUTIONS**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (5)  ☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98,815.59 | $98,815.59 |
|------|---------------------------------------------|-----------------------------------------------|------------|-----------|

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
**2/3/2023 - 2/17/2023**                  **PAYROLL LIABILITIES - 941'S**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,592.73 | $3,350.00 |
|------|---------------------------------------------|-----------------------------------------------|-----------|-----------|

**JAKE LESOFSKI**
**3120 Baldy Dr**
**Helena, MT 59602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
                                          **CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**  Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)  ☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,671.33** | **$3,350.00** |
|------|---------------------------------------------|-----------------------------------------------|---------------|---------------|

**2.23**

Priority creditor's name and mailing address
**JESSE FOSTER**
**6921 Flora Ave S**
**Seattle, WA 98108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,671.33**    **$3,350.00**

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address
**KEITH MATTHEWS**
**1659 Brodiea Ave**
**Ventura, CA 93001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,394.86**    **$3,350.00**

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
**KYLE KNUTSON**
**45915 210th St**
**Volga, SD 57071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,365.40**    **$1,365.40**

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
**LONGWORTH, RICHARD**
**Po Box 176**
**Pompeys Pillar, MT 59064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,816.10**    **$1,816.10**

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.66 | $1,800.66 |
|---|---|---|---|---|

**MALCOM MCKILLOP &  SALLY REIMAN**
**7900 East Arrowhead Pkwy**
**#320**
**Sioux Falls, SD 57110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,206.36 | $1,206.36 |
|---|---|---|---|---|

**MARILYN OAKES**
**24524 Playhouse Rd**
**Keystone, SD 57751**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,370.38 | $3,350.00 |
|---|---|---|---|---|

**MARK HENDRIX**
**11406 Pass Creek**
**Custer, SD 57730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**0**

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173,798.00 | $15,150.00 |
|---|---|---|---|---|

**MICHAEL DUFRESNE**
**5632 PHANTOM CREEK AVENEUE**
**BILLINGS, MT 59106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,284.21 | $1,284.21 |
|---|---|---|---|---|

**MICHELLE SPAULDING**
**309 NORTH ADAMS ST.**
**Boulder, MT 59632**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,750.00 | $9,750.00 |
|---|---|---|---|---|

**MINNESOTA REVENUE**
**MAIL STATION 4410**
**SAINT PAUL, MN 55146-4410**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/3/2023 - 2/17/2023**

Basis for the claim:
**WITHHOLDING**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,527.60 | $16,527.60 |
|---|---|---|---|---|

**MONTANA DEPARTMENT OF**
**LABOR & INDUSTRY**
**P.O. BOX 20051**
**HELENA, MT 59620-0517**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/3/2023 - 2/17/2023**

Basis for the claim:
**UNEMPLOYMENT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,464.00 | $15,464.00 |
|---|---|---|---|---|

**MONTANA DEPARTMENT OF**
**REVENUE**
**P.O. BOX 6309**
**HELENA, MT 59604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/3/2023 - 2/17/2023**

Basis for the claim:
**WITHOLDING**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,091.40 | $2,091.40 |
|---|---|---|---|---|

**OLEG IVANOV**
**1207 South Hampton**
**Southampton, PA 18966**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,012.17 | $3,350.00 |
|---|---|---|---|---|

**PAMELA WALKER**
**332 Hemlock Drive**
**Lockwood, MT 59101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.69 | $167.69 |
|---|---|---|---|---|

**PENNSYLVANIA DEPARTMENT**
**OF**
**LABOR & INDUSTRY**
**651 BOAS ST.**
**HARRISBURG, PA 17121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/3/2023 - 2/17/2023**

Basis for the claim:
**UNEMPLOYMENT**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.17 | $345.17 |
|---|---|---|---|---|

**PENNSYLVANIA DEPARTMENT**
**OF REVENUE**
**11TH FLOOR**
**STRAWBERRY SQUARE**
**HARRISBURG, PA 17128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/3/2023 - 2/17/2023**

Basis for the claim:
**WITHHOLDING**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address<br>**PETER SCHWIESOW**<br>**401 Enchanted Pines Drive**<br>**Rapid City, SD 57701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,653.53** | **$3,350.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**CUSTOMER REFUNDS** | | |
| | Last 4 digits of account number **NONE**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address<br>**PRINCIPAL FINANCE GROUP**<br>**P.O. BOX 77202**<br>**MINNEAPOLIS, MN 55480** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32,914.49** | **$32,914.49** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/3/2023 - 2/17/2023** | Basis for the claim:<br>**401K CONTRIBUTIONS** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address<br>**ROBERT F. METTES**<br>**P.O. BOX 2170**<br>**RED LODGE, MT 59068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$211,371.00** | **$15,150.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address<br>**SCOTT KASTENGREN**<br>**6272 US Hwy 287 N**<br>**Norris, MT 59745** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,572.98** | **$3,350.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**CUSTOMER REFUNDS** | | |
| | Last 4 digits of account number **NONE**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,560.30 | $1,560.30 |
|---|---|---|---|---|

**SCOTT WELBORN**
**PO Box 405**
**Worden, MT 59088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $478,671.50 | $15,150.00 |
|---|---|---|---|---|

**SRINIVAS ANDAY**
**355 DELTA CIR.**
**BILLINGS, MT 59102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,366.36 | $3,350.00 |
|---|---|---|---|---|

**STEVEN MAERTENS**
**PO Box 273**
**Big Horn, WY 82833-0273**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.88 | $69.88 |
|---|---|---|---|---|

**TAMMY KONGSRUD**
**1518 Powers Blvd**
**Bozeman, MT 59715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.73 | $339.73 |
|---|---|---|---|---|

**TODD SNIDER**
**120 W Hickory St**
**Three Forks, MT 59752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,228.31 | $1,228.31 |
|---|---|---|---|---|

**TOM YOUNG**
**24028 Tin Lode Court**
**Hill City, SD 57745**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | $70.61 |
|---|---|---|

**AB PROPANE INC**
**1700 WEST 50TH STREET**
**SIOUX FALLS, SD 57105**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **NONE**

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $6,063.14 |
|---|---|---|

**ABC SUPPLY CO. INC**
**4300 STATE AVE**
**BILLINGS, MT 59101-5036**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **NONE**

Basis for the claim: **VENDOR**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | $33,727.14 |
|---|---|---|

**ACE ROOFING LLC**
**P.O. BOX 405**
**WILSALL, MT 59086**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **NONE**

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BRIDGER STEEL, INC.** | Case number (if known) | **2:23-bk-20019** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.00 |
|---|---|---|---|

**ACTION PEST CONTROL**
**PO BOX 81002**
**BILLINGS, MT 59108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __NONE__

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,722.00 |
|---|---|---|---|

**ACTIVE INTEREST**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $680.98 |
|---|---|---|---|

**ADOBE  CREATIVE CLOUD**
**345 PARK AVENUE**
**SAN JOSE, CA 95110-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __NONE__

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**ADVANCED OCCUPATIONAL MEDICAL**
**501 N CUTTING AVE**
**JENNINGS, LA 70546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __NONE__

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,422.33 |
|---|---|---|---|

**ADVISOR COMMERCIAL REALTY LLC**
**8953 S ROUND ROCK STREET**
**HIGHLANDS RANCH, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __NONE__

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,680.40 |
|---|---|---|---|

**AERO INDUSTRIES INC.**
**4243 W BRADBURY AVE**
**INDIANAPOLIS, IN 46241-5253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __NONE__

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**AIA SOUTH DAKOTA**
**PO BOX 1596**
**SD SOCIETY OF AMERICAN INSTITUTE OF**
**ARCH**
**SIOUX FALLS, SD 57101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __NONE__

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BRIDGER STEEL, INC.** | Case number (if known) | **2:23-bk-20019** |
|--------|------------------------|------------------------|-------------------|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,252.50 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**AL GOSS**
**2223 GENERAL KIRK DRIVE**
**MURFREESBORO, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.23 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**ALEXANDER PECK**
**42 NEBRASKA ST**
**RAPID CITY, SD 57701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CUSTOMER REFUNDS__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.65 |
|------|--------------------------------------------------|-------------------------------------------------------------------|---------|

**ALL AMERICAN HEATING AND COOLING**
**LLC**
**PO BOX 353**
**RAPID CITY, SD 57709-0353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|--------|

**ALLIANCE COMMUNICATIONS**
**PO BOX349**
**GARRETSON, SD 57030-0349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,413.28 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**ALPHA OVERHEAD DOOR**
**1415 1ST AVE NORTH**
**BILLINGS, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,382.36 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**AMERIGAS**
**PO BOX 660288**
**DALLAS, TX 75266-0288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __PROPANE__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,451.80 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**AMERITAS LIFE INSURANCE CORP.**
**PO BOX 81889**
**LINCOLN, NE 68501-1889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BRIDGER STEEL, INC.** | Case number (if known) | **2:23-bk-20019** |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,011.60** |
|---|---|---|---|
| | **AMSI**<br>**PO BOX 759**<br>**DOUGLASVILLE, GA 30133-0759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **VENDOR** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,950.00** |
|---|---|---|---|
| | **APPLICAD**<br>**1340 US HIGHWAY 1**<br>**JUPITER, FL 33469** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **VENDOR** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,926.70** |
|---|---|---|---|
| | **ARMSTRONG & ACEVES COMPANY, INC.**<br>**17660 COWAN**<br>**IRVINE, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CUSTOMER REFUNDS** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,207.42** |
|---|---|---|---|
| | **ARNOLD MACHINERY COMPANY**<br>**7099 WEST BARTON DR**<br>**CASPER, WY 82601-1890** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **VENDOR** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,642.63** |
|---|---|---|---|
| | **AT&T**<br>**PO BOX 5019**<br>**CAROL STREAM, IL 60197-5019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **VENDOR** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,777.94** |
|---|---|---|---|
| | **ATLAS BOLT & SCREW**<br>**PO BOX 96113**<br>**CHICAGO, IL 60693-6113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **VENDOR** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,852.77** |
|---|---|---|---|
| | **BALL CONSTRUCTION**<br>**30701 WESR 3RD CREEK ROW**<br>**MARIE, MI 49783** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **CUSTOMER REFUNDS** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468.00 |
|---|---|---|---|

**BEARTOOTH FIRE PROTECTION INC.**
PO BOX 142
1817 EAST MAIN ST
LAUREL, MT 59044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __VENDOR__

Last 4 digits of account number  __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.29 |
|---|---|---|---|

**BELGRADE AUTO SUPPLY, INC.
(CARQUEST)**
109 WEST MAIN STREET
BELGRADE, MT 59714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __VENDOR__

Last 4 digits of account number  __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**BELGRADE CHAMBER OF COMMERCE**
10. E. MAIN
BELGRADE, MT 59714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __VENDOR__

Last 4 digits of account number  __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.88 |
|---|---|---|---|

**BERG'S OVERHEAD DOOR LLC**
34 COKEDALE RD
LIVINGSTON, MT 59047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __CUSTOMER REFUNDS__

Last 4 digits of account number  __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213.70 |
|---|---|---|---|

**BERGER BUILDING PRODUCTS**
PO BOX 2153
DEPT #3479
BIRMINGHAM, AL 35287-3479

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __VENDOR__

Last 4 digits of account number  __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**BESTMED URGENT CARE**
PO BOX 5515
PORTLAND, OR 97228-5515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __VENDOR__

Last 4 digits of account number  __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,150.00 |
|---|---|---|---|

**BIG SKY JOURNAL**
924 INCLINE WAY, STE. B
INCLINE VILLAGE, NV 89451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __VENDOR__

Last 4 digits of account number  __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

2:23-bk-20019-BPH   Doc#: 12   Filed: 03/06/23   Page 54 of 439

**3.32** Nonpriority creditor's name and mailing address
BIG SKY LINEN & UNIFORM
715 CENTRAL AVENUE
BILLINGS, MT 59101

Date(s) debt was incurred _

Last 4 digits of account number __ NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ VENDOR

Is the claim subject to offset? ■ No ☐ Yes

$3,272.97

---

**3.33** Nonpriority creditor's name and mailing address
BIGCOMMERCE
11305 FOUR POINTS DRIVE BUILDING II, FIR
AUSTIN, TX 78726

Date(s) debt was incurred _

Last 4 digits of account number __ NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ VENDOR

Is the claim subject to offset? ■ No ☐ Yes

$39,804.17

---

**3.34** Nonpriority creditor's name and mailing address
BILL BRAZILL
34 BRAZIL LN
WHITEHALL, MT 59759

Date(s) debt was incurred _

Last 4 digits of account number __ NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ CUSTOMER REFUNDS

Is the claim subject to offset? ■ No ☐ Yes

$2,932.39

---

**3.35** Nonpriority creditor's name and mailing address
BILLINGS CLINIC OCCUPATIONAL
1020 N. ST #301
BILLINGS, MT 59101

Date(s) debt was incurred _

Last 4 digits of account number __ NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ VENDOR

Is the claim subject to offset? ■ No ☐ Yes

$869.00

---

**3.36** Nonpriority creditor's name and mailing address
BLACK HILLS ENERGY-CASPER
P.O. BOX 6001
RAPID CITY, SD 57709-6001

Date(s) debt was incurred _

Last 4 digits of account number __ NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ VENDOR

Is the claim subject to offset? ■ No ☐ Yes

$1,049.38

---

**3.37** Nonpriority creditor's name and mailing address
BLACK HILLS HOME BUILDERS
3121 WEST CHICAGO
RAPID CITY, SD 57702

Date(s) debt was incurred _

Last 4 digits of account number __ NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ VENDOR

Is the claim subject to offset? ■ No ☐ Yes

$1,876.00

---

**3.38** Nonpriority creditor's name and mailing address
BLACK HILLS LIFESTYLES
PO BOX 91606
SIOUX FALLS, SD 57109

Date(s) debt was incurred _

Last 4 digits of account number __ NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ VENDOR

Is the claim subject to offset? ■ No ☐ Yes

$1,010.00

---

| Debtor | **BRIDGER STEEL, INC.** | Case number (if known) | **2:23-bk-20019** |
|---|---|---|---|

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205.00**

**BLACK HILLS URGENT CARE.**
PO BOX 817
RAPID CITY, SD 57709-0817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27.00**

**BLACKWOOD BUILDERS**
41 ZAIDE LANE
BOZEMAN, MT 59718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BLUEBIRD PROPERTIES LLC**
1558 AMSTERDAM RD.
BELGRADE, MT 59714

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **PLEDGED REAL ESTATE AS SECURITY FOR THE PSB LOANS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,250.00**

**BOBCAT SPORTS PROPERTIES, LLC**
PO BOX 843038
C/O LEARFIELD COMMUNICATIONS, INC
KANSAS CITY, MO 64184-3038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,353.16**

**BOETTCHER SOLUTIONS LLC**
1102 EAST DOUGLAS ST
ONEIL, NE 68763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00**

**BOOMI INC.**
PO BOX 842848
BOSTON, MA 02284-2848

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**BOONE PROOPERTIES LLC**
1558 AMSTERDAM RD
BELGRADE, MT 59714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

Basis for the claim: **INTERCOMPANY DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BOONE PROOPERTIES LLC**
**1558 AMSTERDAM RD**
**BELGRADE, MT 59714**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PLEDGED REAL ESTATE AS SECURITY FOR THE PSB LOANS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**BRIDGER ORTHOPEDIC & SPORTS MEDICINE**
**1450 ELLIS STREET**
**SUITE 201**
**BOZEMAN, MT 59715**

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BRUCE KNUDSEN**
**7925 FRITZ RD**
**LAUREL, MT 59044**

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$155.00** |
|---|---|---|---|

**BUG DOCTOR, INC.**
**PO BOX 513**
**BLACK EAGLE, MT 59414**

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$698.00** |
|---|---|---|---|

**BUILDERS EXCHANGE**
**1105 REEVES ROAD WEST**
**SUITE 800**
**BOZEMAN, MT 59718**

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,481.42** |
|---|---|---|---|

**CAMERON ASHLEY BUILDING PRODUCTS**
**PO BOX 736452**
**DALLAS, TX 75373-6452**

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128.76** |
|---|---|---|---|

**CAPITAL BUSINESS SYSTEMS, INC. - 107-127**
**P.O. BOX 660831**
**DALLAS, TX 75266-0831**

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,044.74 |

**Nonpriority creditor's name and mailing address**
CAPITAL BUSINESS SYSTEMS, INC. - BS06*
P.O. BOX 508
CHEYENNE, WY 82003-0508

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

3.54 | **Nonpriority creditor's name and mailing address**    $491,696.39

CASCADIA METALS
PO BOX 1276
LONGVIEW, WA 98632

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

3.55 | **Nonpriority creditor's name and mailing address**    $4,100.00

CENTRAL OREGON TRUCK COMPANY INC
PO BOX 31001-2102
C/O DASEKE INC
PASADENA, CA 91110-2102

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

3.56 | **Nonpriority creditor's name and mailing address**    $3,380.94

CHALLENGER PALLET & SUPPLY, INC.
24 NORTH 3210 EAST
IDAHO FALLS, ID 83401

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

3.57 | **Nonpriority creditor's name and mailing address**    $11,690.00

CHANG YOU
C/O MICHAEL C. DOGGETT
2120 S. RESERVE ST., #130
MISSOULA, MT 59801

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __(LAWSUIT PENDING WITH THE LEWIS AND CLARK COUNTY DISTRICT COURT)__

Is the claim subject to offset? ■ No ☐ Yes

---

3.58 | **Nonpriority creditor's name and mailing address**    $49,722.25

CHRYSLER CAPITAL
P.O. BOX 660335
DALLAS, TX 75266

Date(s) debt was incurred __March 5, 2021__

Last 4 digits of account number __4903__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __2021 DODGE TRUCK__
__VIN #2409__

__(CHRYSLER CAPITAL)__

Is the claim subject to offset? ■ No ☐ Yes

---

3.59 | **Nonpriority creditor's name and mailing address**    $355.44

CINTAS FIRST AID & SAFETY
P.O. BOX 631025
CINC, OH 45263-1025

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.36 |

**CITI CARDS**
P.O. BOX 90001016
LOUISVILLE, KY 40290-1016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.00 |

**CK MECHANICAL, INC.**
PO BOX 485
CASPER, WY 82602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**COILPLUS**
ILLINOIS DIVISION OF COILPLUS INC
30665 NORTHWEST HWY
STE. 280
FARMINGTON HILLS, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573.16 |

**COLORADO CUSTOM METAL INC**
PO BOX 5431
DILLON, CO 80435

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,857.48 |

**COMMERCIAL DESIGN SYSTEMS, INC.**
13825 SW GALBREATH DRIVE
SHERWOOD, OR 97140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUNDS**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |

**COMTRONIX**
COMMUNICATION ELECTRONICS, INC
800 W. COLLINS DRIVE
CASPER, WY 82601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.36 |

**CONSTRUCTION INDUSTRY CENTER**
P.O. BOX 1227
RAPID CITY, SD 57709-1227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

2:23-bk-20019-BPH   Doc#: 12   Filed: 03/06/23   Page 59 of 439

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,162.14 |
|---|---|---|---|

**CONSTRUCTION MARKET DATA GROUP LLC**
**PO BOX 207121**
**DALLAS, TX 75320-7121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.91 |
|---|---|---|---|

**CONSTRUCTIVE SOLUTIONS, INC-FAC**
**PO BOX 11529**
**BOZEMAN, MT 59719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUNDS**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,532.20 |
|---|---|---|---|

**CORY CRAVER**
**494 RED BARN DRIVE**
**BELGRADE, MT 59714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUNDS**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,383.24 |
|---|---|---|---|

**COSTELLO PORTER LAW FIRM**
**704 ST. JOSEPH STREET**
**PO BOX 290**
**RAPID CITY, SD 57709-0290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326.00 |
|---|---|---|---|

**CULLIGAN OF BOZEMAN**
**15 SHAWNEE WAY**
**BOZEMAN, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.83 |
|---|---|---|---|

**CULLIGAN OF SIOUX FALLS**
**1510 WEST 51ST STREET**
**SIOUX FALLS, SD 57105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**CURT LAINGEN TRUCKING, INC.**
**7810 SCANDIA ROAD**
**SHEPHERD, MT 59079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.84 |

**D & W CRANE & RIGGING, INC.**
PO Box 493
Rapid City, SD 57709

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |

**DATUS, INC.**
759 Clarks River Road
Laurel, MT 59044

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.16 |

**DE LAGE LANDEN FINANCIAL SERVICES, INC***
P.O. Box 41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $588.19 |

**DEAN PARSONS**
3216 W. Fairgrounds Loop
Spearfish, SD 57783

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,563.55 |

**DEBOER'S CONSTRUCTION**
886 St Andrews Dr
Bozeman, MT 59715-8741

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**DECRA ROOFING SYSTEMS, INC.**
1230 Railroad Street
Corona, CA 92882

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**DENNIS L. JOHNSON**
8555 CAMP CREEK ROAD
MANHATTAN, MT 59741

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LOAN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DENNIS L. JOHNSON**
**8555 CAMP CREEK ROAD**
**MANHATTAN, MT 59741**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PLEDGED HIS PERSONAL REAL ESTATE AS SECURITY FOR THE PSB LOANS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,762.07** |
|---|---|---|---|

**DEPARTMENT OF WORKFORCE SERVICES**
**WYOMING**
**PO Box 20006**
**Cheyenne, WY 82003-7000**

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198.25** |
|---|---|---|---|

**DEWITT WATER SYSTEMS & SERVICE**
P.O. Box 51770
Casper, WY 82605-1770

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$616.10** |
|---|---|---|---|

**DICK ANDERSON CONSTRUCTION - FAC**
3424 HWY 12 East
Helena, MT 59601

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$362.50** |
|---|---|---|---|

**DOCKINS, WILLIAM S.**
3825 Valley Commons Drive, Suite 5
Bozeman, MT 59718

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,467.25** |
|---|---|---|---|

**DREXEL METALS, INC**
1234 Gardiner Lane
Attn:  Accounts Receivable
Louisville, KY 40213

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$748.50** |
|---|---|---|---|

**DRUG INFORMATION SYSTEMS**
2625 Broadway
Helena, MT 59601

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.88 | **$28.00** |

**Nonpriority creditor's name and mailing address**
**DRUG TESTING SERVICES OF NATRONA COUNTY**
1988 East 1st Street
Casper,, WY 82601

Date(s) debt was incurred _
Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.89 | **$833,142.00** |

**Nonpriority creditor's name and mailing address**
**DURA COAT PRODUCTS INC.**
5361 VIA RICARDO
RIVERSIDE, CA 92509

Date(s) debt was incurred _
Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CODING REBATE__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.90 | **$19,199.41** |

**Nonpriority creditor's name and mailing address**
**EBMS**
PO Box 21367
Billings, MT 59104-1367

Date(s) debt was incurred _
Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __MEDICAL INSURANCE__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.91 | **$25,268.50** |

**Nonpriority creditor's name and mailing address**
**EIDE BAILLY LLP**
401 N. 31st St, Ste. 1120
PO Box 7112
Billings, MT 59103-7112

Date(s) debt was incurred _
Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ACCOUNTING FEES__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.92 | **$5,890.01** |

**Nonpriority creditor's name and mailing address**
**ESCAPE RV**
1740 20-1/2 st.
Rice Lake, WI 54868

Date(s) debt was incurred _
Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CUSTOMER REFUNDS__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.93 | **$49,735.00** |

**Nonpriority creditor's name and mailing address**
**EVERGREEN SHIPPERS, LLC**
13323 N Mayfair Lane
Spokane, WA 99208

Date(s) debt was incurred _
Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.94 | **$15,664.05** |

**Nonpriority creditor's name and mailing address**
**EXPRESS EMPLOYMENT PROFESSIONALS**
Express Services, Inc.
P.O. Box 203901
Dallas, TX 75320-3901

Date(s) debt was incurred _
Last 4 digits of account number __NONE__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,845.00** |
|---|---|---|---|

**FARABAUGH ENGINEERING AND TESTING, INC**
401 Wide Drive
McKeesport, PA 15135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,507.60** |
|---|---|---|---|

**FEUILLERAT WELDING**
13018 Melcor Rd
Rapid City, SD 57702-9752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,690.51** |
|---|---|---|---|

**FIRESTONE BUILDING PRODUCTS**
93661 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,782.04** |
|---|---|---|---|

**FISHER'S TECHNOLOGY**
575 E. 42nd Street
Boise, ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,046.25** |
|---|---|---|---|

**FLEETWORTHY SOLUTIONS, INC.**
PO BOX 8026
Carol Stream, IL 60197-8026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,061.26** |
|---|---|---|---|

**FOUR C'S CONSTRUCTION**
1560 H Street
Fresno, CA 93721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __CUSTOMER REFUNDS__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,030.08** |
|---|---|---|---|

**FOX LUMBER SALES, INC.**
PO Box 1000
Hamilton, MT 59840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.10 |

**3.102**

**Nonpriority creditor's name and mailing address**
FP MAILING SOLUTIONS
140 N. Mitchell Court
Suite 200
Addison, IL 60101-5629

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$479.10**

---

**3.103**

**Nonpriority creditor's name and mailing address**
GALLATIN AIRPORT AUTHORITY
850 Gallatin Field Rd Ste 6
Belgrade,, MT 59714

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$2,757.70**

---

**3.104**

**Nonpriority creditor's name and mailing address**
GALLATIN COUNTY TREASURER
311 W.Main Rm. 104
Bozeman, MT 59715

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __PROPERTY TAXES__

Is the claim subject to offset? ■ No ☐ Yes

**$15,083.47**

---

**3.105**

**Nonpriority creditor's name and mailing address**
GALLATIN TIMBERWRIGHTS
PO Box
Gallatin Gateway, MT 59730

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __CUSTOMER REFUNDS__

Is the claim subject to offset? ■ No ☐ Yes

**$4,002.03**

---

**3.106**

**Nonpriority creditor's name and mailing address**
GENERAL DISTRIBUTING CO
P.O. Box 2606
Great Falls, MT 59403-2606

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$28.00**

---

**3.107**

**Nonpriority creditor's name and mailing address**
GREAT AMERICA FINANCIAL SERVICES
PO Box 660831
Dallas, TX 75266-0831

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

**$1,457.60**

---

**3.108**

**Nonpriority creditor's name and mailing address**
GROOVE

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$34,307.50**

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,339.99 |
|---|---|---|---|

**3.109**
Nonpriority creditor's name and mailing address
GUARDIAN COMPUTER, LLC
3500 N Causeway Blvd
Suite 435
Metairie, LA 70002

Date(s) debt was incurred _
Last 4 digits of account number  NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  VENDOR

Is the claim subject to offset? ■ No ☐ Yes

**$3,339.99**

---

**3.110**
Nonpriority creditor's name and mailing address
GUS THE GUTTER MAN-MT
5819 Thorpe
Belgrade, MT 59714

Date(s) debt was incurred _
Last 4 digits of account number  NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUNDS

Is the claim subject to offset? ■ No ☐ Yes

**$2,903.56**

---

**3.111**
Nonpriority creditor's name and mailing address
HANSON CHEMICAL
1212 Broadwater Ave.
Billings, MT 59102

Date(s) debt was incurred _
Last 4 digits of account number  NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  VENDOR

Is the claim subject to offset? ■ No ☐ Yes

**$111.94**

---

**3.112**
Nonpriority creditor's name and mailing address
HARDRIVES CONSTRUCTION, INC
PO Box 2535
Billings, MT 59103

Date(s) debt was incurred _
Last 4 digits of account number  NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  VENDOR

Is the claim subject to offset? ■ No ☐ Yes

**$5,895.33**

---

**3.113**
Nonpriority creditor's name and mailing address
HELENA BUILDING INDUSTRY
ASSOCIATION
3180 Dredge Drive, Ste B
Helena, MT 59602

Date(s) debt was incurred _
Last 4 digits of account number  NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  VENDOR

Is the claim subject to offset? ■ No ☐ Yes

**$1,470.00**

---

**3.114**
Nonpriority creditor's name and mailing address
HERITAGE WOODWORKS INC.
738 Riverside Street
Sheridan, WY 82801

Date(s) debt was incurred _
Last 4 digits of account number  NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CUSTOMER REFUNDS

Is the claim subject to offset? ■ No ☐ Yes

**$59,882.47**

---

**3.115**
Nonpriority creditor's name and mailing address
HIAB USA, INC.
P.O. Box 643148
Pittsburgh, PA 15264-3148

Date(s) debt was incurred _
Last 4 digits of account number  NONE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  VENDOR

Is the claim subject to offset? ■ No ☐ Yes

**$6,393.39**

2:23-bk-20019-BPH   Doc#: 12   Filed: 03/06/23   Page 66 of 439

| Debtor | **BRIDGER STEEL, INC.** | Case number (if known) | **2:23-bk-20019** |
|---|---|---|---|
| | Name | | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$912.24** |
|---|---|---|---|

**HILLS PRODUCTS GROUP**
**PO BOX 2624**
**Rapid City, SD 57709-2624**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$237.74** |
|---|---|---|---|

**HILLS SEPTIC SERVICE**
**4761 Sturgis Road**
**Rapid City, SD 57702**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,423.46** |
|---|---|---|---|

**HILLSIDE DESIGNS**
**PO Box 360**
**Pagosa Springs, CO 81147**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,665.72** |
|---|---|---|---|

**HIXWOOD METAL, INC.**
**N 14685 Copenhaver Ave.**
**Stanley, WI 54768**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$141.08** |
|---|---|---|---|

**HOEKE CO**
**PO Box 274**
**Brandon, SD 57005**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,945.00** |
|---|---|---|---|

**HOME BUILDERS ASSOCIATION OF**
**BILLINGS**
**P.O. Box 20461**
**Billings, MT 59104**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,244.00** |
|---|---|---|---|

**HOUZZ ADVERTISING**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.00 |
|---|---|---|---|

**INSTRUCTIONAL TECHNOLOGIES**
800 NE Tenney Road, Ste 110/203
Vancouver, WA 98685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,360.53 |
|---|---|---|---|

**INTERWEST TIRE FACTORY**
6460 Jackrabbit Lane
Belgrade, MT 59714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.76 |
|---|---|---|---|

**JD'S SPRINKLER SYSTEMS, INC**
PO Box 65
2040 Amsterdam Road
Belgrade, MT 59714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,128.03 |
|---|---|---|---|

**JOHANSEN INTERIORS LLC**
395 E Warner Rd #2
Chandler, AZ 85225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CUSTOMER REFUNDS__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,430.00 |
|---|---|---|---|

**JOHN BARAGONA**
1966 East Calle De
Tempe, AZ 85201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CUSTOMER REFUNDS__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**JOHNSON FAMILY TRUST**
8555 CAMP CREEK ROAD
MANHATTAN, MT 59741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LOAN__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEITH WEAR**
C/O NICK LETANG
40 W 14TH ST
HELENA, MT 59601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __(LAWSUIT PENDING WITH THE LEWIS AND CLARK COUNTY DISTRICT COURT)__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,505.37 |
|---|---|---|---|

**KELBEC HOLDINGS LLC**
**3350 NORTH FORK HIGHWAY**
**CODY, WY 82414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **RENT DUE ON LEASED PROPERTY LOCATED AT 6797 WILDCAT ROAD, EVANSVILLE, WY 82636**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.62 |
|---|---|---|---|

**KIEFFER SANITATION**
**PO BOX 679859**
**A Waste Connections Company**
**Dallas, TX 75267-9859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,314.02 |
|---|---|---|---|

**KJH BUILDERS**
**26688 425th Ave**
**Hancock, MN 56244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.75 |
|---|---|---|---|

**KNIGHT SECURITY INC.**
**P.O. Box1162**
**Rapid City, SD 57709-1162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,782.78 |
|---|---|---|---|

**KORTH CONSTRUCTION**
**4 Collins Lane**
**Roberts, MT 59070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**KP SUNSET ENTERPRISES LLC**
**119 1/2 4th Ave**
**Laurel, MT 59044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,545.00 |
|---|---|---|---|

**KUSTOM KONCEPTS, INC.**
**1351 N Derrick Drive**
**Casper, WY 82609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,000.21 |
|---|---|---|---|

**KW DEVELOPMENT & CONSTRUCTION**
PO Box 124
Jefferson City, MT 59638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUNDS**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |
|---|---|---|---|

**LAWN & ORDER LLC**
1340 Kirwan Lane
Belgrade, MT 59714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.90 |
|---|---|---|---|

**LEHRKIND'S GIANT SPRINGS**
PO Box 538
Helena, MT 59624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**LISAC'S TIRE-BILLINGS**
3112 King Ave West
Billings, MT 59102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,284.53 |
|---|---|---|---|

**LOGAN STAMPINGS, INC.**
1100 E. Main St
Logansport, IN 46947

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,928.22 |
|---|---|---|---|

**MAC CONSTRUCTION**
4440 Universal Dr.
Rapid City, SD 57702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CUSTOMER REFUNDS**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,073.53 |
|---|---|---|---|

**MACARTHUR COMPANY**
PO Box 1450
NW 6276
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.144** Nonpriority creditor's name and mailing address
MACHINERY FINANCE RESOURCES
651 DAY HILL RD.
WINDSOR, CT 06095

**Date(s) debt was incurred**  December 7, 2020

**Last 4 digits of account number**  0955

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  TOYOTA 8FG60U FORKLIFT

(MFR - ACCNT #0955)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** Nonpriority creditor's name and mailing address
MACHINERY FINANCE RESOURCES
651 DAY HILL RD.
WINDSOR, CT 06095

**Date(s) debt was incurred**  March 24, 2021

**Last 4 digits of account number**  2425

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  SWI 5 TON RECOILING SYSTEM

(MFR - ACCNT #2425)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address
MAGID GLOVE & SAFETY, INC.
1300 Naperville Drive
Romeoville, IL 60446

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  NONE

As of the petition filing date, the claim is: Check all that apply.    **$1,065.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  VENDOR

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** Nonpriority creditor's name and mailing address
MAJESTIC STEEL USA, INC.
31099 CHAGRIN BLVD.
CLEVELAND, OH 44124

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  NONE

As of the petition filing date, the claim is: Check all that apply.    **$1,042,597.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  VENDOR (LAWSUIT PENDING IN THE COURT OF
COMMON PLEAS CUYAHOGA COUNTY, OHIO)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** Nonpriority creditor's name and mailing address
MARCO INDUSTRIES INC.
4150 100th E AVE
SUITE 301
TULSA, OK 74146

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  NONE

As of the petition filing date, the claim is: Check all that apply.    **$307,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  (LAWSUIT PENDING IN THE DISTRICT COURT IN
AND FOR TULSA COUNTY, STATE OF OKLAHOMA)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** Nonpriority creditor's name and mailing address
MATT KING

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

As of the petition filing date, the claim is: Check all that apply.    **$49,705.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**MCCAW, DEVRIES, STEINHAUER & COMPANY**
PO Box 7307
Bozeman, MT 59771-7307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,779.60 |
|---|---|---|---|

**MD DIRECT INC,**
32565 Golden Lantern #476
Dana Point, CA 92629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,506.81 |
|---|---|---|---|

**METALFORMING, INC.**
PO Box 896697
Charlotte, NC 28289-6697

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,646.07 |
|---|---|---|---|

**MFGR DESIGN**
1025 Story Mill Road
Bozeman, MT 59715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,860.40 |
|---|---|---|---|

**MICROSEA SYSTEM SOLUTIONS GMBH (BENDEX)**
Handelskai 94-96, A-1200
Millennium Tower 24 Floor
Vienna, Austria

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.88 |
|---|---|---|---|

**MIDCONTINENT COMMUNICATIONS**
P.O. Box 5010
Sioux Falls, SD 57117-5010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,058.23 |
|---|---|---|---|

**MIDWEST ALARM FIRE & SECURITY SYSTEMS**
2300 S Dakota Ave
Sioux Falls,, SD 57105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,333.20 |

**MITEK USA INC.**
**4399 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.00 |

**MONTANA AG-NEWS**
**PO Box 45546**
**Boise, ID 83711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $661.28 |

**MONTANA ENERGY ALLIANCE**
**PO Box 123**
**Belgrade, MT 59714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.97 |

**MONTANA OPTICOM***
**144 Quail Run Road**
**Bozeman, MT 59718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,474.58 |

**MONTANA STANDARD**
**P.O. Box 742548**
**Cincinnati, OH 45274-2548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,222.00 |

**MORGAN WENDEROTH**
**701 Columbia Blvd**
**Titusville, FL 32780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CUSTOMER REFUNDS**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173.70 |

**MOUNTAIN ALARM**
**P.O. Box 12487**
**Ogden, UT 84412-2487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **VENDOR**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$676.20** |

**NATIONAL DRUG SCREENING**
**129 W Hibiscus Blvd Suite H**
**Melbourne, FL 32901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136.45** |

**NATIONAL LAUNDRY  COMPANY**
**700 Crescent Circle**
**Great Falls, MT 59404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,602.54** |

**NATRONA COUNTY WYOMING**
**Tom Doyle, Treasurer**
**PO Box 2290**
**Casper,, WY 82602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$456.33** |

**NAVITUS HEALTH SOLUTIONS**
**1025 West Navitus Dr.**
**Appleton, WI 54193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |

**NORTHWEST GLASS INC**
**PO Box 21258**
**Billings, MT 59104-1258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.75** |

**NORTHWEST NOTICE SERVICE**
**P.O. Box 1327**
**Helena, MT 59624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,121.00** |

**NOVA URGENT CARE**
**PO Box 271223**
**Salt Lake City, UT 84127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **VENDOR**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790,124.21 |
|---|---|---|---|

**OLD COUNTRY MILLWORK**
5855 Hopper Ave
Los Angles, CA 90001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** VENDOR

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,148.13 |
|---|---|---|---|

**OLD DOMINION FREIGHT LINE, INC**
PO Box 742296
Los Angeles, CA, CA 90074-2296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** VENDOR

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.50 |
|---|---|---|---|

**OLD ELK RANCH**
200 Table Mountain rd
Tie Siding, WY 82084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CUSTOMER REFUNDS

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**OLSON'S PEST TECHNICIANS**
178 Spring Street
Yankton, SD 57078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** VENDOR

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.00 |
|---|---|---|---|

**ORKIN PEST CONTROL LLC**
P.O. Box 7161
Pasadena, CA 91109-7161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** VENDOR

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $904.52 |
|---|---|---|---|

**PAPE MATERIAL HANDLING, INC**
Pape Rents
P.O. Box 35144 #5077
Seattle, WA 98124-5144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** VENDOR

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,817.19 |
|---|---|---|---|

**PETTY CREEK MOUNTAIN RANCH LLC**
3355 Old Petty Creek Road
Alberton, MT 59820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** CUSTOMER REFUNDS

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

2:23-bk-20019-BPH   Doc#: 12   Filed: 03/06/23   Page 75 of 439

| Debtor | **BRIDGER STEEL, INC.** | Case number (if known) | **2:23-bk-20019** |
|---|---|---|---|

Name

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,770.00** |
|---|---|---|---|

**PONY PROPERTIES, LLC**
**1558 Amsterdam Rd.**
**Belgrade, MT 59714**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86,110.20** |
|---|---|---|---|

**PORT OF KALAMA**
**110 West Marine Drive**
**Kalama,, WA 98625**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,599.00** |
|---|---|---|---|

**PRAIRIE KRAFT SPECIALTIES**
**1500 51st Street South**
**Great Falls,, MT 59405**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,772.81** |
|---|---|---|---|

**PUUWAI DESIGN & CONSTRUCTION**
**PO BOX 1708**
**Koloa, HI 96756**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$554.95** |
|---|---|---|---|

**R GREGER CONSTRUCTION**
**322 North Yellowstone Street**
**Livingston, MT 59047**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$210.00** |
|---|---|---|---|

**RENDEZVOUS WATER RANCH**
**P.O. Box 12**
**Black Hawk, SD 57718**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111.34** |
|---|---|---|---|

**ROCKY MOUNTAIN POWER**
**Po Box 26000**
**Portland, OR 97256-0001**

Date(s) debt was incurred _

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,160.59 |

**ROYAL ROOFING**
5572 Greybull Highway
Cody, WY 82414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number ___ **NONE**

Basis for the claim: __**CUSTOMER REFUNDS**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,505.91 |

**RTK CONSTRUCTION INC.**
PO Box 1289
Sidney, MT 59270-1289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number ___ **NONE**

Basis for the claim: __**VENDOR**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.90 |

**RURAL BROADBAND, LLC**
1835 Pheasant Brook Dr
Laurel, MT 59044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number ___ **NONE**

Basis for the claim: __**VENDOR**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,218.50 |

**SAUL EWING ARNSTEIN & LEHR LLP**
33 South Sixth Street, Suite 4750
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number ___ **NONE**

Basis for the claim: __**VENDOR**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,280.72 |

**SDN COMMUNICATIONS**
PO Box 1817
Sioux Falls,, SD 57101-1817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number ___ **NONE**

Basis for the claim: __**VENDOR**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,992.23 |

**SHAMUS PETERS**
7210 Applegate Drive
Helena, MT 59602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number ___ **NONE**

Basis for the claim: __**CUSTOMER REFUNDS**__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,046.01 |

**SHEFFIELD METALS INTERNATIONAL**
PO Box 637438
Cincinnati, OH 45263-7438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number ___ **NONE**

Basis for the claim: __**VENDOR**__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,003.00 |
|---|---|---|---|

**SHUTTS & BOWEN LLP**
**300 South Orange Avenue, Suite 1600**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,191.99 |
|---|---|---|---|

**SILVER MAPLE CONSTRUCTION**
**50 River Rd**
**New Haven, VT 05472-4020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

Basis for the claim: __CUSTOMER REFUNDS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,298.42 |
|---|---|---|---|

**SIOUX VALLEY ENERGY**
**PO Box 216**
**Colman, SD 57017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $618.00 |
|---|---|---|---|

**SKYWEST COMMERCIAL CLEANING**
**2687 Airport Road**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,998.41 |
|---|---|---|---|

**SNAP-Z**
**330 Swamp Road**
**Morgantown, PA 19543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,044.98 |
|---|---|---|---|

**SONICWALL INC**
**1225 W Washington Street, Suite 223**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,040.00 |
|---|---|---|---|

**SOUTHWEST MONTANA BUILDING**
**INDUSTRY ASSO**
**1716 West Main Street Suite 8-G**
**Industry Association**
**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __NONE__

Basis for the claim: __VENDOR__

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 | **Nonpriority creditor's name and mailing address**<br>**SPECTRUM COMMUNICATIONS SITES**<br>P.O. Box 4437<br>Bozeman, MT 59772 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **NONE** | Basis for the claim: **VENDOR**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address**<br>**ST FASTENING SYSTEMS**<br>PO Box 4515<br>Tyler, TX 75708 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$768.03** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **NONE** | Basis for the claim: **VENDOR**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address**<br>**STALEY'S TIRE & AUTOMOTIVE, INC.**<br>1245 Central Avenue<br>Billings, MT 59102 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$176.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **NONE** | Basis for the claim: **VENDOR**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address**<br>**STEVE COLLINS** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,468.69** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **NONE** | Basis for the claim: **UNPAID EXPENSE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address**<br>**STRAIGHTWAY CONSTRUCTION**<br>PO BOX 2121<br>Bismarck, ND 58502-2121 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$753.96** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **NONE** | Basis for the claim: **CUSTOMER REFUNDS**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address**<br>**SUMMIT FIRE & SECURITY LLC - SFS**<br>2500 Lexington Ave S<br>Mendota Hts, MN 55120-1260 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$567.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **NONE** | Basis for the claim: **VENDOR**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address**<br>**TERMINIX OF WYOMING**<br>P.O. Box 4747<br>Casper, WY 82604 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **NONE** | Basis for the claim: **VENDOR**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,954.12** |
|---|---|---|---|

**THE BRYER COMPANY**
**119 CLAY STREET NW**
**AUBURN, WA 98001**

Date(s) debt was incurred __

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR (LAWSUIT PENDING IN THE SUPERIOR COURT IN THE STATE OF WASHINGTON)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,793.60** |
|---|---|---|---|

**THE WORKS FLOOR & WALL**
**73750 Spyder Circle**
**Palm Desert, CA 92211**

Date(s) debt was incurred __

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,039.52** |
|---|---|---|---|

**TIMBERLINE CREATIONS**
**1245 Benjamin Blvd.**
**Billings, MT 59105**

Date(s) debt was incurred __

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,425.72** |
|---|---|---|---|

**TIMELESS CONCRETE DESIGN STUDIOS**
**412 Dogwood Ln**
**Wenatchee, WA 98801**

Date(s) debt was incurred __

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180.00** |
|---|---|---|---|

**TLC SEPTIC SERVICE INC**
**6020 Kessler Road**
**Belgrade,, MT 59714**

Date(s) debt was incurred __

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$391.94** |
|---|---|---|---|

**TOWN OF EVANSVILLE**
**P.O. Drawer 158**
**Evan, WY 82636**

Date(s) debt was incurred __

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,448.63** |
|---|---|---|---|

**TOWNSQUARE MEDIA**
**150 North Nichols**
**Casper, WY 82601**

Date(s) debt was incurred __

Last 4 digits of account number __ **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,679.30 |
|---|---|---|---|

**TOWNSQUARE MEDIA BOZEMAN**
125 W. Mendenhall Street, #1
Bozeman,, MT 59715

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,679.83 |
|---|---|---|---|

**TRANSFLEET SERVICES, LLC**
14043 S Smoky Oaks Ln
Herriman, UT 84096-1603

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,014.90 |
|---|---|---|---|

**TRAVIS HARMON CONSTRUCTION**
Po Box 499
Dover, ID 83825-0499

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.98 |
|---|---|---|---|

**TRI COUNTY DISPOSAL**
3630 York Road
Helena, MT 59602

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $988.64 |
|---|---|---|---|

**TRU-BUILT**
2640 West M Court
Lincoln, NE 68522

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUNDS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,722.00 |
|---|---|---|---|

**UFP**
P.O. BOX 296
WOODBURN, OR 97071-0296

Date(s) debt was incurred _

Last 4 digits of account number  **ONE0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,312.50 |
|---|---|---|---|

**UL LLC**
75 Remittance Drive
Suite #1524
Chicago, IL 60675-1524

Date(s) debt was incurred _

Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,364.59 |
|---|---|---|---|

**ULINE**
**PO Box 88741**
**Accounts Receivable**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,738.94 |
|---|---|---|---|

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.91 |
|---|---|---|---|

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**VALLEY MEDIA INC.**
**600 S. Andrews Ave.**
**Ste 405**
**Ft. Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,186.39 |
|---|---|---|---|

**VAN THAN**
**3250 W. Girard Ave**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CUSTOMER REFUNDS__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.86 |
|---|---|---|---|

**VERIZON**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,162.75 |
|---|---|---|---|

**VERTEX CONSULTING GROUP**
**3000 7th Avenue North**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __VENDOR__

Last 4 digits of account number __NONE__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,203.24 |
|---|---|---|---|

**WALKER PROPERTIES**
PO Box 3230
Gillette, WY 82717

Date(s) debt was incurred _
Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CUSTOMER REFUNDS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.97 |
|---|---|---|---|

**WASTE CONTROL 425-4302**
1150 3rd Avenue
Longview,, WA 98632

Date(s) debt was incurred _
Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,936.40 |
|---|---|---|---|

**WEST COAST**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,500.78 |
|---|---|---|---|

**WEX BANK**
P.O. Box 6293
Carol Stream, IL 60197-6293

Date(s) debt was incurred _
Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**WILLIAMS, PORTER, DAY**
**& NEVILLE, P.C.**
P.O. Box 10700
Casper, WY 82602

Date(s) debt was incurred _
Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,000.00 |
|---|---|---|---|

**WOODS BAND LLC**
900 Division St.
Nashville, TN 37203

Date(s) debt was incurred _
Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,043.12 |
|---|---|---|---|

**WORKPLACE SCREENING INTELLIGENCE,**
**LLC**
PO Box 129
Washington Mills, NY 13479

Date(s) debt was incurred _
Last 4 digits of account number  **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **VENDOR**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,590.79 |
|---|---|---|---|

**3.234**

Nonpriority creditor's name and mailing address

XPO LOGISTICS
29559 Network Pl
Chicago, IL 60673-1559

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

$2,590.79

---

**3.235**

Nonpriority creditor's name and mailing address

YELLOWSTONE COUNTY TREASURER
PO Box 35011
Billings, MT 59107

Date(s) debt was incurred _

Last 4 digits of account number **NONE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PROPERTY TAXES**

Is the claim subject to offset? ■ No ☐ Yes

$28,448.22

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | BARRY G. REYNOLDS<br>TITUS HILLIS REYNOLDS LOVE<br>15 EAST FIFHT STREET, SUITE 3700<br>TULSA, OK 74103 | Line **3.148**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | CHRISTOPHER J. MEYER<br>31099 CHAGRIN BOULEVARD, SUITE 150<br>CLEVELAND, OH 44124 | Line **3.147**<br>☐ Not listed. Explain ___ | _ |
| 4.3 | MARCO INDUSTRIES<br>1632 BRODER STREET<br>REGINA SK S4N 7K1 | Line **3.148**<br>☐ Not listed. Explain ___ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,416,664.99 |
| 5b. Total claims from Part 2 | 5b. + | $ 5,605,257.15 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 7,021,922.14 |

2:23-bk-20019-BPH   Doc#: 12   Filed: 03/06/23   Page 84 of 439

Fill in this information to identify the case:

Debtor name    **BRIDGER STEEL, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MONTANA

Case number (if known)    **2:23-bk-20019**

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **CUSTOMER SALE ORDER** | |
| State the term remaining | **3-D Construction** |
| List the contract number of any government contract | **618 Filmore St** **Black Hawk, SD 57718** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **CUSTOMER SALE ORDER** | |
| State the term remaining | **307 All American Roofing** |
| List the contract number of any government contract | **112 Valley Drive** **Casper, WY 82604** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest **CUSTOMER SALE ORDER** | |
| State the term remaining | **5A Specialty Services** |
| List the contract number of any government contract | **1705 Powers blvd** **Belgrade, MT 59714** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest **CUSTOMER SALE ORDER** | |
| State the term remaining | **7 D Ranch** |
| List the contract number of any government contract | **2832 Chopper Lane** **Cody, WY 82414** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CUSTOMER SALE ORDER**<br><br><br><br>**A + A Construction**<br>**PO 23**<br>**Billings, MT 59006** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CUSTOMER SALE ORDER**<br><br><br><br>**A Better Carpentry**<br>**2320 Avenue B**<br>**Billings, MT 59102** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CUSTOMER SALE ORDER**<br><br><br><br>**A P Roofing & Construction**<br>**3854 Mussellshell Rd**<br>**East Helena, MT 59635** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CUSTOMER SALE ORDER**<br><br><br><br>**A-1 Hollidays, LLP**<br>**PO Box 2**<br>**Roberts, MT 59070** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CUSTOMER SALE ORDER**<br><br><br><br>**A. M. I. Development, Inc**<br>**53 4Th Avenue**<br>**Kalispell, MT 59901** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **AAA Roofing Services** |
| | List the contract number of any government contract | | **1706 Magnolia Rd** **Kirkland, WA 98034-4305** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Aaron D'Hooge** |
| | List the contract number of any government contract | | **532 Custer #2** **Billings, MT 59101** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Aaron Mason** |
| | List the contract number of any government contract | | **3918 Jaynic Drive** **Helena, MT 59602** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Aaron Minkin** |
| | List the contract number of any government contract | | **320 Soscol Ave.** **Napa, CA 94559** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Aaron Mitchell** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Aaron Riemann**<br>**3047 Golden Acres Drive**<br>**Billings, MT 59106** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE EMPLOYEES TO ASSIST WITH SALES** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **AAVIS INDIA OFFICE B3**<br>**CLASSIC ASHIRWAD APTS**<br>**9TH CR, 2ND MN**<br>**ASHIRWADO COLONY**<br>**HORAMAVU, BENGALURU 560043** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ABC Supply**<br>**1 ABC Parkway**<br>**Beloit, WI 53511** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Absolute Vinyl-Absolute Fence**<br>**1351 Holiday Circle**<br>**Billings, MT 59101** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ackaret Construction**<br>**730 Terry Ave**<br>**Billings, MT 59101** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Adams Family Painting**<br>**1524 Bellaire Drive**<br>**Casper, WY 82604** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Adrienne Barrows**<br>**Portland, OR 97213** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Adsit Construction**<br>**5461 Coffeen Avenue**<br>**Sheridan, WY 82801** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Advanced  Siding**<br>**2690 Sheridan Street**<br>**East Helena, MT 59635** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Advantage 1 Construction**<br>**1620 Pleasent Brook Cirlce**<br>**Laurel, MT 59404** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Affco MFG**
**1015 East 6th Street**
**Anaconda, MT**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **SHORT TERM DISABILITY**

State the term remaining

List the contract number of any government contract

**AFLAC**
**1932 WYNNTON RD.**
**ATTN: REMITTANCE PROCESSING SER.**
**COLUMBUS, GA 31999**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ahmed F Al'kaisy**
**169 Arcada**
**Bozeman, MT 59715**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Al Markuson**
**29 Hanging Diamond Lane**
**Joliet, MT 59041**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Alan Ankrum**
**21 Mccord Rd.**
**Roundup, MT 59072**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alan Bair**<br>**Na, WY 82414** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alan G Miller**<br>**220 wooden shoe lane**<br>**Manhattan, MT 59741** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alan Rel**<br>**13 E. Alnadin ln**<br>**Billings, MT 59105** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alan Van Bochove**<br>**8181 Schroeder Rd**<br>**Rapid City, SD 57702** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Albert Larson**<br>**Po Box 368**<br>**Chester, MT 59522** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Alex Anderson |
| | List the contract number of any government contract | | 1124 Henderson St. Helena, MT 59601 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Alex Ghali |
| | List the contract number of any government contract | | 2554 Brainers Rd. Langley, WA 98260 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Alford Roofing & Siding |
| | List the contract number of any government contract | | PO Box 112 Big Timber, MT 59011 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | All American Siding Windows & Roofing, I |
| | List the contract number of any government contract | | 3745 Anderson Rd Rapid City, SD 57702-0702 |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | All Around Construction |
| | List the contract number of any government contract | | 820 Sonoma Rd Helena, MT 59601 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allans Birky**<br>**42 New Dracut Hill Rd**<br>**Vaughn, MT 59487** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE PREMIUM** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALLEGIANCE ZIONS BANK**<br>**P.O. BOX 1750**<br>**CEDAR CITY, UT 84721** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allen Eggen**<br>**935 Bluegrass Drive East**<br>**Billings, MT 59106** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allen Geddes**<br>**533 Collins Rd**<br>**Belgrade, MT 59714** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allen Halter**<br>**6829 Copper Ridge Loop**<br>**Billings, MT 59106** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allen Ream**<br>**Po Bx 2057**<br>**Columbia Falls, MT 59912** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allied Investment Company**<br>**PO Box 1015**<br>**Helena, MT 59624** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allphin Construction**<br>**Po Box 1042**<br>**Cody, WY 82414** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **AllStar Construction**<br>**PO Box 817**<br>**West Fargo, ND 58078** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allstar Construction Commercial**<br>**5145 Industrial St. #103**<br>**Maple Plain, MN 55359** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alotta Construction**<br>**789 Ridge Rd**<br>**Powell, WY 82435** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alpenglow Homes -FAC**<br>**2320 W Main St Ste 6**<br>**Bozeman, MT 59718** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT FOR PROPERTY LOCATED AT 7570 ENTRYWAY DR, BILLINGS, MT 59101** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ALPINE FIR, LLC**<br>**8321 HILL RD**<br>**KLAMATH FALLS, OR 97603** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alpine Reflections**<br>**PO Box 509**<br>**Belgrade, MT 59714** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alvin Raisland**<br>**61 Swamp Creek**<br>**Big Timber, MT 59011** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Amanda Kirby** |
| | List the contract number of any government contract | | **495 Stimpson Rd**<br>**Oroville, CA 95965** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Amber L Gerr** |
| | List the contract number of any government contract | | **28 Camp Arrowhead Dr**<br>**Big Sky, MT 59716** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Amber Taylor** |
| | List the contract number of any government contract | | **PO Box 1797**<br>**East Helena, MT 59635** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Amber Waves Inc. - FAC** |
| | List the contract number of any government contract | | **11 South Ave West**<br>**Richardton, ND 58652** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | ACCOUNTS RECEIVABLE FACTORING | |
|---|---|---|---|
| | State the term remaining | | **AMERISOURCE FUNDING INC.** |
| | List the contract number of any government contract | | **7225 LANGTRY STREET**<br>**HOUSTON, TX 77040** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Anchor Construction**
**7171 US 191 N**
**Lewistown, MT 59457**

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Anderson Construction**
**2714 Fen Way Unit C**
**Bozeman, MT 59718**

---

**2.62.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Andrew Bassak**
**305 E Pacific**
**East Helena, MT 59635**

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Andrew Herrick**
**305 S. Oak St.**
**Townsend, MT 59644**

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Andy Ford**
**2614 Cottonwood Blvd**
**Billings, MT 59105**

---



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Andy Galen** |
| | List the contract number of any government contract | | **5161 Crescent Moon Drive**<br>**Helena, MT 59602** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Andy Melin** |
| | List the contract number of any government contract | | **888 Us Hwy 14**<br>**Greybull, WY 82841** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Angie Valcarce** |
| | List the contract number of any government contract | | **1302 Huffn Puff Ave**<br>**Cody, WY 82414** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Ann Naatus** |
| | List the contract number of any government contract | | **10979 US Hwy 212 Lot 1**<br>**Belle Fourche, SD 57717** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Anna Lindstrand** |
| | List the contract number of any government contract | | **619 Logan St**<br>**Helena, MT 59601** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |  |
|---|---|---|---|
| | State the term remaining | | **Anton Wilhelm** |
| | List the contract number of any government contract | | **PO Box 1627** |
| | | | **Redlodge, MT 59068** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |  |
|---|---|---|---|
| | State the term remaining | | **Anytime Contracting and Remodel** |
| | List the contract number of any government contract | | **PO Box 1364** |
| | | | **Woodinville, WA 98072** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |  |
|---|---|---|---|
| | State the term remaining | | **AR Roofing & Exteriors** |
| | List the contract number of any government contract | | **40100 N. US Hwy 281** |
| | | | **Pratt, KS 67124** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |  |
|---|---|---|---|
| | State the term remaining | | **Arch Metals, Inc** |
| | List the contract number of any government contract | | **40 Beverly Court** |
| | | | **Belgrade, MT** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |  |
|---|---|---|---|
| | State the term remaining | | **Arlo Borgnino** |
| | List the contract number of any government contract | | **9307 Mandus Olson rd** |
| | | | **Bainbridge Island, WA 98110** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Armando Diaz**<br>**424 3Rd Ave South**<br>**Greybull, WY 82426** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Arrow at Winter Park Inc.**<br>**201 Milwaukee**<br>**Suite 201**<br>**Denver, CO 80206** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ARTisan Building Company, Inc.**<br>**218 S Broadway**<br>**PO Box 740**<br>**Manhattan, MT 59741-0740** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ARTK, LLC**<br>**13215 South East Valemont Ln**<br>**Happy Valley, OR 97086** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Atmosphere Design Build**<br>**595 E Main St.**<br>**Grass Valley, CA 95945** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Augustine, Jerel**<br>**12020 Big Davis Road**<br>**Three Forks, MT 59752** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin Holm**<br>**22 Manor Dr**<br>**Townsend, MT 59644** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Auto Resource**<br>**1525 1st Ave North**<br>**Billings, MT 59101** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Autopilot, Inc.**<br>**619 North Church**<br>**Bozeman, MT 59715** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **AV Construction  - MT**<br>**PO Box 11966**<br>**Bozeman, MT 59719-1966** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **SALES TAX ADMINSTRATOR** | |
|---|---|---|---|
| | State the term remaining | | **AVALARA**<br>**255 SOUTH KING ST.**<br>**SUITE 1800**<br>**SEATTLE, WA 98104** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Award Construction**<br>**429 Kansas City St Ste 13**<br>**Rapid City, CA 57702** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Aztec Construction**<br>**4712 Baja Rd.**<br>**Helena, MT 59602** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **B & S Const**<br>**PO Box 321**<br>**SD** |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **B&H Custom Concrete**<br>**610 Oregon Ave**<br>**Gillette, WY 82718** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Back Country Carpentry<br>700 W Southview<br>Belgrade, MT 59714 |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Badger Building Center<br>PO Box 295<br>Post Falls, ID 83877 |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Barbara Spillane<br>PO Box 441<br>Gualala, CA 95445 |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Bard Middleton<br>2937 Rimview Drive<br>Billings, MT 59102 |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Barker Contracting, Inc.<br>2127 E. Speedway Blvd. Suite 101<br>Tucson, AZ 85719 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Barns By Design** |
| | List the contract number of any government contract | | **1720 Jaffer Rd** |
| | | | **Casper, WY 82601** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Barry Gum** |
| | List the contract number of any government contract | | **3527 Glenfinnan Rd** |
| | | | **Billlings, MT 59101** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Barry Murnion** |
| | List the contract number of any government contract | | **Po Box 1341** |
| | | | **Chinook, MT 59523** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Barry Thompson** |
| | List the contract number of any government contract | | **136 Byam Road** |
| | | | **Laurel, MT 59044** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Barta Custom Builders** |
| | List the contract number of any government contract | | **4656 Metzger Road** |
| | | | **Laurel, MT 59044** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bauen Corp FAC |
| | List the contract number of any government contract | | 801 E 52ND Ave<br>Denver, CO 80216-1900 |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | BC Hydro |
| | List the contract number of any government contract | | 6911 SouthPoint Dr<br>Burnaby, BC V3N4X8 |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bead Properties, LLC |
| | List the contract number of any government contract | | 375 36th Street<br>East Moline, IL 61244 |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bear Paw Landscapes |
| | List the contract number of any government contract | | 208 High Plains Road<br>Belgrade, MT 59714 |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bearstone Masonry EX |
| | List the contract number of any government contract | | 53 Industry Way SE<br>Calgary, AB T3S0A2 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Becky Ruggles**<br>**4360 Moser Dome**<br>**Joliet, MT 59041** |
| | List the contract number of any government contract | | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bedrock Construction LLC**<br>**1155 Bitteroot Dr**<br>**Billings, MT 59105** |
| | List the contract number of any government contract | | |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Ben Anderson**<br>**34 streamside way**<br>**Big Sky, MT 59716** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Ben Clark**<br>**2434 Lillian Miller Pkwy**<br>**Denton, TX 76205** |
| | List the contract number of any government contract | | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Ben Hahn**<br>**231 S. C St**<br>**Livingston, MT 59047** |
| | List the contract number of any government contract | | |


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Ben Sickler** |
| | List the contract number of any government contract | | **2425 Wagner Drive** **Billings, MT 95106** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Benjamin, Jen** |
| | List the contract number of any government contract | | **25 Cox lane** **Whitehall, MT 59759** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Benson Construction** |
| | List the contract number of any government contract | | **2613 Brookway Drive** **Laurel, MT 59044** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Berg Works Construction LLC.** |
| | List the contract number of any government contract | | **455 Bench Blvd** **Billings, MT 59105** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Beth Gartner** |
| | List the contract number of any government contract | | **9221 Kautzman Road** **Billings, MT 59101** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bettelyoun And Son Construction**<br>**2940 Cline Rd**<br>**Billings, MT 59105** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bianca Klein**<br>**3 Solar Mountain Rd**<br>**Gardiner, MT 59030** |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bic Green**<br>**426 North Montana Ave**<br>**Bozeman, MT 59715** |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Big Pine Construction LLC**<br>**10251 Big Piney Road**<br>**Rapid Cty, SD 57702** |
| | List the contract number of any government contract | | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Big Sky Beverage, Inc.**<br>**1627 W. Main #362**<br>**Bozeman, MT 59715** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Big Sky Disaster Restoration** |
| | List the contract number of any government contract | | **1616 4th Ave North** **Billings, MT 59101** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Big Sky Irrigation** |
| | List the contract number of any government contract | | **523 Roxy Lane** **Billings, MT 59105** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Big Sky Plumbing and Heating** |
| | List the contract number of any government contract | | **1923 Dodge Ave** **Helena, MT 59601** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bighorn Storage** |
| | List the contract number of any government contract | | **230 Nth Cloud Peak** **Bryon, WY 82412** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bill Allison** |
| | List the contract number of any government contract | | **4311 Paso Fino Lane** **Helena, MT 59602** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bill Bandel |
| | List the contract number of any government contract | | 1342 Lane 10<br>Powell, WY 59101 |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bill Bertoud |
| | List the contract number of any government contract | | 195 Smith Rd<br>Roundup, MT 59072 |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bill Cathey |
| | List the contract number of any government contract | | PO Box 69<br>Miles City, MT 59301 |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bill Dotter |
| | List the contract number of any government contract | | 285 John G. Mine Rd.<br>Helena, MT 59602 |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bill Ehman |
| | List the contract number of any government contract | | 1212 North Schuyler St.<br>Anaconda, MT 59711 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.130.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Bill Geer**
**64th Spicer Lane**
**Cody, WY 82414**

**2.131.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Bill Hughes**
**1221 East Montana Street**
**Livingston, MT 59047**

**2.132.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Bill Jacklin**
**4908 Linscott Ave**
**Downers Grove, IL 60515**

**2.133.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Bill Kaizer**
**13800 Juniper Road**
**Molt, MT 59057**

**2.134.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Bill Mayo**
**Box 25**
**Reed Point, MT 59069**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **BILL Terry**<br>**Lovell, WY 82431** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Billings Flying Service**<br>**6309 Jellison Rd**<br>**Billings, MT 59101** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Binder Irrigation**<br>**PO Box A**<br>**Table Rock, NE 68447** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Binek Contracting**<br>**40 Meadow Muffin Rd.**<br>**Columbus, MT 59019** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Black Enterprises Inc**<br>**460 South Douglas St**<br>**Powell, WY 82435** |

2:23-bk-20019-BPH   Doc#: 12   Filed: 03/06/23   Page 112 of 439

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Black Investments LLC** |
| | List the contract number of any government contract | | **2018 16th Street East**<br>**Williston, ND 58801** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Black Label Custom Homes** |
| | List the contract number of any government contract | | **11 Macee Lane**<br>**Bozeman, MT 59715** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Black Leaf Construction** |
| | List the contract number of any government contract | | **3413 Fairway Dr**<br>**Great Falls, MT 59401** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Blaze Tadday** |
| | List the contract number of any government contract | | **4331 Wells Place**<br>**Billings, MT 59106** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bliss Livestock** |
| | List the contract number of any government contract | | **495 Twin Buttes Rd**<br>**Sand Springs, MT 59077** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bloedorn Lumber - Casper** |
| | List the contract number of any government contract | | **PO Box 1077** |
| | | | **Torrington, WY 82240** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bloedorn Lumber - Gillette** |
| | List the contract number of any government contract | | **P.O. Box 1077** |
| | | | **Torrington, WY 82240** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bloedorn Lumber - Lewistown, MT** |
| | List the contract number of any government contract | | **P.O. Box 864** |
| | | | **Lewistown, MT 59457** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bloedorn Lumber - Sheridan** |
| | List the contract number of any government contract | | **PO Box 1077** |
| | | | **Torrington, WY 82240** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **HEALTH INSURANCE** | |
|---|---|---|---|
| | State the term remaining | | **BLUE CROSS BLUE SHIELD** |
| | List the contract number of any government contract | | **P.O. BOX 650615** |
| | | | **DALLAS, TX 75265-0615** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Blue Heron Builders** |
| | List the contract number of any government contract | | **8595 North Montana Ave** **Helena, MT 59602** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **BlueLam, LLC** |
| | List the contract number of any government contract | | **5115 240th Ave Ne** **Redmond, WA 98053** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Board by Board Construction** |
| | List the contract number of any government contract | | **PO 964** **Miles City, MT 59301** |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bob & Theresa Frye** |
| | List the contract number of any government contract | | **138 South 4th Street West** **Box 546** **Malta, MT 59538** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bob Davis** |
| | List the contract number of any government contract | | **14 Valley Dr.** **Douglas, WY 82633** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bob Hunts**<br>**1985 McMinimey Drive**<br>**Kalispel, MT 59901** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bob Huso**<br>**5950 Hwy 250 W**<br>**Wolf Point, MT 59201** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bob Kuntz**<br>**17 Vigilante Trail**<br>**Clancy, MT 59634** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bob Pitcher**<br>**2444 Hoover Ave**<br>**Billings, MT 59102** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bob Rawhouser**<br>**PO Box 314**<br>**Laurel, MT 59044** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bob Steele**<br>**P.O Box 363**<br>**Manhatten, MT 59741** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bob Stroebel**<br>**1520 Foothill Drive**<br>**Billings, MT 59105** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bobby Whittaker**<br>**545 Clay Street**<br>**Custer, SD 57730** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bonitz Nashville**<br>**1922 Old Murfreesboro Pike**<br>**Suite 530**<br>**Nashville, TN 37217** |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Boom Construction**<br>**550 North 5th St**<br>**Rapid City, SD 57701** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Brad D Hall |
| | List the contract number of any government contract | | 48 McDonald Creek rd Livingston, MT 59047 |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Brad Deutsch |
| | List the contract number of any government contract | | 9021 S ridge trail Sturgis, SD 57785 |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Brad Kimball |
| | List the contract number of any government contract | | 4458 Loma Vista Billings, MT 59106 |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bradley Construction North, Inc. |
| | List the contract number of any government contract | | P.O. Box 41 Hailey, ID 83333 |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Brady Design Build |
| | List the contract number of any government contract | | 6730 Athens Boonesboro rd Lexington, KY 40509 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.170.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Brady Nasset**
**137 Liberty Lane**
**Pinehaven, WY 82721**

**2.171.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**BRANDON Fleury**
**2730 Class Lane**
**Billings, MT 59105**

**2.172.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Brandon Keller**
**2426 South 1100 West**
**Woods Cross, UT 84087**

**2.173.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Brandon Smith**
**Billings, MT 59101**

**2.174.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Breit Roofing**
**1340 Nottingham Dr.**
**Casper, WY 82609**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.175.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Brenda LLoyd**
**1628 Hwy 52**
**Fessenden, ND 58438**

---

**2.176.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Brendan Klueckman**
**625 8th St.**
**Newell, SD 57760**

---

**2.177.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Brenimer Construction INC**
**1499 Beaverhead RD**
**Helena, MT 59602**

---

**2.178.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Brent Clark**
**41 Horkin Cr Rd**
**Volborg, MT 59351**

---

**2.179.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Brent Lebrun Construction**
**6050 Jewel Ln**
**Billings, MT 59106**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Brent Wunderlich** |
| | List the contract number of any government contract | | **3693 Sartori Street**<br>**HELENA, MT 59602** |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Brenton Moore** |
| | List the contract number of any government contract | | **430 Wagon Box Rd**<br>**Banner, WY 82832** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Brian Dee** |
| | List the contract number of any government contract | | **27771 Forest Rd**<br>**Hotsprings, SD 57747** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Brian Pancoast** |
| | List the contract number of any government contract | | **17899 State Route 20**<br>**Mazama, WA 98833** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Brian Pyscher** |
| | List the contract number of any government contract | | **2321 Lane 22 1/2**<br>**Lovell, WY 82431** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Brian Rogers** |
| | List the contract number of any government contract | | **2910 Colter Ave** |
| | | | **Bozeman, MT 59715** |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bridger Burt** |
| | List the contract number of any government contract | | **1621 Leslie Ave** |
| | | | **Helena, MT 59601** |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bridger Steel** |
| | List the contract number of any government contract | | **1558 Amsterdam Rd** |
| | | | **Belgrade, MT 59714-8979** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Brock Rice** |
| | List the contract number of any government contract | | **3465 Sentinel** |
| | | | **Bozeman, MT 59715** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Bruce Dunkle** |
| | List the contract number of any government contract | | **309 Graham St** |
| | | | **Helena, MT 59601** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bruce Links |
| | List the contract number of any government contract | | PO Box 338 |
| | | | Jefferson City, MT 59638 |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bruce Mcadow |
| | List the contract number of any government contract | | 17757 Homewood Park Dr. |
| | | | Littleton, CO 80121 |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bruce Vasser |
| | List the contract number of any government contract | | 5485 13th Street South |
| | | | Great Falls, MT 59405 |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bruce Zignego |
| | List the contract number of any government contract | | 153 Starner Drive |
| | | | Bozeman, MT 59718 |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Bryan Fallon |
| | List the contract number of any government contract | | 12272 Eden Road |
| | | | Whitewood, SC 57793 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.195.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Bryan King**
> **PO Box 43**
> **Watertown, SD 57201**

---

**2.196.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Bud Kelsey**
> **Box 221**
> **Frannie, WY 82423**

---

**2.197.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Builders First Source, Corporate**
> **2001 Bryan St Ste 1600**
> **Dallas, TX 75201-3017**

---

**2.198.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Bunn Construction**
> **665 Holbert Road**
> **Pony, MT 59747**

---

**2.199.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Butch Hall**
> **114 Lauretta Dr.**
> **Billings, MT 59101**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.200.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Buzz Butler**
**5157 Dragon Fly St**
**bozeman, MT 59718**

---

**2.201.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Bw Inc**
**648 Black Tail Rd**
**Lake Side, MT 59922**

---

**2.202.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**C & C Builders Inc.**
**160 west 9th Street**
**Lovell, WY 82431**

---

**2.203.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**C & H Builders Inc**
**2752 Hwy 87 East**
**Billings, MT 59101**

---

**2.204.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**C BAR J MECHANICAL**
**2085 South 13Th St.**
**Vallentine, MT 59006**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | C-Rentals |
| | List the contract number of any government contract | | 86 River Rd Townsend, MT 59644 |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Cache Anderson |
| | List the contract number of any government contract | | 1019 E.3rd Ave. S. Columbus, MT 59019 |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Cadillac Custom Cabinets |
| | List the contract number of any government contract | | 6 Hunters Trail Townsend, MT 59644 |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Cadwell Springs Camp |
| | List the contract number of any government contract | | 618 N Cottage Belle Creek, MT 59317 |

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Caleb Pattin |
| | List the contract number of any government contract | | PO Box 9 Jefferson City, MT 59683 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Cam Ballew<br>127 Soaring Hawk Ln<br>Woodland, WA 98674 |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Capital Construction, LLC<br>86 E Baxter Lane East |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Carl Midgley<br>5138 Creekmore Loop<br>Huntley, MT 59037 |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Carl Vender<br>6029 Linck Circle<br>Shepherd, MT 59079 |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Carmelite Monastery<br>35 Road Afw<br>Powell, WY 82435-8149 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carmichael & Co**<br>**1741 Island View Dr**<br>**Billings, MT 59101** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carr Construction**<br>**411 Main Street**<br>**Winifred, MT 59489** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Casey Britton**<br>**P.O.Box 81686**<br>**Billings, MT 59108** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Castellano Enterprises**<br>**2936 Rosebud Drive**<br>**Billings, MT 59102** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Castle Reef Enterprise**<br>**19 5th Ln**<br>**Ft. Shaw, MT 59443** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Catherine Baker-Pitts |
| | List the contract number of any government contract | | 124 Seawall Road SW Harbor, ME 04679 |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | CC Construction |
| | List the contract number of any government contract | | PO 2428 Cody, WY 82414 |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | CC Property Management |
| | List the contract number of any government contract | | 1209 E. St. Patrick St. Rapid City, SD 57701 |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Cecil Schiltz |
| | List the contract number of any government contract | | 1062 Vali Rd Powell, WY 82435 |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Central Wyoming Construction |
| | List the contract number of any government contract | | 1321 Ivy Lane Casper, WY 82609 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.225.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**CENTURY CONSTRUCTION LLC**
**23204 Summer Creek Drive**
**Rapid City, SD 57702**

---

**2.226.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Century Gaming**
**1327 Weil St**
**Billings, MT 59102**

---

**2.227.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Chad Barnett**
**120 N 18th**
**Billings, MT 59101**

---

**2.228.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Chad Schell**
**7201 Rd Hills Rd.**
**Gillette, WY 82718**

---

**2.229.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Charles Hlavac**
**PO Box 1355**
**Choteau, MT 59422**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Charles Holmes Remodeling**
**P.O. Box 272**
**East Helena, MT 59635**

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Charles L Goldstein**
**PO Box 398 207 Main St**
**Millersburg, KY 40348**

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Charles Lee**

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Charley Williams**
**PO 774286**
**Steamboat Springs, CO 80477**

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Charlie Jones**
**PO Box 266**
**Sundance, WY 82729**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Charlie Lyndes** |
| | List the contract number of any government contract | | **99 Muri Road** |
| | | | **Hysham, MT 59038** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Cheatham Construction Llc** |
| | List the contract number of any government contract | | **3229 Davis Road** |
| | | | **Greybull, WY 82426** |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Chester Hans** |
| | List the contract number of any government contract | | **216 3rd Ave SW** |
| | | | **Cut Bank, MT 59427-3430** |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Chris Anderson** |
| | List the contract number of any government contract | | **120 Ship Watch Circle** |
| | | | **Kalama, WA 98625** |

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Chris Campbell** |
| | List the contract number of any government contract | | **452 Joliet Fromberg Rd** |
| | | | **Joliet, MT 59041** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Chris Culpo** |
| | List the contract number of any government contract | | **2813 17 Mile Dr.** |
| | | | **Pebble Beach, CA 93953** |

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Chris Hildebrandt** |
| | List the contract number of any government contract | | **Belgrade, MT 59714** |

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Chris Hryckowian** |
| | List the contract number of any government contract | | **PO Box 504** |
| | | | **Gallatin Gateway, MT 59730** |

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Chris Mccalmon** |
| | List the contract number of any government contract | | **2217 4th Ave S** |
| | | | **Great Falls, MT 59404** |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Chris Munson** |
| | List the contract number of any government contract | | **940 HWY. 282** |
| | | | **Clancy, MT 59634** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chris Torrence** |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Christi Burriss** |
| | List the contract number of any government contract | | **200 East Church Street** **Lexington, SC 29072** |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Christianson Companies (Formerly Paces L** |
| | List the contract number of any government contract | | **Formerly Paces Lodging Corporation** **4609 33rd Ave Ste. 400** **Fargo, ND 58104** |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Christine Mikla** |
| | List the contract number of any government contract | | **119 Charles St.** **Deadwood, SD 57732** |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Christopher Komer** |
| | List the contract number of any government contract | | **PO Box 104** **Monarch, MT 59463** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Christopher Reavis** |
| | List the contract number of any government contract | | **222 Buckcamp Ln**<br>**McCall, ID 83638** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Cindy Nelson** |
| | List the contract number of any government contract | | **2599 Winchester Dr**<br>**East Helena, MT 59635** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **CINDY Rathkamp** |
| | List the contract number of any government contract | | **1150 Point Of Rocks Rd**<br>**Whitehall, MT 59759** |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **City of Casper** |
| | List the contract number of any government contract | | **310 West A**<br>**Casper, WY** |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **City Of Gunnison** |
| | List the contract number of any government contract | | **PO Box 239**<br>**Gunnison, CO 81230** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | CLAY Dietz |
| | List the contract number of any government contract | | 1198 Road 4 |
| | | | Powell, WY 82435 |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Clear Creek Construction LLC-FAC |
| | List the contract number of any government contract | | 535 East Mkkelipps Road #127 |
| | | | Mesa, AR 85203 |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Cliff Mckay |
| | List the contract number of any government contract | | 5663 Canyon Ferry Rd. |
| | | | Helena, MT 59602 |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Clint Boyer |
| | List the contract number of any government contract | | 808 Sweeney Creek Rd |
| | | | Rosebud, MT 59347 |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Clint Hutzenbiler |
| | List the contract number of any government contract | | 1959 Shay Rd |
| | | | Laurel, MT 59044 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.260.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Clint LaRue
1405 Shirley Way
Anaconda, MT 59711

---

**2.261.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Clint Schmidt
11632 Molt Rd
Molt, MT 59057

---

**2.262.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Clyde Miller
5973 Terra Court
Black Hawk, SD 57718

---

**2.263.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Cody Tigges
5029 57th Ave  SW
Great Falls, MT 59404

---

**2.264.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Colby Thompson
18 Bailer Drive
Belgrade, MT 59644

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.265.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Coldsmoke Construction**
**1788 Midfield Street**
**Bozeman, MT 59715**

---

**2.266.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Commercial Roofing Montana**
**PO Box 80861**
**Billings, MT 59108**

---

**2.267.** State what the contract or lease is for and the nature of the debtor's interest

**LEASE AGREEMENT OF UNIT 100 LOCATED AT 8530 CONCORD CENTER DR., ENGLEWOOD, CO 80112**

State the term remaining

List the contract number of any government contract

**CONCORD CENTER PARTNERS, LLC**
**4101 BIRCH STREET**
**SUITE 100**
**NEWPORT BEACH, CA 92660**

---

**2.268.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Conrad Hale**
**5295 York Rd**
**Helena, MT 59602**

---

**2.269.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Continues Rain Gutter**
**640 Euclid Ave**
**Helena, MT 59601**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Contractors For Hire |
| | List the contract number of any government contract | | 3504 Central Ave<br>Great Falls, MT 59401 |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Corbett Craftsmen |
| | List the contract number of any government contract | | 122 Rolling prairie way<br>Three Forks, MT 59752 |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Corey Corbitt |
| | List the contract number of any government contract | | PO Box 5327<br>Helena, MT 59604 |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Corky And Leola Harkins |
| | List the contract number of any government contract | | 733 Mauser<br>Lockwood, MT 59101 |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Cory Smith |
| | List the contract number of any government contract | | 260 Nettleton Court<br>Helena, MT 59602 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.275.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Cory Waskow**
**587 Squaw creek Road**
**Huntley, MT 59037**

**2.276.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**COTTON ROOT**
**6286 Dawn Drive**
**Belgrade, MT 59714**

**2.277.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Countrywide Contracting**
**1150 Blue Mound West**
**Suite 810**
**Haslet, TX 76052**

**2.278.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Craig Berg**
**3030 East Custer Avenue**
**Helena, MT 59602**

**2.279.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Craig Collins**
**950 12th Avenue Suite 200**
**Longview, WA 98632**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Craig Dvidson** |
| | List the contract number of any government contract | | **2550 N. Hendrickson Drive Suite K** |
| | | | **Fort Jones, CA 96032** |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Craig Larson** |
| | List the contract number of any government contract | | **Philipsburg, MT 59858** |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Craig Mehling** |
| | List the contract number of any government contract | | **Route 1 Box 1067** |
| | | | **Hardin, MT 59034** |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Craig Taft** |
| | List the contract number of any government contract | | **926 Blue Sage Court** |
| | | | **Hardin, MT 59034** |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Craig Tuckness** |
| | List the contract number of any government contract | | **PO Box 6418** |
| | | | **Bozeman, MT 59771** |

Debtor 1    BRIDGER STEEL, INC.
   First Name    Middle Name    Last Name

Case number *(if known)*    **2:23-bk-20019**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.285.** State what the contract or lease is for and the nature of the debtor's interest

  **CUSTOMER SALE ORDER**

 State the term remaining

 List the contract number of any government contract

**Craig Wardwell
112 S. Edmunds
Powell, WY 82435**

---

**2.286.** State what the contract or lease is for and the nature of the debtor's interest

  **CUSTOMER SALE ORDER**

 State the term remaining

 List the contract number of any government contract

**Crooked Arm Construction
PO Box 575
Crow Agency, MT 05922**

---

**2.287.** State what the contract or lease is for and the nature of the debtor's interest

  **CUSTOMER SALE ORDER**

 State the term remaining

 List the contract number of any government contract

**Cross Country Construction
515 27th Street South
Great Falls, MT 59405**

---

**2.288.** State what the contract or lease is for and the nature of the debtor's interest

  **CUSTOMER SALE ORDER**

 State the term remaining

 List the contract number of any government contract

**Crystal Clear Construction
8025 Weile
Manhatten, MT 59741**

---

**2.289.** State what the contract or lease is for and the nature of the debtor's interest

  **CUSTOMER SALE ORDER**

 State the term remaining

 List the contract number of any government contract

**Culligan of Bozeman
15 Shawnee way
Bozeman, MT 59715**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.290. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Curtis Arlian**<br>**Po Box 89 Flaxville**<br>**Flaxville, MT 59222** |
| | List the contract number of any government contract | | |

| 2.291. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Curtis Cockrell**<br>**1316 Rd 11**<br>**Lovell, WY 82431** |
| | List the contract number of any government contract | | |

| 2.292. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Custer Do It Best**<br>**603 Crook Street**<br>**Custer, SD 57730** |
| | List the contract number of any government contract | | |

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Custer Hospitality LLC**<br>**35 S 4th St**<br>**Custer, SD 57730** |
| | List the contract number of any government contract | | |

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Custom Cut Seamless**<br>**13132 Kit Carson Trail**<br>**Piedmont, SD 57769** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.295. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Custom II Manufacturing-FAC** |
| | List the contract number of any government contract | | **5601 Monforton Road**<br>**Bozeman, MT 59718** |

| 2.296. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF 2019 WILSON CF-180 (SERIAL #7296) AND 2019 WILSON CF-180 (SERIAL #7297) -LEASE #9001 (#361 and #363)** | |
|---|---|---|---|
| | State the term remaining | **5 MONTHS** | **DAIMLER-MERCEDES BENZ FINANCIAL SERVICES** |
| | List the contract number of any government contract | | **1301 E. TOWER RD**<br>**SCHAUMBURG, IL 60173** |

| 2.297. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF 2018 FREIGHTLINER (SERIAL #7557) - LEASE #0001** | |
|---|---|---|---|
| | State the term remaining | **12 MONTHS** | **DAIMLER-MERCEDES BENZ FINANCIAL SERVICES** |
| | List the contract number of any government contract | | **1301 E. TOWER RD**<br>**SCHAUMBURG, IL 60173** |

| 2.298. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF A 2018 WILSON 48' COMBO WITH TARP- SERIAL (#5679) AND A 2018 WILSON 48' COMBO WITH TARP (SERIAL #5678) LEASE #4001 (#180) (#181 AND #191)** | |
|---|---|---|---|
| | State the term remaining | **24 MONTHS** | **DAIMLER-MERCEDES BENZ FINANCIAL SERVICES** |
| | List the contract number of any government contract | | **1301 E. TOWER RD**<br>**SCHAUMBURG, IL 60173** |

| 2.299. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF 2018 FREIGHTLINER (SERIAL #7558) - LEASE #3001 (#190)** | |
|---|---|---|---|
| | State the term remaining | **37 MONTHS** | **DAIMLER-MERCEDES BENZ FINANCIAL SERVICES** |
| | List the contract number of any government contract | | **1301 E. TOWER RD**<br>**SCHAUMBURG, IL 60173** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF 2020 WILSON CF1080 (SERIAL #6949), 2020 WILSON CF1080 (SERIAL #6950) AND A 2020 WILSON CF1080 (SERIAL #6951) - LEASE #5001** | |
|---|---|---|---|
| | State the term remaining | **16 MONTHS** | **DAIMLER-MERCEDES BENZ FINANCIAL SERVICES 1301 E. TOWER RD SCHAUMBURG, IL 60173** |
| | List the contract number of any government contract | | |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dakota Winds Construction 348 Mt. View Lead, SD 57754** |
| | List the contract number of any government contract | | |

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dale Gaasland P.O Box 517 Hill City, SD 57745** |
| | List the contract number of any government contract | | |

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dale Vick PO Box 92 Elliston, MT 59728** |
| | List the contract number of any government contract | | |

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dallas Beardall 295 Rd 2AB Cody, WY 82414** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dallas Eidem** |
| | List the contract number of any government contract | | **1001 Davis Rd** |
| | | | **Hardin, MT 59034** |

| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dallas Teini** |
| | List the contract number of any government contract | | **109 Sheep Herder Trail** |
| | | | **Roundup, MT 59072** |

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dallas Van Gelder** |
| | List the contract number of any government contract | | **14470 Churchhill Rd** |
| | | | **Manhattan, MT 59741** |

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dalton Ross** |

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Damascus Hardware** |
| | List the contract number of any government contract | | **28983 State Route 62** |
| | | | **Damascus, OH 44619** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.310.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Damian Paulson
9215 19th. S. SW
Taylor, ND 58656

**2.311.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Damon Ferrari
3507 E Hawkeye Ave.
Turlock, CA 95380

**2.312.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Dan Cherry
8407 Danford Road
Laurel, MT 59044

**2.313.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Dan Dobrowolski

**2.314.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Dan Oldenburg
907 Butte Ave.
Helena, MT 59601

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.315. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dan Simonton**<br>**2047 N. Last Chance Gulch #128**<br>**Helena, MT 59601** |

| 2.316. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dan Wardell**<br>**1065 Lane 12**<br>**Lovell, WY 82431** |

| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dan/Nancy Sheil**<br>**Big Sky, MT 59716** |

| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Daniel Adkins**<br>**2723 4th Ave North**<br>**Great Falls, MT 59401** |

| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Daniel McCauley**<br>**P.O. Box 1137**<br>**Helena, MT 59624** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Daniel Shriver** |

| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dareen Byler**<br>**7090 Highline Road**<br>**Manhattan, MT 59714** |

| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dark Horn Construction**<br>**80485 Gallatin Road**<br>**Bozeman, MT 59715** |

| 2.323. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Darlene Freese**<br>**7127 Raven Dr**<br>**Belgrade, MT 59714** |

| 2.324. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Darren Radke**<br>**585 NW Denton Ave**<br>**Dallas, OR 97338** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.325. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Darrin VandenBos** |
| | List the contract number of any government contract | | **616 3rd Ave Sw**<br>**Conrad, MT 59425** |

| 2.326. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Darwin Bridges** |
| | List the contract number of any government contract | | **6035 Rd 1074**<br>**Wolf Point, MT 59201** |

| 2.327. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Daryl Wing** |
| | List the contract number of any government contract | | **535 Trident Road**<br>**Three Forks, MT 59752** |

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Daryle Davis** |
| | List the contract number of any government contract | | **Billings, MT 59412** |

| 2.329. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dave Allen** |
| | List the contract number of any government contract | | **1919 Water Wood Drive**<br>**Laurel, MT 59044** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.330.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Dave Ball**
**PO Box 789**
**Manhattan, MT 59741**

---

**2.331.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Dave Bertelsen**
**325 Fox Drive**
**Great Falls, MT 59404**

---

**2.332.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Dave Casey**
**3748 Greybull River Road**
**Greybull, WY 59101**

---

**2.333.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Dave Gleich**
**PO Box 344**
**Clancy, MT 59634**

---

**2.334.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Dave Jaraczeski**
**17 Liberty Lane**
**Great Falls, MT 59405**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.335. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dave Olson**<br>**Spearfish, SD 57783** |

| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dave Shellenberger**<br>**6250 Douglas Rd**<br>**Belgrade, MT 59714** |

| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dave Spring**<br>**Joliet, MT 59041** |

| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dave Streitz**<br>**331 Meadow Vista lane**<br>**Deerlodge, MT 59722** |

| 2.339. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **David & Shelly Morrow**<br>**239 Cirque Dr**<br>**Bozeman, MT 59718** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.340. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **David Allen** |
| | List the contract number of any government contract | | **836 M Street** |
| | | | **Anchorage, AL 99501** |

| 2.341. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **David Boynton** |
| | List the contract number of any government contract | | **89 N Big Elk Meadow Rd** |
| | | | **Gallatin Gateway, MT 59730** |

| 2.342. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **David Cook** |
| | List the contract number of any government contract | | **2930 Arabian Road** |
| | | | **Helena, MT 59602** |

| 2.343. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **David Jensen** |
| | List the contract number of any government contract | | **PO 811** |
| | | | **Colstrip, MT 59323** |

| 2.344. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **David Lambert** |
| | List the contract number of any government contract | | **1926 23rd Ave South** |
| | | | **Great Falls, MT 59405** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.345.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**David Miller**
**36 Virginia Meadows Rd**
**Cameron, MT 59720**

---

**2.346.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**David Reynolds**
**PO Box 1337**
**Boulder, MT 59632-1337**

---

**2.347.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**David Sattler**
**4675 Lincoln Rd West**
**Helena, MT 59602**

---

**2.348.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**David Schlaht**
**90 Fawn Meadow Rd**
**Manhattan, MT 59741**

---

**2.349.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**David Waldner**
**111 Laura Lane**
**Vaughn, MT 59487**

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.350. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Davidson Custom Builders** |
| | List the contract number of any government contract | | **1758 Midfield Street**<br>**Bozeman, MT 59715** |

| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dawn Til Dusk** |
| | List the contract number of any government contract | | **924 NORTH RODNEY ST.**<br>**HELENA, MT 59601** |

| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dawn Till Dusk Landscaping** |
| | List the contract number of any government contract | | **6 Bugle road**<br>**Clancy, MT 59634** |

| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dean Welch** |
| | List the contract number of any government contract | | **83 Poverty Flat Rd**<br>**Joliet, MT 59041** |

| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Debra Beauchman** |
| | List the contract number of any government contract | | **Sun Praire, MT 59404** |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.355. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | **Deffenbaugh Homes** |
| | List the contract number of any government contract | **6200 S Old Village Pl** **Ste 100** **Sioux Falls, SD 57108** |

| 2.356. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | **DeHaan Construction -FAC** **Travis Dehaan** |
| | List the contract number of any government contract | **329 High K St** **Belgrade, MT 59714-8984** |

| 2.357. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | **Deleers Solutions** |
| | List the contract number of any government contract | **209 Jet Way Drive** **Belgrade, MT 59714** |

| 2.358. | State what the contract or lease is for and the nature of the debtor's interest | **DENTAL INSURANCE** |
|---|---|---|
| | State the term remaining | **DELTA DENTAL INSURANCE COMPANY** |
| | List the contract number of any government contract | **P.O. BO 7564** **SAN FRANCISCO, CA 94120-7564** |

| 2.359. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | **Delvis Combs** |
| | List the contract number of any government contract | **2263 2nd St. West** **Ballentine, MT 59006** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.360. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Denise Sheehy** |
| | List the contract number of any government contract | | **47 Bando Ln**<br>**Bozeman, MT 59718** |

| 2.361. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Denman Construction Management** |
| | List the contract number of any government contract | | **10669 Gee Norman Road**<br>**Bozeman, MT 59714** |

| 2.362. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dennis Camino** |
| | List the contract number of any government contract | | **29255 Old Highway 87**<br>**Buffalo, WY 82834** |

| 2.363. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dennis Cox** |
| | List the contract number of any government contract | | **PO Box 335**<br>**Phillipsburg, MT 59858** |

| 2.364. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dennis Dupre** |
| | List the contract number of any government contract | | **727 South Rodney**<br>**Helena, MT 59601** |

| | |
|---|---|
| ■ | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.365. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dennis Ferestad**<br>**16285 Highway 87**<br>**Gyser, MT 59447** |

| 2.366. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dennis Lee**<br>**7198 Gunn Road**<br>**Helena, MT 59602** |

| 2.367. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dennis Pitts**<br>**PO 126**<br>**Roberts, MT 59070** |

| 2.368. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Derick Senkyr**<br>**160 Scotch Pine Ln**<br>**Columbia Falls, MT 59912** |

| 2.369. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Derudder, Tracey**<br>**3761 Heritage Drive**<br>**Billings, MT 59102** |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.370. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Detailed Construction** |
| | List the contract number of any government contract | | **P.O. Box 5** **Stockett, MT 59480** |

| 2.371. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Devin Morrison** |
| | List the contract number of any government contract | | **8522 Lookfar Way** **Bozeman, MT 59715** |

| 2.372. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Devries, Randy** |
| | List the contract number of any government contract | | **734 Crear Creek Rd** **Roberts, MT 59070** |

| 2.373. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Diamond Building Products, LLC. - FAC-HO** |
| | List the contract number of any government contract | | **4425 E. Colorado Blvd.** **Spearfish, SD 57783** |

| 2.374. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Diamond Truss** |
| | List the contract number of any government contract | | **PO Box 683** **Ralston, WY 82440** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.375. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Diana Kuntz<br>132 Wheat Field Lane<br>Belgrade, MT 59714 |

| 2.376. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Dick Snider<br>128 Beach Drive<br>West Yellowstone, MT 59758 |

| 2.377. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Dickson, Buel<br>Great Falls, MT 59404 |

| 2.378. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Dicor Contractors<br>1603 Pass and Covina Road<br>La Puente, CA 91744 |

| 2.379. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Dietz, Tim<br>4501 Graf<br>Bozeman, MT 59715 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.380. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Diggstown Construction, Inc.-FAC** |
| | List the contract number of any government contract | | **PO Box 917**<br>**Manhattan, MT 59714** |

| 2.381. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dippolito Guiesppe** |
| | List the contract number of any government contract | | **PO Box 1585**<br>**Post Falls, ID 83854** |

| 2.382. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **DMD Services** |
| | List the contract number of any government contract | | **2518 Zimmerman Trail**<br>**Billings, MT 59102** |

| 2.383. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Doctor Lawn** |
| | List the contract number of any government contract | | **PO Box 2926**<br>**Great Falls, MT 59403** |

| 2.384. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Don Heffington** |
| | List the contract number of any government contract | | **1000 E Front**<br>**Butte, MT 59701** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.385. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Don Mcandrew** **MT** |

| 2.386. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Don Mork** **780 Old Hwy 10** **Sanders, MT 59076** |

| 2.387. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Don Reidelbach** **89 Clark Creek Loop** **Clancy, MT 59634** |

| 2.388. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Don Vail Construction** **1635 Sesame Street Drive** **Worland, WY** |

| 2.389. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Don Wallace** **PO Box 2066** **Red Lodge, MT 59068** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.390. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **DON WIEDEMER** |
| | List the contract number of any government contract | | **12048 Galena Road**<br>**Galena, SD 57732** |

| 2.391. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Donald Whitcomb** |
| | List the contract number of any government contract | | **2528 Carl St**<br>**Billings, MT 59102** |

| 2.392. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dora Sealey** |
| | List the contract number of any government contract | | **96 West Bypass Road North**<br>**Dutton, MT 59433** |

| 2.393. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Double Haul Construction** |
| | List the contract number of any government contract | | **280 Pheasant  Lane**<br>**Belgrade, MT 59714** |

| 2.394. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Double L Construction Inc** |
| | List the contract number of any government contract | | **PO Box 161567**<br>**Big Sky, MT 59716-1567** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.395.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Doug Kotar**
**7 Bus Lane**
**Laurel, MT 59044**

---

**2.396.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Doug Poehls**
**1630 South 32nd**
**Billings, MT 59101**

---

**2.397.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**DP Construction FAC**
**140 Two Bin Ln**
**Lewistown, MT 59457-7681**

---

**2.398.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**DPR Construction**
**1001 8th Ave  South**
**Nashville, TN 37203**

---

**2.399.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Drex Shira**
**802 Rose Ridge**
**Cove, OR 97824**

---



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.400.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Duane Clark**
**27 Coal Camp Rd**
**Wilsall, MT 59086**

---

**2.401.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Duevol Phillips**
**7814 Conifer Circle**
**Black Hawk, SD 57718**

---

**2.402.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Duncan  Renovation**
**908 S. Tracy Ave #B-2**
**Bozeman, MT 59715**

---

**2.403.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Dustin Lee**
**727 S Washington**
**Casper, WY 82601**

---

**2.404.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**DW Sons Construction LLC**
**42 Merlin Drive**
**Bozeman, MT 59718**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.405. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dwayne Christensen** |
| | List the contract number of any government contract | | **PO Box 253** |
| | | | **Kaycee, WY 82639** |

| 2.406. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Dylan Wood** |
| | List the contract number of any government contract | | **118 19th St West** |
| | | | **Billings, MT 59102** |

| 2.407. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **E Z Lawn Hydro Seeding** |
| | List the contract number of any government contract | | **24 Skyway BLVD** |
| | | | **Belgrade, MT 59714** |

| 2.408. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Eagle Mechanical** |
| | List the contract number of any government contract | | **4801 Alpha Drive** |
| | | | **Bozeman, MT 59718** |

| 2.409. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Eagle Vision Ministries** |
| | List the contract number of any government contract | | **2602 1St Ave N Unit 797** |
| | | | **Billings, MT 59103** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.410. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Earl Craig<br>209 S 5th Street<br>Bear Creek, MT 59007 |

| 2.411. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Earl Dooley<br>3722 Graybull River Road<br>Graybull, WY 82426 |

| 2.412. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
| | State the term remaining | | |
| | List the contract number of any government contract | | East Bench Golf Coarse LLP<br>4020 Lake Helena Dr<br>Helena, MT 59602 |

| 2.413. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Easton Concrete<br>P.O Box 20 West Haley Springs<br>Bozeman, MT 59718 |

| 2.414. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Eaton + Yost Construction Company  FAC<br>2510 Grand Ave<br>Billings, MT 59101 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.415. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Ed Morgan |
| | List the contract number of any government contract | | PO Box 242<br>Red Lodge, MT 59068 |

| 2.416. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Ed Zacher |
| | List the contract number of any government contract | | 6000 West Dry Creek<br>Manhattan, MT 59741 |

| 2.417. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Ed's Auto Body & Restoration |
| | List the contract number of any government contract | | 3200 15th St.<br>Black Eagle, MT 59414 |

| 2.418. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Edee Nehl |
| | List the contract number of any government contract | | P.O. Box 1754<br>Helena, MT 59601 |

| 2.419. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Edgar Rural Fire District #4 |
| | List the contract number of any government contract | | 108 W Beech St<br>Edgar, MT 59026 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.420. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Edge Builders LLC**<br>**32860 N Walking Horse Ln**<br>**Athol, ID 83801** |

| 2.421. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **EJ Kelley**<br>**45 Wild Willy Rd.**<br>**Powell, WY 82435** |

| 2.422. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Elaine Sherwood**<br>**79 Ricky Drive**<br>**Bozeman, MT 59718** |

| 2.423. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Eldon Eighmy**<br>**12939 Pine Top Trl**<br>**Hot Springs, SD 57747-6042** |

| 2.424. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Element Building**<br>**120 West Jefferson; Unit 14**<br>**Morton, IL 61550** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.425.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Eli Walker
3006 #9 Euclid Dr
Helena, MT 59601

---

**2.426.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Elijah Christofferson
735 Mosley Place
Port Townsend, WA 98368

---

**2.427.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Elite Construction LLC
2310 Blue Sage Dr
Laurel, MT 59044

---

**2.428.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Elk River Mountain Homes
24A Manitou Road
Fernie V0B 1M0

---

**2.429.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Emmons Building and Design LLC
5136 Chevelle Drive
Billings, MT 59106

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.430. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | **Eric Anderson** |
| | List the contract number of any government contract | | po box 237 |
| | | | Philipsburg, MT 59858 |

| 2.431. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | **Eric Bottorff** |
| | List the contract number of any government contract | | **263 Upper Luther Road** |
| | | | **Red lodge, MT 59068** |

| 2.432. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | **Eric Hunt** |
| | List the contract number of any government contract | | **338 Evans Lane Box 5** |
| | | | **Spearfish, SD 57783** |

| 2.433. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | **Eric Norton** |
| | List the contract number of any government contract | | **PO Box 1143** |
| | | | **Gillette, WY 82717** |

| 2.434. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | **Eric Plourde** |
| | List the contract number of any government contract | | **4325 Sunny Acres Lane** |
| | | | **Moab, UT 84532** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.435. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Erik Fredlund** |
| | List the contract number of any government contract | | **1400 West Aluiminium** |
| | | | **Butte, MT 59701** |

| 2.436. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Erin Retzer** |
| | List the contract number of any government contract | | **4461 Cliff Drive** |
| | | | **Rapid City, SD 57702** |

| 2.437. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Eugene Hoffman** |
| | List the contract number of any government contract | | **521 South 72nd South West** |
| | | | **Billings, MT 59106** |

| 2.438. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Eugene Krieger** |
| | List the contract number of any government contract | | **1922 Stanhope** |
| | | | **Huntley, MT 59037** |

| 2.439. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Eugene Spolar** |
| | List the contract number of any government contract | | **3010 Argo Way** |
| | | | **Butte, MT 59701** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.440. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Evan Gamble**<br>**409 Western Drive**<br>**Bozeman, MT 59718** |
| | List the contract number of any government contract | | |

| 2.441. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Evopro**<br>**1726 Sheridan Lake Road**<br>**Rapid City, SD 57702** |
| | List the contract number of any government contract | | |

| 2.442. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Exterior Expressions**<br>**4900 Haynes Road**<br>**Shepherd, MT 59079** |
| | List the contract number of any government contract | | |

| 2.443. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Exterior Pro Builders, Inc.**<br>**19 Xavier Acres**<br>**Middletown, NY 10940** |
| | List the contract number of any government contract | | |

| 2.444. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Exteriors Unlimited**<br>**PO Box 174**<br>**Piedmont, SD 57769** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.445. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Fair & Square Construction** |
| | List the contract number of any government contract | | **P.O. Box 264** **Belgrade, MT 59714** |

| 2.446. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Farrar Welding and Fab** **70 Cliff drive** |
| | List the contract number of any government contract | | **P.O. Box 275** **Meeteetse, WY 82433** |

| 2.447. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Fast Signs** |
| | List the contract number of any government contract | | **2800 North Montana** **Helena, MT 59601** |

| 2.448. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Fawn Felker** |
| | List the contract number of any government contract | | **Bozeman, MT 59718** |

| 2.449. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Fence Crafters** |
| | List the contract number of any government contract | | **PO Box 6494** **Helena, MT 59604** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.450. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fetter Construction**<br>**P.O. Box 803**<br>**Harlem, MT 59526** |

| 2.451. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **First Choice Builders**<br>**PO Box 364**<br>**Sheridan, WY 82801** |

| 2.452. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fishell, Scott**<br>**PO 1162**<br>**Scobey, MT 59263** |

| 2.453. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fitte Construction**<br>**P.O. Box 1976**<br>**East Helena, MT 59635** |

| 2.454. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fleming, Brett**<br>**2913 Rd 17 N**<br>**Worden, MT 59088** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.455.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Florian Tininenko
3700 Amsterdam Rd
Manhattan, MT 59741-8231

---

**2.456.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Floyd Masters
22 Victory Rd
Roberts, MT 59020

---

**2.457.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Flynn Co Construction
PO Box - 1048
Whitehall, MT 59759

---

**2.458.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Forge Building Company
348 W Parkcenter Blvd
Ste 200
Boise, ID 83706

---

**2.459.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Fortified Homes Inc
13875 237th Street
Rapid City, SD 57702

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.460.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Foss Construction**
**228 Avenue E**
**Billings, MT 59101**

---

**2.461.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Fowler Construction**
**410 North Hoffman**
**Belgrade, MT 59714**

---

**2.462.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Fox Construction INC.**
**7192 Hwy 212**
**Red Lodge, MT 59068**

---

**2.463.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Fox, Robert**
**2097 Road 8 N**
**Huntley, MT 59037**

---

**2.464.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Francis Panion**
**PO Box 300**
**Ennis, MT 59729**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.465.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Frank Fellows**
**111 Mayflower Road**
**White Hall, MT 59759**

---

**2.466.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Frank Knott**
**32 Comleyville Rd**
**Ennis, MT 59729**

---

**2.467.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Frank Nienaber**
**4448 Robbie Ln**
**Billings, MT 59106**

---

**2.468.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Frank Posey**
**148 Luther Roscoe Road**
**Red Lodge, MT 59068**

---

**2.469.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Frank Wadeell**
**4949 Hope Rd**
**Butte, MT 59701**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.470. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Frederik Rodenhuis** |
| | List the contract number of any government contract | | **4282 Triangle Ranch Road Gate 4 Mariposa, CA 95338** |

| 2.471. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **G & G Contractors** |
| | List the contract number of any government contract | | **PO Box 1110 Columbus, MT 59019** |

| 2.472. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **G P Land And Cattle Company** |
| | List the contract number of any government contract | | **7935 York Rd Helena, MT 59602** |

| 2.473. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **G. Cannon Inc** |
| | List the contract number of any government contract | | **368 Abrams Mill Rd King of Prussia, PA 19406** |

| 2.474. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gabe Dunn** |
| | List the contract number of any government contract | | **3254 Stony Point Rd Santa Rosa, CA 95407** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.475. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gallatin Traditions** |
| | List the contract number of any government contract | | **124 S 2nd St.**<br>**Livingston, MT 59047** |

| 2.476. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Garth Flaming** |
| | List the contract number of any government contract | | **2460 Clarks Pt. Dr.**<br>**Laurel, MT 59044** |

| 2.477. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gary Asay** |
| | List the contract number of any government contract | | **1027 Lane 12**<br>**Lovell, WY 82431** |

| 2.478. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gary Boring** |
| | List the contract number of any government contract | | **73 Road 2ABN**<br>**Cody, WY 82414** |

| 2.479. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gary Brink** |
| | List the contract number of any government contract | | **216 Moore Lane**<br>**Billings, MT 59101** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.480. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gary Carlson** |
| | List the contract number of any government contract | | **10 Midnight Canyon Rd** |
| | | | **Nye, MT 59061** |

| 2.481. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gary Hitchcock** |
| | List the contract number of any government contract | | **13 217 Montana HWY 200** |
| | | | **Fort Shaw, MT 59443** |

| 2.482. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gary Mayes** |
| | List the contract number of any government contract | | **5407 Powmer Rd** |
| | | | **Billings, MT 59105** |

| 2.483. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gary Swenson** |
| | List the contract number of any government contract | | **1960 Colorado Gulch** |
| | | | **Helena, MT 59601** |

| 2.484. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **GAYLE Sacry** |
| | List the contract number of any government contract | | **PO Box 339** |
| | | | **Whitehall, MT 59759-0339** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.485. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gayle Schabarker** |
| | List the contract number of any government contract | | **322 W Armitage**<br>**Ennis, MT 59729** |

| 2.486. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gehrke Excavation** |
| | List the contract number of any government contract | | **11526 Gravel Pit Raod**<br>**Manhattan, MT 59741** |

| 2.487. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gene Bohleen** |
| | List the contract number of any government contract | | **PO Box 8**<br>**Huntley, MT 59038** |

| 2.488. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gene Olsen** |
| | List the contract number of any government contract | | **PO Box 347**<br>**White Sulphur Springs, MT 59645** |

| 2.489. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **GENE OMSTEAD** |
| | List the contract number of any government contract | | **14341 39Th Street**<br>**Alexander, ND 58831** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.490. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Geno Willuweit** |
| | List the contract number of any government contract | | **1937 Freemont St**<br>**Rapid City, SD 57702** |

| 2.491. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Geoff Harvey** |
| | List the contract number of any government contract | | **423 S. K**<br>**Livingston, MT 59047** |

| 2.492. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **George Melloh** |
| | List the contract number of any government contract | | **8000 Blackhawk Rd. #4**<br>**Keystone, SD 57751** |

| 2.493. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **George Niles** |
| | List the contract number of any government contract | | **PO Box 7803**<br>**Yellowtail, MT 59035** |

| 2.494. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gerald Gabel** |
| | List the contract number of any government contract | | **5785 Yellowstone Trail**<br>**Huntley, MT 59037** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.495. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gery Fichter**<br>**3810 Parkridge Dr**<br>**Rapid City, SD 57702** |

| 2.496. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gilbert Burdett**<br>**731 Allendale Rd**<br>**Laurel, MT 59044** |

| 2.497. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gillies Signs**<br>**1145 Fort Union Blvd #162**<br>**Midvale, UT 84047** |

| 2.498. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gina Dale**<br>**Box 282**<br>**304 3rd Ave North**<br>**Fairfield, MT 59436** |

| 2.499. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **GK Construction**<br>**1169 Lane 11th**<br>**Lovell, WY 82431** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.500.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Glen Curtiss**
**3845 Heather Drive**
**Helena, MT 59602**

---

**2.501.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Glen Deeney**
**PO Box 4**
**Heart Butte, MT 59448**

---

**2.502.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Glenn Middlestead**
**3161 Crested Moon Drive**
**Helena, MT 59602**

---

**2.503.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Glenn Warren**
**713 E Shank Basin Rd**
**Big Timber, MT 59011**

---

**2.504.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Gold Plug**
**224 New Ventures Dr Ste9**
**Bozeman, MT 59718**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.505. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Gold Star Construction, LLC<br>27 North Baker Rd<br>Salmon, ID 83467 |

| 2.506. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Gordon Clark<br>3721 Helburg<br>Helena, MT 59602 |

| 2.507. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Gordon Peterson<br>3315 McGirl Road<br>Billings, MT 59105 |

| 2.508. | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR PROPERTY LOCATED AT 1558 AMSTERDAM RD, BELGRAD, MT 59714 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | GRAND FIR, LLC<br>8321 HILL RD<br>KLAMATH FALLS, OR 97603 |

| 2.509. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Granite Development<br>P O Box 1027<br>Philipsburg, MT 59858 |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.510. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Granite Mountain Construction** |
| | List the contract number of any government contract | | **126 Springbrook Ave** **Bozeman, MT 59715** |

| 2.511. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Grant Cadwallader** |
| | List the contract number of any government contract | | **Powell, MT 82435** |

| 2.512. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Grant Davis** |
| | List the contract number of any government contract | | **255 West 2nd Street** **Cody, WY 82435** |

| 2.513. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gray Horse Creations** |
| | List the contract number of any government contract | | **9828 Prairie Road** **Manhattan, MT 59741** |

| 2.514. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Great Northwest Construction** |
| | List the contract number of any government contract | | **1929 Bozeman Trail Rd** **Bozeman, MT 59715-8034** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.515. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Great Western Investments LLC** |
| | List the contract number of any government contract | | **15525 Horse Creek Rd** |
| | | | **Bozeman, MT 59715** |

| 2.516. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Green Agri-Capital LLC** |
| | List the contract number of any government contract | | **Belgrade, MT 59714** |

| 2.517. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Green Meadow Ranch** |
| | List the contract number of any government contract | | **150 Horseshoe Bend Road** |
| | | | **Helena, MT 59601** |

| 2.518. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Green, Chad** |
| | List the contract number of any government contract | | **2104 St Andrews Dr** |
| | | | **Billings, MT 59105** |

| 2.519. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Greenway Enterprises** |
| | List the contract number of any government contract | | **1038 Hahn Rd** |
| | | | **Helena, MT 59602** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.520. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Greg Boyle** |
| | List the contract number of any government contract | | **2315 S. 44Th St. W.**<br>**Billings, MT 59106** |

| 2.521. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Greg Hampton** |
| | List the contract number of any government contract | | **2012 Sweetgrass Rd**<br>**Helena, MT 59601-5881** |

| 2.522. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Greg Lovegrove** |
| | List the contract number of any government contract | | **2727 Sage Valley Road**<br>**Billings, MT 59101** |

| 2.523. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Greg Mouton** |
| | List the contract number of any government contract | | **23466 Crowley Eunice Hwy**<br>**Crowley, LA 70526-0824** |

| 2.524. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Greg Wegner** |
| | List the contract number of any government contract | | **PO Box 412**<br>**Hardin, MT 59034** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.525. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Grey Gardner** |
| | List the contract number of any government contract | | **294 Valley Creek Rd** |
| | | | **Park City, MT 59063** |

| 2.526. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Grimshaw Const.** |
| | List the contract number of any government contract | | **39 E First** |
| | | | **Casper, WY 82601** |

| 2.527. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Guinevere Brittingham** |
| | List the contract number of any government contract | | **199 McArthur St. S** |
| | | | **Tenino, WA 98589** |

| 2.528. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Gunnar Anderson** |
| | List the contract number of any government contract | | **1901 Yellowstone Ave** |
| | | | **Billings, MT 59102** |

| 2.529. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Guy Small** |
| | List the contract number of any government contract | | **1783 Fly Creek Road** |
| | | | **Pompeys Piller, MT 59064** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.530. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**H-S Roofing-FAC
14333 Sommermeyer St.
Houston, TX 77041**

| 2.531. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Haas Builders-FAC
PO Box 161487
Big Sky, MT 59716**

| 2.532. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Hagen Fabrication
363 Rd 4EU
Meeteetse, WY**

| 2.533. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Hallie Chen
10333 Miner Place
Cupertino, CA 95014**

| 2.534. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Hammond Construction
5406 Cerkoney Lane
Shepherd, MT 59079**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.535. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Handyman Construction** |
| | List the contract number of any government contract | | **823 US Hwy 87 N.**<br>**Roundup, MT 59072** |

| 2.536. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Hanson Kelly Construction** |
| | List the contract number of any government contract | | **P.O. Box 80527**<br>**Billings, MT 59108** |

| 2.537. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Hanson, Chris** |
| | List the contract number of any government contract | | **2203 Lyndale Lane**<br>**Billings, MT 59102** |

| 2.538. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Haran Roofing** |
| | List the contract number of any government contract | | **P.O. Box 2085**<br>**Red Lodge, MT 59068** |

| 2.539. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Harant, Mark** |
| | List the contract number of any government contract | | **129 20th St.**<br>**Black Eagle, MT 59414** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.540. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Hard Rock Road Building & Utilities**<br>**420 Sierra Rd W**<br>**Helena, MT 59602-6509** |
| | List the contract number of any government contract | | |

| 2.541. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Harley & Rhonda Shuck**<br>**3 Columbus Dr**<br>**Parkman, WY 82839** |
| | List the contract number of any government contract | | |

| 2.542. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Harold Greiss**<br>**5431 SUN HILL DRIVE**<br>**HELENA, MT 59602** |
| | List the contract number of any government contract | | |

| 2.543. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Harris Industries LLC**<br>**3912 Colorado Avenue**<br>**Helena, MT 59602** |
| | List the contract number of any government contract | | |

| 2.544. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Harry & Carol Hinshaw**<br>**Ennis, MT 59729** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.545.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Harry Smith
3171 Brow Tine
Helena, MT 59602

**2.546.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Hartline Construction
3359 Edgewater Dr
Tahoe City, CA 96145

**2.547.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Hartman Construction
PO Box 217
Custer, SD 57730

**2.548.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Hartmann, Weston
Po Box 2
Kadoka, SD 57543-0002

**2.549.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Hawe Steel Design
1112 South Arizona
Butte, MT 59701

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.550. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Headwaters Hops**<br>**9700 Clarkston Rd**<br>**Three Forks, MT 59752** |

| 2.551. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Heart X Construction**<br>**PO Box 696**<br>**Lame Deer, MT 59043** |

| 2.552. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Heartbeat Designs**<br>**8181 Rolling Hills Dr**<br>**Bozeman, MT 59715** |

| 2.553. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Heartland Construction**<br>**1140 Yuri Road**<br>**Helena, MT 59602** |

| 2.554. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Heath Keffeler**<br>**22308 New Underwood Rd**<br>**New Underwood, SD 57761** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.555. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Heather Kunz**<br>**2817 Encino Dr**<br>**Great Falls, MT 59404** |

| 2.556. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Heidco Inc**<br>**1504 Laforest Ave**<br>**Bismarck, ND 58501** |

| 2.557. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Heidi Parks**<br>**8 Twisted Pines Road**<br>**Roundup, MT 59072** |

| 2.558. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **High Caliber Homes - FAC**<br>**1499 Cobb Hill Rd**<br>**Bozeman, MT 59718** |

| 2.559. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **High Mountain Carpentry**<br>**6430 Fox Trotter Lane**<br>**Bozeman, MT 59715** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.560. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Highland Livestock<br>356 Frontage Road East<br>Livingston, MT 59047 |

| 2.561. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Highsmith Construction<br>3138 Stillwater Drivve<br>Billings, MT 59102 |

| 2.562. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Hilgard Builders<br>PO Box 891<br>West Yellowstone, MT 59758 |

| 2.563. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Hilles, Rick<br>Bozeman, MT 59715 |

| 2.564. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | His Rustic Woodwrights<br>687 North 5th Avenue<br>Mills, WY 82604 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.565. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **HMC** |
| | List the contract number of any government contract | | **P.O. Box 191**<br>**Pray, MT 59065** |

| 2.566. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Holly Denning** |
| | List the contract number of any government contract | | **139 Dune Drive**<br>**Great Falls, MT 59404** |

| 2.567. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Home Health and Hospice** |
| | List the contract number of any government contract | | **224 Elk Street**<br>**Rapid City, SD 57701** |

| 2.568. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Home Outfitters** |
| | List the contract number of any government contract | | **PO Box 334**<br>**Clyde Park, MT 59018** |

| 2.569. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Hometown Heating And Cooling** |
| | List the contract number of any government contract | | **14 High K**<br>**Belgrade, MT 59714** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.570. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
| --- | --- | --- | --- |
| | State the term remaining | | Hooper Construction |
| | List the contract number of any government contract | | 280 State Hwy 32 Lovell, WY 82431 |

| 2.571. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
| --- | --- | --- | --- |
| | State the term remaining | | Hope Bradley |
| | List the contract number of any government contract | | 475 Red Oak Dr Belgrade, MT 59714 |

| 2.572. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
| --- | --- | --- | --- |
| | State the term remaining | | Howell Construction |
| | List the contract number of any government contract | | PO Box  2104 Red Lodge, MT 59068 |

| 2.573. | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE SUBSCRIPTION | |
| --- | --- | --- | --- |
| | State the term remaining | | HUBSPOT |
| | List the contract number of any government contract | | 25 FIRST STREET CAMBRIDGE, MA 02141 |

| 2.574. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
| --- | --- | --- | --- |
| | State the term remaining | | Hurley Oil Field Services |
| | List the contract number of any government contract | | 13352 HWY 200 Fairview  59221 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.575. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Hutson, Shaun |
| | List the contract number of any government contract | | 31 Deep Creek South Fork Livingston, MT 59047 |

| 2.576. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | HYMARK CONSTRUCTION, LLC |
| | List the contract number of any government contract | | PO Box 1347 Belgrade, MT 59714 |

| 2.577. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Ian Bowmer |
| | List the contract number of any government contract | | P.O. BOX 494 WAITSFIELD, VT 05673 |

| 2.578. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Idaho Storage Connection |
| | List the contract number of any government contract | | PO Box 140671 Garden City, ID 83714 |

| 2.579. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Ideal Roofing |
| | List the contract number of any government contract | | 1943 Main St Billings, MT 59105 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.580. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Ike Fleek |
| | List the contract number of any government contract | | PO Box 704<br>Basin, WY 82410 |

| 2.581. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Image Builders  FAC |
| | List the contract number of any government contract | | 3641 S. 56th Street West<br>Billings, MT 59101 |

| 2.582. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Indian Health Services - Northern Cheyen |
| | List the contract number of any government contract | | PO Box 70<br>Lame Deer, MT 59043 |

| 2.583. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Indoor Garden Supply |
| | List the contract number of any government contract | | 1350 Atlantic Avenue<br>Woodland, WA 98674 |

| 2.584. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Ingram-Clevenger, Inc. |
| | List the contract number of any government contract | | PO Box 5387<br>Helena, MT 59604 |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.585. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | **Ingrid Lovitt** |
| | List the contract number of any government contract | **1722 Winnie**<br>**Helena, MT 59601** |

| 2.586. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | **Ipswich Lumber & Hardware LLC** |
| | List the contract number of any government contract | **19 5th Ave**<br>**P.O. Box 127**<br>**Ipswich, SD 57451** |

| 2.587. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | **J & E Irrigation** |
| | List the contract number of any government contract | **405 South 3rd**<br>**Basin, WY 82410** |

| 2.588. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | **J & J Construction** |
| | List the contract number of any government contract | **1510 Avenue F**<br>**Billings, MT** |

| 2.589. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | **J & N Backcountry Construction** |
| | List the contract number of any government contract | **2204 Eagle Rock Drive**<br>**Billings, MT 59101** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.590.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**J Van Contracting, LLC**
**P.O. Box 456**
**Basin, WY 82410**

---

**2.591.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Jack Edwards**
**Po Box 71**
**Hill City, SD 57745**

---

**2.592.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Jack Lombardo**
**1740 E State St**
**Meridian, ID 83642**

---

**2.593.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Jack Stewart**
**Kent, WA 98032**

---

**2.594.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Jackson Contractor Group, Inc- FAC**
**Po Box 967**
**Missoula, MT 59806-0967**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.595. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jacob Miller**
**167 West River Rd**
**Worland, WY 82401**

| 2.596. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jacob Nance**
**808 Miles Ave**
**Billings, MT 59101**

| 2.597. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**JACOBS PRECISION WELDING**
**522 S Main Street**
**Lead, SD 57754**

| 2.598. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jake Kerr Services**
**PO Box 65**
**Roberts, MT 59070**

| 2.599. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Jake W Hassler**
**901 Paisley Dr**
**Belgrade, MT 59714**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.600.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

James Herron
Laurel, MT 59044

---

**2.601.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

James Hoeft
PO Box 553
Deadwood, SD 57732

---

**2.602.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

James Lyons
20 West Rd
Dune Acres, IN 46304

---

**2.603.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

James Marshal
P.O Box 4068
Helena, MT 59604

---

**2.604.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

James Moses
1223 Twain St
Billings, MT 59105



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.605. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **James Nebeker**<br>**5350 N. Rattlesnake Ln.**<br>**Laketown, UT 84038** |

| 2.606. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **James W Carpenter**<br>**815 12th Ave Street North**<br>**Great Falls, MT** |

| 2.607. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **James Wilcox**<br>**6806 South Frontage Road**<br>**Billings, MT 59101** |

| 2.608. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jamon Jewett**<br>**4175 Fox Hollow Dr**<br>**Helena, MT 59602** |

| 2.609. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jane Beisner**<br>**PO Box 9031**<br>**Rapid City, SD 57702** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.610. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Janelle Leintz**<br>**12080 County Rd. 350**<br>**Sidney, MT 59270** |

| 2.611. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Janet Skinner**<br>**16140 Cedar Brae Rd**<br>**Leavenworth, WA 98826** |

| 2.612. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jared Thede**<br>**3036 Country Aire Drive**<br>**Cedarburg, WI 53012** |

| 2.613. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jason Fantom** |

| 2.614. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jason Fleming**<br>**706 Sonic Way**<br>**Box Elder, SD 57719** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.615.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jason Loose**
**po box 354**
**Hobson, MT 59452**

---

**2.616.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jason Stensvad**
**PO Box 1**
**Billings, MT 59101**

---

**2.617.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jason Therriault**
**3500 Birkland Drive**
**Helena, MT 59602**

---

**2.618.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jason Tresner**
**205 Hope Road**
**Helena, MT 59602**

---

**2.619.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jason Van Vleet**
**po box 337**
**Three Forks, MT 59752**

---



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.620. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jason Walter**<br>**PO Box 90**<br>**Pray, MT 59065** |

| 2.621. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **JAY Darrah**<br>**4935 72nd Ave West**<br>**Havre   59501** |

| 2.622. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jay Hart**<br>**3720 Hart Ln**<br>**Helena, MT 59602** |

| 2.623. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jay Murphy**<br>**6220 Hickory Rd**<br>**Helena, MT 59602** |

| 2.624. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jayne Schleicher**<br>**13 Rogers Lane #8**<br>**LIVINGSTON, MT 59047** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.625. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **JB Woodfitter Homes** |
| | List the contract number of any government contract | | **3891 275th Street West** |
| | | | **Prior Lake, MN 55372** |

| 2.626. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **JB's Concepts** |
| | List the contract number of any government contract | | **2315 Hoover Ave** |
| | | | **Billings, MT 59102** |

| 2.627. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **JBD inc.** |
| | List the contract number of any government contract | | **1656 S Sheridan Ave.** |
| | | | **Sheridan, WY 82801** |

| 2.628. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **JD Svedberg** |
| | List the contract number of any government contract | | **PO Box 333** |
| | | | **Hardin, MT 59034** |

| 2.629. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **JE Paino** |
| | List the contract number of any government contract | | **PO Box 1090** |
| | | | **Dixon, CA 95620-1090** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.630. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Jeanne Shepherd |
| | List the contract number of any government contract | | 2425 New Haven Road<br>Oshoto, WY 82721 |

| 2.631. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Jeanne Wesley-Wiese |
| | List the contract number of any government contract | | 707 N Wallace<br>Bozeman, MT 59715 |

| 2.632. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Jeannine Brown |
| | List the contract number of any government contract | | 701 Pyrite Court<br>Helena, MT 59601 |

| 2.633. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Jeff Breland |
| | List the contract number of any government contract | | 3344 Lavender<br>Helena, MT 59602 |

| 2.634. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Jeff Flansaas |
| | List the contract number of any government contract | | 3219 Augusta Drive<br>Bozeman, MT 59715 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.635.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Jeff Hill
PO Box 68
Three Forks, MT 59752

---

**2.636.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Jeff Lamb
1388 Hwy 69
Cardwell, MT 59721

---

**2.637.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Jeff Marks
3643 MT Hwy 284
Townsend, MT 59644

---

**2.638.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

JEFF Overton
802 Deadman Canyon
Reed Point, MT 59069

---

**2.639.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Jeff Schmidt
PO Box 871
Powell, WY 82435

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.640. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jeff Seliskar**<br>**2445 Grizzly Gulch**<br>**Helena, MT 59601** |
| | List the contract number of any government contract | | |

| 2.641. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jeff Wardell**<br>**475 Montana Ave**<br>**Lovell, WY 82431** |
| | List the contract number of any government contract | | |

| 2.642. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jeffery Stocks**<br>**208 Marble dr**<br>**Evanston, WY 82930** |
| | List the contract number of any government contract | | |

| 2.643. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jendale Construction**<br>**1827 Lake Elmo Drive**<br>**Billings, MT 59105** |
| | List the contract number of any government contract | | |

| 2.644. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jeremy Fuller**<br>**4300 11th Ave. NW**<br>**Seattle, WA 98107** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.645.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Jeremy Heen
4502 139th AVE NW
Alexander, ND 58831

**2.646.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Jeremy Kisling
419 Meade Street
Sheridan, WY 82807

**2.647.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Jeremy Vivrette
915 Hauser Blvd.
Helena, MT 59601

**2.648.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Jerrie  Lynn Nelson
9340 S Frontage Rd
Billngs, MT 59101

**2.649.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Jerry Castona

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.650.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jerry Fullmer**
**PO Box 465**
**Piedmont, SD 57769**

---

**2.651.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jerry Nash**
**3820 Valley Dr**
**Helena, MT 59602**

---

**2.652.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jerry Reisig**
**422 N 17th Ave**
**Bozeman, MT 59715**

---

**2.653.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jerry Sorensen**
**3815 Kiki Street**
**Helena, MT 59602**

---

**2.654.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jerry Wiederholt**
**576 Railroad Hwy**
**Huntley, MT 59037**

---



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.655. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jersey Architectural Door & Supply Co.**<br>**722 Adriatic Avenue**<br>**Atlantic City, NJ 08401** |

| 2.656. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jess Conitz**<br>**1518 Longhorn Way**<br>**Billings, MT 59105** |

| 2.657. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **JESSE Davis**<br>**230 Cromwell Dixon Lane #F PMB 212**<br>**Helena, MT 59601** |

| 2.658. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jetmore Construction**<br>**41 Spring Drive**<br>**Roundup, MT 59032** |

| 2.659. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jewel Box Tiny Homes**<br>**264 El Rancho Road**<br>**Kalispell, MT 59901** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.660. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Jill Ritter |
| | List the contract number of any government contract | | 2631 Magenta Rd<br>Bozeman, MT 59718 |

| 2.661. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Jim Christensen |
| | List the contract number of any government contract | | 6409 Southern Bluffs Ln<br>Billings, MT 59106 |

| 2.662. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Jim Cotter |
| | List the contract number of any government contract | | 815 Fir Ave<br>Laurel, MT 59044 |

| 2.663. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Jim Derleth |
| | List the contract number of any government contract | | 4727 Stagecoach Trail Road<br>Manhattan, MT 59741 |

| 2.664. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Jim Griffith |
| | List the contract number of any government contract | | 6572 W Hammermill<br>Garden City, ID 83714 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.665. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jim Holmes Construction** |
| | List the contract number of any government contract | | **PO 161653** |
| | | | **Big Sky, MT 59716** |

| 2.666. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jim Howell** |
| | List the contract number of any government contract | | **249 Little Porcupine Creek Road** |
| | | | **Forsyth, MT 59327** |

| 2.667. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jim Kamminga** |
| | List the contract number of any government contract | | |

| 2.668. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jim Maddox** |
| | List the contract number of any government contract | | **272 Tom Miner Creek Rd** |
| | | | **Emigrant, MT 59027** |

| 2.669. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jim Moehsmer** |
| | List the contract number of any government contract | | **233 Grove Creek Road** |
| | | | **Belfry, MT 59008** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.670. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jim Trueax**<br>**3 Twilight Dr**<br>**Clancy, MT 59634** |

| 2.671. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jim Wilson**<br>**109 Navajo Trail**<br>**Lucas, KY 42156** |

| 2.672. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jims Building Service INC**<br>**1284 RD 9**<br>**Powell, WY 82435** |

| 2.673. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **JL Hendersen**<br>**557 US Hwy 89**<br>**Vaughn, MT 59487** |

| 2.674. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **JMC Services**<br>**2745 Cherokee**<br>**Casper, WY 82604** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.675. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **JMS Properties**<br>**4101 Clint Rd**<br>**Billings, MT 59105** |
| | List the contract number of any government contract | | |

| 2.676. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **JNG INC.**<br>**345 Herman Gulch Road**<br>**Butte, MT 59701** |
| | List the contract number of any government contract | | |

| 2.677. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jo Broadus**<br>**14 John Deer Lane**<br>**Forsyth, MT 59327** |
| | List the contract number of any government contract | | |

| 2.678. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jobe Land And Livestock**<br>**PO Box 24**<br>**Gallatin Gateway, MT 59730** |
| | List the contract number of any government contract | | |

| 2.679. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Joe Bushilla**<br>**5360 Nesting Ospry Way**<br>**Helena, MT 59602** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.680.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Joe Hanser
15 Whispering Pines Ln
Mc Leod, MT 59052

---

**2.681.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Joe Harper
1573 Ln. 14
Worland, WY 82401

---

**2.682.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Joe Law
PO Box 156
Park City, MT 59063

---

**2.683.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Joe Mobley
252 Gohost Canyon  Court
Belgrade, MT 59714

---

**2.684.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Joe Mueller
3122 Sims Lane
Stevensville, MT 59870

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.685. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Joe Pluim<br>18898 Plum Industrial Ct.<br>Sonora, CA 95370 |

| 2.686. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Joe Robb Custom Homes<br>306 Peaksview Dr<br>Bozeman, MT 59718-6645 |

| 2.687. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Joe Sigdestad<br>904 Washington Street<br>Lead, SD 57754 |

| 2.688. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Joel Olson<br>130 butcher rd<br>Osage, WY 52723 |

| 2.689. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Joel Walburg<br>563 59th St.<br>Oakland, CA 94609 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.690. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | **John Amestoy** |
| | List the contract number of any government contract | | **2321 Cannon St.** **Helena, MT 59601** |

| 2.691. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | **John Betka** |
| | List the contract number of any government contract | | **Helena, MT 59601** |

| 2.692. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | **John Brethauer** |
| | List the contract number of any government contract | | **312 Ruhe Lane** **Box Elder, SD 57719** |

| 2.693. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | **John Burrell** |
| | List the contract number of any government contract | | **PO Box 364** **Spearfish, SD 57783** |

| 2.694. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | **John Cathcart** |
| | List the contract number of any government contract | | **855 Austin Rd.** **Helena, MT 59602** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.695.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**John Christopher**
**24271 397th Avenue**
**Letcher, SD 57359**

---

**2.696.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**John Donohue**
**89450 Ocean Dr.**
**Warrenton, OR 97146**

---

**2.697.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**John Flatt**
**5545 York Rd.**
**Helena, MT 59602**

---

**2.698.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**John Galiczewski**
**5516 Wildwood Drive**
**Rapid City, SD 57702**

---

**2.699.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**John Holds**
**Box 417**
**Crow Agenc, MT 59022**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.700.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**John Jackson**
**1108 8th Ave**
**Belle Fourche, SD 57717**

---

**2.701.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**John Larson**
**BILLINGS, MT 59103**

---

**2.702.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**John Milich**
**P.O. Box 314**
**Bozeman, MT 59771**

---

**2.703.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**John Nelson Construction**
**PO 225**
**Joliet, MT 59041**

---

**2.704.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**John Peasley**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.705. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **John Rolph**<br>**PO Box 71**<br>**East Helena, MT 59635** |
| | List the contract number of any government contract | | |

| 2.706. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **John Schmitt**<br>**201 Erickson St.**<br>**Anaconda, MT 59711** |
| | List the contract number of any government contract | | |

| 2.707. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **John Shackelford**<br>**309 N. 5th Ave**<br>**Forsyth, MT 59327** |
| | List the contract number of any government contract | | |

| 2.708. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **John Stilger**<br>**5835 Interstate Ave**<br>**Billings, MT 59101** |
| | List the contract number of any government contract | | |

| 2.709. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **John VanDelinder**<br>**711 Silverbow**<br>**Belgrade, MT 59714** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.710.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

John Verzuh
14679 BRACKETT CREEK
BOZEMAN, MT 59715

**2.711.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

John Viviano
45 Denali Cabin Lane
Roundup, MT 59072

**2.712.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Johnson's Fine Carpentry
420 Pennsylvania Ave.
Laurel, MT 59044

**2.713.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Joker Lebrun
66 Davis Lane
COLUMBUS, MT 59019

**2.714.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Jolley Builders
1301 Walnut
Helena, MT 59601

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.715.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jon Marshall**
**601 Toutle Park Rd**
**Castle Rock, WA 98611**

---

**2.716.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jon Olsen**
**6780 Patterson Rd**
**Bozeman, MT 59715**

---

**2.717.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jon Skiles**
**19 Rosebud Road**
**Absarokee, MT 59001**

---

**2.718.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Jonathan Klein**
**1 Jack Creek Rd**
**Ennis**
**Ennis, MT 59729**

---

**2.719.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**JoRae Miedtke**
**3350 Wylie Dr.**
**Helena, MT 59602**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.720. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jordan Harder** |
| | List the contract number of any government contract | | **4023 Cocolalla Loop**<br>**Cocolalla, ID 83813** |

| 2.721. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jordan Spyke** |
| | List the contract number of any government contract | | **3349 Trial Creek**<br>**Bozeman, MT 59715** |

| 2.722. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jordan Young** |
| | List the contract number of any government contract | | **4300 NE Lockwood Creek Rd.**<br>**La Center, WA 98629** |

| 2.723. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jorge Filevich** |
| | List the contract number of any government contract | | **2950 NW Imperial Terrace**<br>**Portland, OR 97210** |

| 2.724. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Jornada Roofing** |
| | List the contract number of any government contract | | **1520 Pike St Suit #5**<br>**Auburn, WA 98001** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.725. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jose Orozco**<br>**1117 North 19th # 5**<br>**Billings, MT 59102** |

| 2.726. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Joseph Bassett**<br>**876 Ln 38**<br>**Burlington, WY 82411** |

| 2.727. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Joseph Sprinkle**<br>**37 Shoot Not Ln**<br>**Sheridan**<br>**Virginia City, MT 59755** |

| 2.728. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Josh Barker**<br>**Ranchester, WY 82839** |

| 2.729. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Josh Giddings**<br>**750 Frank Road**<br>**Belgrade, MT 59714** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.730.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Josh Martolglio**
**23 Sunburst Dr**
**Cody, WY 82414**

---

**2.731.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Josh Wilson**
**PO Box 54**
**Dayton, WY 82836**

---

**2.732.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Joshua Austill**
**1404 Greene St**
**Helena, MT 59602**

---

**2.733.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Journey Construction**
**703 Nebula St**
**Livingston, MT 59047**

---

**2.734.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**JR Megee**
**610 S. Fork Rd**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.735.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

JRS Solutions
3425 Wildbunch Drive
Belgrade, MT 59714

---

**2.736.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Julie Michaels
PO BOX 121
Burlington, WY 82411

---

**2.737.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Julie Osborne
3673 Gladiator Circle
Billings, MT 59102

---

**2.738.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Jupe Construction
65 Runway
Livingston, MT 59047

---

**2.739.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Justin Hein
Billings, MT 59101

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.740. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **JW General**<br>**46 Sportsman Park Rd**<br>**Laurel, MT 59044** |

| 2.741. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **K B Building & Supply(Sign & PO)**<br>**8258 Huffine Lane**<br>**Bozeman, MT 59718** |

| 2.742. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **K Bar**<br>**219 E. First St.**<br>**Powell, WY 82435** |

| 2.743. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **K C B Construction**<br>**22285 Frontage Road**<br>**Belgrade, MT 59714-8550** |

| 2.744. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **K G Ranch**<br>**110 K G Ranch Rd**<br>**Three Forks, MT 59752** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.745. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **K L M**<br>**PO Box 161108**<br>**Big Sky, MT 59716-1108** |
| | List the contract number of any government contract | | |

| 2.746. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **K T Construction**<br>**36 Yellowstone Bluffs Rd**<br>**Park City, MT 59063** |
| | List the contract number of any government contract | | |

| 2.747. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **K V Construction**<br>**PO Box 334**<br>**Emigrant, MT 59027** |
| | List the contract number of any government contract | | |

| 2.748. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **K.P. Const.**<br>**513 Maple St.**<br>**New Castle, WY 82701** |
| | List the contract number of any government contract | | |

| 2.749. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Kal Schweitzer**<br>**504 Fieldstone Dr**<br>**Bozeman, MT 59715** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.750. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Karen Siemion** |
| | List the contract number of any government contract | | **97 Valley View Rd**<br>**Reedpoint, MT 59069** |

| 2.751. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Karry Larmer** |
| | List the contract number of any government contract | | **14500 Canyon creek Rd**<br>**Molt, MT 59057** |

| 2.752. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **KATE Knels** |
| | List the contract number of any government contract | | **16061 33rd St NW**<br>**Fairview, MT 59221** |

| 2.753. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Kathleen Fischer** |
| | List the contract number of any government contract | | **1100 Jackrabbit**<br>**Bozeman, MT 59718** |

| 2.754. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Kathy Malone** |
| | List the contract number of any government contract | | **PO Box 146**<br>**Townsend, MT 59644** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.755.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Kathy Wilkinson**
> **625 Pike crt**
> **Billings, MT 59106**

**2.756.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Katie Ugrin**
> **301 Canary Lane**
> **Bozeman, MT 59715**

**2.757.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Kaufmann Construction, INC**
> **20 Cypress Ave**
> **Bozeman, MT 59715**

**2.758.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **KCD Enterprise**
> **PO Box 11113**
> **Bozeman, MT 59719**

**2.759.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Keegan's Custom Homes**
> **P.O. Box 6190**
> **Bozeman, MT 59771**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.760. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Keever Construction<br>1050 Park Road<br>Shepherd, MT 59079 |

| 2.761. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Keith Herren<br>686 Oregon Ave<br>Lovell, WY 82431 |

| 2.762. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Keith Roofing<br>255 Cartwright Way<br>Hamilton, MT 59840 |

| 2.763. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Keith Wolcott<br>201 Jefferson St<br>Helena, MT 59601 |

| 2.764. | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE OF 6797 WILDCAT ROAD, EVANSVILLE, WY 82636 | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | KELBEC HOLDINGS, LLC<br>3350 NORTH FORK HIGHWAY<br>CODY, WY 82414 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.765. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kelly Murphy**<br>**2336 Butch Cassidy**<br>**Bozeman, MT 59718** |

| 2.766. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kelly Rodgers**<br>**PO Box 1561**<br>**Newtown, ND 58763** |

| 2.767. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kelly Siler**<br>**PO Box 4722**<br>**Helena, MT 59604** |

| 2.768. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ken & Jason Craig**<br>**3355 Blue Creek Road**<br>**Billings, MT 59102** |

| 2.769. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ken Austill**<br>**P.O. Box 162**<br>**108 3rd Ave**<br>**Custer, MT 59024** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.770.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ken Booth
5060 Garnet Dr
Helena, MT 59602**

---

**2.771.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ken Burger
1912 West Main Street
Bozeman, MT 59718**

---

**2.772.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ken Carlson
5121 Thomas Katheran Road
Billings, MT 59101**

---

**2.773.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ken Laidlaw
3081 Payne Rd
Medford, OR 97504**

---

**2.774.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ken Miller
PO Box 87
Milk River T0K1M0**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.775. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ken Schandelmeier ALDER, MT 59710** |

| 2.776. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ken Vanderby 11336 Gravel Pit Road Manhattan, MT 59741** |

| 2.777. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ken Walters Construction PO Box 10851 Bozeman, MT 59719-0851** |

| 2.778. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ken White 9460 Ponderosa Rd Three Forks, MT 59752** |

| 2.779. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ken Wright 1922 Lane 15 Powell, WY 82435** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.780. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Kennell Radiant Heat** |
| | List the contract number of any government contract | | **80 Gibson Rd.**<br>**Joliet, MT 59041** |

| 2.781. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Kenneth Lord** |
| | List the contract number of any government contract | | **2180 Summit Dr.**<br>**Escondido, CA 92025** |

| 2.782. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Kenneth Osborn** |
| | List the contract number of any government contract | | **11 Finn Gulch**<br>**Jefferson City, MT 59638** |

| 2.783. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Kenny Kesterson** |
| | List the contract number of any government contract | | **6300 Jackrabbit Lane**<br>**Belgrade, MT 59714** |

| 2.784. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Kens Equipment-Use credit in system** |
| | List the contract number of any government contract | | **62 Repair Rd**<br>**Livingston, MT 59047** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.785. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kent Beer<br>1108 El Paso Dr<br>Great Falls, MT 59404 |

| 2.786. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kerry Kimball<br>2200 shadow canyon rd<br>Huntley, MT 59037 |

| 2.787. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kevin Corrigan<br>6700 Sypes Canyon Road<br>Bozeman, MT 59715 |

| 2.788. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kevin Drolet<br>221 11th LN SW<br>Fairfield, MT 59436 |

| 2.789. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Kevin Hance<br>5367 Glacier Point Loop<br>Helena, MT 59602 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.790.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Kevin Lindgren**
**Helena, MT 59602**

---

**2.791.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Kevin Pechacek**

---

**2.792.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Kevin Pierson**
**317 31st Street South**
**Great Falls, MT 59405**

---

**2.793.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Kevin Ralston**
**26315 S FM 219 Carlton**
**TX 76436**
**Littleton, CO 76436**

---

**2.794.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Kevin Stoltzfus**
**2712 Dakota Lane**
**Great Falls, MT 59404**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.795. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Keyne Kensinger |
| | List the contract number of any government contract | | PO Box 1462 |
| | | | Ennis, MT 59729 |

| 2.796. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Kim Morrow |
| | List the contract number of any government contract | | 32 Gardner Park Drive |
| | | | Bozeman, MT 59715 |

| 2.797. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Kirk Blee |
| | List the contract number of any government contract | | 841 Ave B |
| | | | Billings, MT 59102 |

| 2.798. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | KIT Construction LLC |
| | List the contract number of any government contract | | 1633 Main Street  Suite A Box 111 |
| | | | Billings, MT 59105 |

| 2.799. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Klass, Chris |
| | List the contract number of any government contract | | 11535 K-Tel Drive |
| | | | Minnentonka, MN 55345 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.800. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Klingaman Construction**<br>**4226 Stone**<br>**Billings, MT 59101** |
| | List the contract number of any government contract | | |

| 2.801. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Klondike Construction**<br>**50 Maverik Trail**<br>**Buffalo, WY 82834** |
| | List the contract number of any government contract | | |

| 2.802. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Klonski Construction**<br>**PO Box 80466**<br>**Billings, MT 59108** |
| | List the contract number of any government contract | | |

| 2.803. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Knees School District**<br>**438 2nd Ave**<br>**Carter, MT 59420** |
| | List the contract number of any government contract | | |

| 2.804. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Koenig, Shawn & Shelly**<br>**160 Bull Run**<br>**Belgrade, MT 59714** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.805. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **KP Construction**<br>**513 Maple St.**<br>**Newcastle, WY 82701** |
| | List the contract number of any government contract | | |

| 2.806. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Krewe Roofing and Construction**<br>**210 Stonefly Dr**<br>**Bozeman, MT 59718** |
| | List the contract number of any government contract | | |

| 2.807. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Kris Newstrom**<br>**PO Box 175**<br>**Gallatin Gateway, MT 59730** |
| | List the contract number of any government contract | | |

| 2.808. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Kristi Drake**<br>**2950 Walden Place**<br>**Billings, MT 59102** |
| | List the contract number of any government contract | | |

| 2.809. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Kristy Catlin**<br>**3729 Ben Hogan Ln**<br>**Billings, MT 59106** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.810.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Kugel Construction**
**1722 Bishop Road**
**chehalis, WA 98532**

---

**2.811.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Kurt Valiton**
**931 9th Ave**
**Helena, MT 59601**

---

**2.812.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**KW Construction (Ken Williams)**
**PO Box 18**
**Gallatin Gateway, MT 59730**

---

**2.813.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Kyle Johnson**
**42 Lower Prarie Dog Road**
**Sheridan, WY 82801**

---

**2.814.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**KYLE Peck**
**240 Dogwood Drive**
**Bozeman, MT 59718**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.815.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Kyle Stone**
**PO Box 693**
**Ennis, MT 59729**

---

**2.816.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**L & D Concrete**
**1805 Lariat Lane**
**Billings, MT 59105**

---

**2.817.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**L & H Customs**
**223 Alder Gulch Road**
**Virginia City, MT 59755**

---

**2.818.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**LA Construction**
**1224 Road 15**
**Powell, WY 82435**

---

**2.819.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lance Cleveland**
**21 Wilburn Lane**
**Great Falls, MT 59404**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.820. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lance Kelsey**<br>**Encampment, WY 82325** |

| 2.821. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lance Perrett**<br>**14811 Glenwood Drive**<br>**Summerset, SD 57769** |

| 2.822. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Landmark Construction & Development**<br>**266 US Highway 14A East**<br>**Lovell, WY 82431** |

| 2.823. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Landon Nix**<br>**316 Filson Rd**<br>**Winston, MT 59647** |

| 2.824. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lanzendorf Construction**<br>**1107 East Gallatin Ave**<br>**Belgrade, MT 59714** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.825. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Larry Martin**<br>**482 Derby Drive**<br>**Conrad, MT 59425** |

| 2.826. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Larry Pankratz**<br>**1203 Roan Wood Rd**<br>**Opheim, MT 59250** |

| 2.827. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Larry Rau**<br>**199 Joy Rd**<br>**Livermore, CO 80536** |

| 2.828. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Larry Richtmyer**<br>**9 South Fork Ray Creek**<br>**Townsend, MT 59644** |

| 2.829. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Laura Mader**<br>**830 N Main St  Suite 3**<br>**Spearfish, SD 57783** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.830.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Laura Taylor
PO Box 132
Ringling, MT 59642

**2.831.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Laurin Kluver
Box 262
Colstrip, MT

**2.832.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Lawerence, Willy
16300 S.120Th St.
Bennet, NE 68317

**2.833.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Lawrence Falls Down
474 Falls Down Ln
P.O. Box 144
Pryor, MT 59066

**2.834.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Leather Stockings Timber Products, Inc.
359 Delware County Highway 11
Oneonta, NY 13820

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.835. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Leclair Construction**<br>**2421 Highland BLVD**<br>**Bozeman, MT 59715** |

| 2.836. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lee Burroughs**<br>**PO Box 27**<br>**Lavina, MT 59046** |

| 2.837. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lee Davis**<br>**28 Fidler Creek Rd**<br>**Fishtail, MT 59028** |

| 2.838. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lee Schmunk**<br>**19760 Hunter rd**<br>**Spearfish, SD 57783** |

| 2.839. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lee Wilkerson**<br>**153 Alec Roy Rd**<br>**Roundup, MT 59072** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.840. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Legg Construction**<br>**186 Lane 5**<br>**Deaver, WY 82421** |
| | List the contract number of any government contract | | |

| 2.841. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Lehner Construction**<br>**Box 4**<br>**Absarokee, MT 59001** |
| | List the contract number of any government contract | | |

| 2.842. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Leonard Helms**<br>**1605 Dickie Road**<br>**BILLINGS, MT 59101** |
| | List the contract number of any government contract | | |

| 2.843. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Leroy Cummins** |
| | List the contract number of any government contract | | |

| 2.844. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Leroy Curren**<br>**275 Curren Road**<br>**Aladdin, WY 82710** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.845. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Leslie Tobler** |
| | List the contract number of any government contract | | **1625 Weldon Rd**<br>**Billings, MT 59101** |

| 2.846. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Lewis Blake** |
| | List the contract number of any government contract | | **2415 Brook Hollow**<br>**Billings, MT 59105** |

| 2.847. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Lewis Construction - Ohio** |
| | List the contract number of any government contract | | **8031 E. Market St.**<br>**Warren, OH 44484** |

| 2.848. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Liberty Construction** |
| | List the contract number of any government contract | | **181 Discovery Way**<br>**Sagle, ID 83860** |

| 2.849. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Liberty Fence & Deck** |
| | List the contract number of any government contract | | **669 Bluegrass Dr** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.850.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Liberty Granite & Marble**
**PO Box 171**

---

**2.851.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Linda Karst**
**1657 East I Rd**
**Ballantine, MT 59006**

---

**2.852.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lionso Leyva**

---

**2.853.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lisa A Stemper**
**400 BOX ELDER RD W**
**Box Elder, SD 57719**

---

**2.854.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lisa Beninati**
**51 Sumac Trail**
**Elkland, MO 65644**

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.855. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Lisa Dalin** |
| | List the contract number of any government contract | | **3361Rd 29**<br>**Greybull, WY 82426** |

| 2.856. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Lisa Dunning** |
| | List the contract number of any government contract | | **4041 Trail Creek Road**<br>**Bozeman, MT 59715** |

| 2.857. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Liz Walterman** |
| | List the contract number of any government contract | | **305 S Canyon Drive  8D**<br>**Rapid City, SD 57702** |

| 2.858. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Lobo Construction** |
| | List the contract number of any government contract | | **204 Durston Rd Ste A**<br>**Bozeman, MT 59718** |

| 2.859. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Lock Doctor** |
| | List the contract number of any government contract | | **1270 Lockwood Rd #6**<br>**Billings, MT 59101** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.860. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Loenbro LTI**<br>**2221 South Plaza Drive**<br>**Rapid City, SD 57702** |

| 2.861. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Log Builders INC**<br>**266 Waterton Way**<br>**Billings, MT 59102** |

| 2.862. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Logan Carpenter**<br>**PO Box 7496**<br>**Helena, MT 59604** |

| 2.863. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lookhart, Brad**<br>**330 East Tobiano Trail**<br>**Belgrade, MT 59714** |

| 2.864. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Loren Johnson**<br>**Malta, MT 59538** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.865.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lori & Roger Young**
**3995 Lake Point Dr #24**
**Helena, MT 59602**

---

**2.866.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lori Bitterman**
**990 Antelope Ridge Road**
**Belgrade, MT 59714**

---

**2.867.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lori Burbach**
**Minot, ND 58701**

---

**2.868.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lori Whalen**
**268 Wilderness Way**
**Friday Harbor, WA 98250**

---

**2.869.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lorin Byrd**
**6 Jack Farm Road**
**Townsend, MT 59644**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.870. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Loudoun Valley Roofing Inc |
| | List the contract number of any government contract | | 37306 E. Richardson Lane
Purcellville, VA 20132 |

| 2.871. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Louie Hieb |
| | List the contract number of any government contract | | Ekalaka, MT 59324 |

| 2.872. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Louis Bertolotto |
| | List the contract number of any government contract | | 505 E 8th St.
Newell, SD 57760 |

| 2.873. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Louis Centa |
| | List the contract number of any government contract | | PO Box 11047
Bozeman, MT 59719-1047 |

| 2.874. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Love Construction Inc. |
| | List the contract number of any government contract | | PO Box 811
Manhattan, MT 59741 |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.875. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Lovell Building Center** |
| | List the contract number of any government contract | | **143 East Main Street** |
| | | | **Lovell, WY 82431** |

| 2.876. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Luke Downing** |
| | List the contract number of any government contract | | **3362 Tizer Dr** |
| | | | **Helena, MT 59602** |

| 2.877. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Luke Hemphill** |
| | List the contract number of any government contract | | **341 North Broadway** |
| | | | **Hines, OR 97738** |

| 2.878. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Lumber Jack Log Homes** |
| | List the contract number of any government contract | | **43 Sage Meadow Circle** |
| | | | **Whitehall, MT 59759** |

| 2.879. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Luminous Construction LLC** |
| | List the contract number of any government contract | | **PO Box 3042** |
| | | | **custer, SD 57730** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.880.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Luna Design & Construction**
**3241 Laurel Rd**
**Longview, WA 98632**

---

**2.881.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lyle Hunt**
**610 W Grove St**
**Glenrock, WY 82637**

---

**2.882.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Lyndon Kauffman**
**2272 US HWY 89**
**Fairfield, MT 59436**

---

**2.883.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**M & K Construction**
**1329 Lewis**
**Helena, MT 59601**

---

**2.884.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**M Bar M Properties Inc**
**2521 Enterprise #1**
**Billings, MT 59102**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.885.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**M.S.R Properties**
**PO Box 1488**
**Lewiston, ID 83501**

---

**2.886.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**M2 Construction**
**35 Avalanche Road**
**Sandpoint, ID 83864**

---

**2.887.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Magic City Motors**
**1501 1St Ave N**
**Billings, MT 59101**

---

**2.888.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Majestic Custom Homes-FAC-HOLD**
**5295 Foster Ln**
**Belgrade, MT 59714-8651**

---

**2.889.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Major Builders**
**514 MENOHER BOULEVARD**
**JOHNSTOWN, PA 15901**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.890. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Maki, Steve**<br>**Belt, MT 59412** |

| 2.891. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Malcolm Price**<br>**22821 Elm Springs Rd.**<br>**Wasta, SD 57791** |

| 2.892. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mandeville Construction**<br>**1127 Mandeville Lane**<br>**Bozeman, MT 59715** |

| 2.893. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Manny Mason**<br>**3325 Wisconsin Ave**<br>**Rapid City, SD 57701** |

| 2.894. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Manuel Construction Services**<br>**845 Robles Road**<br>**Oracle, AZ 85623** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.895.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Marcus Whisler**
**7122 Helfrick Rd**
**BILLINGS, MT 59101**

---

**2.896.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Marin Development Company, LLC**
**16405 Northcross Drive - Suite G-1**
**Huntersville, NC 28078**

---

**2.897.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Mario Oblak**
**Bainbridge Island, WA 98110**

---

**2.898.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Mark And Terry Lerum**
**4213 Paso Fino Lane**
**Helena, MT 59602**

---

**2.899.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Mark Bunch**
**213 South Maggelssen Road**
**Laurel, MT**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.900.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Mark Duffy**
**PO Box 7300**
**Bozeman, MT 59771-7300**

---

**2.901.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Mark Foster**
**160 Sky View Dr**
**Belgrade, MT 59714**

---

**2.902.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Mark Langehough**
**PO Box 1127**
**Manhatten, MT 59741**

---

**2.903.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Mark Mathews**
**PO Box 1062**
**Belgrade, MT 59714**

---

**2.904.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Mark McKenna**
**1427 Lane 14**
**Powell, WY 82435**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.905. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Monroe**<br>**MT** |

| 2.906. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Moushegian**<br>**3953 9th Ave.**<br>**San Diego, CA 92103** |

| 2.907. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Person**<br>**333 Stuckey Road**<br>**Great Falls, MT 59404** |

| 2.908. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Prince**<br>**Belgrade, MT 59714** |

| 2.909. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Rehder**<br>**315 South 8th Street**<br>**Livingston, MT 59047** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.910. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mark Rosebush** |
| | List the contract number of any government contract | | **339 Main st** **Roundup, MT 59072** |

| 2.911. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mark Rothwell** |
| | List the contract number of any government contract | | **1117 7th Street South Suite 1** **Great Falls, MT 59405** |

| 2.912. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mark Sargent** |
| | List the contract number of any government contract | | **PO Box 3** **Forsyth, MT 59327** |

| 2.913. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mark Schnoor** |
| | List the contract number of any government contract | | **412 Clark St** **Rapid City, SD 57701** |

| 2.914. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mark Schultz** |
| | List the contract number of any government contract | | **11 Teton Ave** **Bozeman, MT 59718** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.915. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Severson**<br>**305 37th Street North**<br>**Great Falls, MT 59401** |

| 2.916. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Sigler**<br>**125 W. Douglas**<br>**Oneill, NE 68763** |

| 2.917. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Sonderby**<br>**8 Fry Drive**<br>**Sheridan, MT 82801** |

| 2.918. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mark Welch**<br>**PO Box 206**<br>**Columbia Falls, MT 59912** |

| 2.919. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marla Sebade**<br>**2732 West St. Patrick Street**<br>**Rapid City, SD 57702** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.920. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Marlin Maynard** |
| | List the contract number of any government contract | | **875 Main Street** **Deadwood, SD 57732** |

| 2.921. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Marlon Shortman** |
| | List the contract number of any government contract | | **Shephard, MT 59079** |

| 2.922. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Marstaeller Construction** |
| | List the contract number of any government contract | | **915 Bobcat Drive** **Laurel, MT 59044** |

| 2.923. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Martin Dejong** |
| | List the contract number of any government contract | | **1306 O-Shannon Drive** **Gillette, WY 82716** |

| 2.924. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Martin Johnson** |
| | List the contract number of any government contract | | **602 Bond St** **Bozeman, MT 59715** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.925. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Marty Hiatt** |
| | List the contract number of any government contract | | **312 8th Street S** |
| | | | **Great Falls, MT 59405** |

| 2.926. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Marty Miller** |
| | List the contract number of any government contract | | **64 Doc Bar Drive** |
| | | | **Cody, WY 82414** |

| 2.927. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Marty Norman** |
| | List the contract number of any government contract | | **26133 Link Road** |
| | | | **Fort Pierre, SD 57532** |

| 2.928. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Mary Goodell** |
| | List the contract number of any government contract | | **123 1st St NE** |
| | | | **Dutton, MT 59433** |

| 2.929. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | **Mary Manson** |
| | List the contract number of any government contract | | **387  Horsethief Road** |
| | | | **Roundup, MT 59072** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.930.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Mascari, Sam
45 Tumbleweed Trail
Livingston, MT 59047

---

**2.931.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Mason Properties
PO Box 2244
East Helena, MT 59635

---

**2.932.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Mason Riddle
5430 Chief Grey Wolf Trl.
Laurel, MT 59044

---

**2.933.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Masterworks Construction, Inc
PO Box 40
Emigrant, MT 59027-0040

---

**2.934.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Matt Cooper Construction-FAC
PO Box 11026
Bozeman, MT 59719-1026

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.935. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Matt Russell**<br>**312 Owings Creek**<br>**Hamilton, MT 59835** |

| 2.936. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Matt Smith**<br>**2016 Driftwood River Dr**<br>**Laurel, MT 59044** |

| 2.937. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MATT STASH**<br>**516 N WALLACE**<br>**Bozeman, MT 59715** |

| 2.938. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Matt Tomich**<br>**2946 Melrose Road**<br>**Helena, MT 59602** |

| 2.939. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Matt Welch**<br>**511 8th Ave.**<br>**Laurel, MT 59044** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.940. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Maurer Construction Inc.** |
| | List the contract number of any government contract | | **2621 Connery way**<br>**Missoula, MT 59808** |

| 2.941. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Max Wright** |
| | List the contract number of any government contract | | **1194 Chalk Rd**<br>**Powell, WY 82435** |

| 2.942. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **MB Customs** |
| | List the contract number of any government contract | | **44 Mt Vista Drive**<br>**Roberts, MT 59070** |

| 2.943. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mccollam Service & Construction** |
| | List the contract number of any government contract | | **PO Box 277**<br>**Byron, WY 82412** |

| 2.944. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mccune, Jeremy** |
| | List the contract number of any government contract | | **1914 Mary St**<br>**Billings, MT 59105** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.945. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **McLane Construction - FAC** |
| | List the contract number of any government contract | | **309 N. Bozeman Ave.** **Bozeman, MT 59715-3661** |

| 2.946. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **McM Home Improvement, Inc.** |
| | List the contract number of any government contract | | **2201 Yellowstone Avenue** **Billings, MT** |

| 2.947. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **McManus Equipment and Service Company** |
| | List the contract number of any government contract | | **6203 W Yellowstone Hwy** **casper, WY 82601** |

| 2.948. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **MDM Enterprises** |
| | List the contract number of any government contract | | **15367 Van Sky Road** **Broadview, MT** |

| 2.949. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Meadow Green Sales** |
| | List the contract number of any government contract | | **1411 South 32nd Street West** **Billings, MT 59102** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.950. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Melissa Cronin** |
| | List the contract number of any government contract | | **P.O. Box 1855** |
| | | | **Bozeman, MT 59714** |

| 2.951. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Melissa Demers** |
| | List the contract number of any government contract | | **355 Wilkinson** |
| | | | **Helena, MT 59632** |

| 2.952. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Melissa Summerfield** |
| | List the contract number of any government contract | | **4525 Draft Horse Drive** |
| | | | **Bozeman, MT 59718** |

| 2.953. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Melvin Pritzkau** |
| | List the contract number of any government contract | | **2517 Hwy 24** |
| | | | **Alva, WY 82711** |

| 2.954. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MGM Enterprises** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.955.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Micah Cryder**
**1320 Crawford Drive**
**Billings, MT**

---

**2.956.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Michael & Sammye Pisani**
**68 Elk View Rd**
**Mc Allister, MT 59740**

---

**2.957.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Michael Arnold**
**Box 1322**
**Fort Benton, MT 59442**

---

**2.958.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Michael Babb**
**2701 Ivy Drive**
**Great Falls, MT 59404**

---

**2.959.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Michael Barrie**
**10957 Minnesla Road**
**Belle Fourche, SD 57717**

---



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.960. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Michael Beck**<br>**5010 Raliegh Way**<br>**Carmichael, CA 95608** |

| 2.961. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Michael Bocskovits**<br>**1521 Crenshaw Rd**<br>**Knoxville, TN 37920** |

| 2.962. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Michael Kunz**<br>**269 Rising Sun Rd**<br>**Cameron, MT 59720** |

| 2.963. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Michael Trabbic**<br>**PO BOX 432**<br>**Fremont, OH 43420** |

| 2.964. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Michael Wadsworth**<br>**10541 West Avenida Del Sol**<br>**Mt Pleasant, AZ 85383** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.965.** State what the contract or lease is for and the nature of the debtor's interest     **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> Michael Wehrman
> 4737 Hoskins Rd
> Billings, MT 59105

**2.966.** State what the contract or lease is for and the nature of the debtor's interest     **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> Mick & Lannette Gainan
> 2514 Blue Ct
> Billings, MT 59106

**2.967.** State what the contract or lease is for and the nature of the debtor's interest     **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> Mickey Case
> 61 Louis Lamour Ln
> Powell, WY 82435

**2.968.** State what the contract or lease is for and the nature of the debtor's interest     **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> Midway Construction & Dirt Works
> 1775 Hwy 310
> Lovell, WY 82431

**2.969.** State what the contract or lease is for and the nature of the debtor's interest     **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> Mike Arnst
> 3955 Kai Ct
> Helena, MT 59602

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.970. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Mike Dudash<br>Rapid City, SD 57701 |

| 2.971. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Mike DuFresne<br>5632 Phantom Creek Ave<br>Billings, MT 59106 |

| 2.972. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Mike Glunt<br>278 PASO LANE<br>STEVENSVILLE, MT 59870 |

| 2.973. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Mike Holliday<br>1420 Buffalo Trail<br>Molt, MT |

| 2.974. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Mike Jeffers<br>7616 Stonewood Ct.<br>Granite Bay, CA 95746 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.975. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Mike Jones |
| | List the contract number of any government contract | | 4626 Shadowglenn Drive Unit B Bozeman, MT 59718 |

| 2.976. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Mike Kautz |
| | List the contract number of any government contract | | PO Box 908 Bozeman, MT 59771 |

| 2.977. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Mike King |
| | List the contract number of any government contract | | P.O. BOX 160567 BIG SKY, MT 59716 |

| 2.978. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Mike Koski |
| | List the contract number of any government contract | | 4377 HWY 78 Columbus, MT 59019 |

| 2.979. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Mike Lantz |
| | List the contract number of any government contract | | 1060 Donegal Casper, WY 82609 |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.980. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mike Murphy Roofing**<br>**1900 Cherry Drive**<br>**Great Falls, MT 59404** |
| | List the contract number of any government contract | | |

| 2.981. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mike Peterson**<br>**219 Beaver Dr**<br>**Townsend, MT 59644** |
| | List the contract number of any government contract | | |

| 2.982. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mike Reynolds**<br>**22 Yerger Rd**<br>**Absarokee, MT 59001** |
| | List the contract number of any government contract | | |

| 2.983. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mike Roach**<br>**5539 York Road**<br>**Helena, MT 59602** |
| | List the contract number of any government contract | | |

| 2.984. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mike Schmidthuber**<br>**P.O. Box 484**<br>**Boulder, MT 59632** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.985. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mike Songer** |
| | List the contract number of any government contract | | **1302 Green Street** |
| | | | **Helena, MT 59602** |

| 2.986. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mike Taylor** |
| | List the contract number of any government contract | | **16 Penstemon Lane** |
| | | | **Park City, MT 59063** |

| 2.987. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mike Widdicombe** |
| | List the contract number of any government contract | | **2424 1st Ave South** |
| | | | **Billings, MT 59101** |

| 2.988. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Miles Hupka** |
| | List the contract number of any government contract | | **1767 North 2nd Road** |
| | | | **Huntley, MT 59037** |

| 2.989. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Milesnick Welding, Inc.** |
| | List the contract number of any government contract | | **149 Briar Place** |
| | | | **BELGRADE, MT 59714** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.990. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Milnes Companies**<br>**1831 State Route 848**<br>**Tunkhannock, PA 18657** |

| 2.991. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mineral Palace Hotel & Gaming**<br>**601 Main Street**<br>**Deadwood, SD 57783** |

| 2.992. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mirror Image, Inc.**<br>**2743 Sheepshank Dr.**<br>**Belgrade, MT 59714** |

| 2.993. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mission Electric**<br>**2626 9th Avenue North**<br>**Great Falls, MT 59401** |

| 2.994. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Missouri River Contractors**<br>**1500 Blaine**<br>**Helena, MT 59601** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.995. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **MK Archistructure, Inc** |
| | List the contract number of any government contract | | **13520 California St** **Valley, NE** |

| 2.996. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **MK Roofing** |
| | List the contract number of any government contract | | **1808 5th Street NW** **Great Falls, MT 59404** |

| 2.997. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **MLS Construction** |
| | List the contract number of any government contract | | **25 Vista Drive** **Billings, MT 59102** |

| 2.998. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Moab Construction** |
| | List the contract number of any government contract | | **PO Box 633** **Moab, UT 84532** |

| 2.999. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mobile Concrete** |
| | List the contract number of any government contract | | **606 Wyoming  Blvd SW** **Mills, WY 82644** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1000. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mona Phillips** |
| | List the contract number of any government contract | | **3861 Hwy 87** **Banner, WY 82832** |

| 2.1001. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Monja Griffin** |
| | List the contract number of any government contract | | **110 N. 3rd** **Bridger, MT 59014** |

| 2.1002. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Mono Slab EZ Form** |
| | List the contract number of any government contract | | **P.O. Box 371** **Island Park, ID 83429** |

| 2.1003. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Montana Boiler Service** |
| | List the contract number of any government contract | | **PO BOX 50429** **Billings, MT 59102** |

| 2.1004. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Montana Construction Works** |
| | List the contract number of any government contract | | **410 W Curtiss St** **Bozeman, MT 59715-4535** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1005.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Montana Levis Home Improvements**
**707 Hilldale**
**Helena, MT 59601**

---

**2.1006.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Montana Propane**
**3440 Centenial**
**Helena, MT 59601**

---

**2.1007.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Montana State University**
**1500 University Dr.**
**Billings, MT 59101**

---

**2.1008.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Montana State University Campus Stores**
**125 Strand Union Building**
**Bozeman, MT 59715**

---

**2.1009.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Montana Whitewater**
**Box 1552**
**Bozeman, MT 59771**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1010. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Monte Russell**<br>**Billings, MT 59101** |

| 2.1011. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Moon Construction**<br>**PO Box 1217**<br>**LAUREL, MT 59044** |

| 2.1012. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Morgan Builders, LLC**<br>**PO Box 11815**<br>**Bozeman, MT 59719** |

| 2.1013. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Morrison Custom Welding**<br>**1435 S Honeytown Rd**<br>**Wooster, OH 44691-8914** |

| 2.1014. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mountain Air Systems**<br>**6110 East Shadow Dr**<br>**Bozeman, MT 59715** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1015.** State what the contract or lease is for and the nature of the debtor's interest

　　**CUSTOMER SALE ORDER**

　　　State the term remaining

　　　List the contract number of any government contract

**Mountain Dove Construction, Co**
**10997 W Thompson rd**
**Coeur D Alene, ID 83814**

---

**2.1016.** State what the contract or lease is for and the nature of the debtor's interest

　　**CUSTOMER SALE ORDER**

　　　State the term remaining

　　　List the contract number of any government contract

**Mountain Lawn & Homes**
**Livingston, MT 59047**

---

**2.1017.** State what the contract or lease is for and the nature of the debtor's interest

　　**CUSTOMER SALE ORDER**

　　　State the term remaining

　　　List the contract number of any government contract

**Mountain Valley**
**56 Williams Road East**
**Gallatin Gateway, MT 59730**

---

**2.1018.** State what the contract or lease is for and the nature of the debtor's interest

　　**CUSTOMER SALE ORDER**

　　　State the term remaining

　　　List the contract number of any government contract

**Mountain View Painting**
**13250 Canyon Creek Road**
**Molt, MT 59057**

---

**2.1019.** State what the contract or lease is for and the nature of the debtor's interest

　　**CUSTOMER SALE ORDER**

　　　State the term remaining

　　　List the contract number of any government contract

**MountainWest Dairy Services**
**6820 Camp Creek RD**
**Manhattan, MT 59741**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1020. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **MSN & Associates, LLC**<br>**19 Green River Drive**<br>**PO Box 1713**<br>**Dubois, WY 82513** |
| | List the contract number of any government contract | | |

| 2.1021. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Murphy Landscaping**<br>**10 Figgins Circle**<br>**Laurel, MT 59044** |
| | List the contract number of any government contract | | |

| 2.1022. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **MYG Inc.**<br>**1 Jackson Creek RD**<br>**Clancy, MT 59634** |
| | List the contract number of any government contract | | |

| 2.1023. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Naert Construction, Inc-FAC**<br>**PO Box 269**<br>**Gallatin Gateway, MT 59730-0269** |
| | List the contract number of any government contract | | |

| 2.1024. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Nancy Nehs**<br>**505 Westwood Circle**<br>**Belgrade, MT 59714** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1025.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Nancy Petersen**
**744 Yellowstone Ave**
**Billings, MT 59101**

---

**2.1026.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Nancy Sims**
**127 Little Rock Road**
**Powell, WY 82435**

---

**2.1027.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Nasi Construction LLC**
**700 Granite Street**
**Hurley, WI 54534**

---

**2.1028.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Nate Halubka**
**1060 Forestvale**
**Helena, MT 59602**

---

**2.1029.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Nathan Broadbent**
**3765 sales road**
**Belgrade, MT 59714**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1030. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Nathan Shepard** |
| | List the contract number of any government contract | | **4365 Duck Creek Rd**<br>**Billings, MT 59101** |

| 2.1031. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Natures Creations** |
| | List the contract number of any government contract | | **14794 139th Pl**<br>**Piedmont, SD 57769-5015** |

| 2.1032. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Neal Fisher** |
| | List the contract number of any government contract | | **Shepard, MT 59079** |

| 2.1033. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Ned Johnerson** |
| | List the contract number of any government contract | | **4118 Palisades Park Dr**<br>**Billings, MT 59106** |

| 2.1034. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **NEST DESIGN** |
| | List the contract number of any government contract | | **510 9TH SUITE 206**<br>**Rapid City, SD 57701** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1035.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Newhall Studios**
**410 South 6th**
**Livingston, MT 59047**

---

**2.1036.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Newman Restoration and Cleaning**
**2450 Coonie Court**
**Billings, MT 59106**

---

**2.1037.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Nick Bright**
**1289 Rimini Rd**
**Helena, MT 59601**

---

**2.1038.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Nick Pancheau**
**2424 Sunrise Ave**
**Billings, MT 59101**

---

**2.1039.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Nick Pipinich**
**7285 Belmont Drive**
**Marysville, MT 59640**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1040.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Nickol, Kristian**
**1519 Mustang Valley Drive**
**Billings, MT 59105**

---

**2.1041.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Noah Bollom**
**28 Sunrise Road**
**Cody, WY 82414**

---

**2.1042.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Noise Water Group**
**404 West Olive**
**Bozeman, MT 59715**

---

**2.1043.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Nolan Conway**
**102 Loring Road**
**Cut Bank, MT 59427**

---

**2.1044.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Nona Waddington**
**133 Sayle Rd**
**Otter, MT 59062**

Debtor 1    **BRIDGER STEEL, INC.**
  First Name    Middle Name    Last Name

Case number *(if known)* **2:23-bk-20019**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1045.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Nordesign**
**321 S 8TH Ave**
**Bozeman, MT 59715-4464**

---

**2.1046.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Norsemen Construction**
**512 West Front Ave**
**Joliet, MT 59041**

---

**2.1047.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**North Country Construction**
**7 Grandview Loop**
**Townsend, MT 59644**

---

**2.1048.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Northern Cheyenne Tribal Housing**
**P.O.Box 327**
**Lame Deer, MT 59043**

---

**2.1049.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Northern Lights Roofing**
**1015 5Th Street**
**Havre, MT 59501**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1050.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

     State the term remaining

     List the contract number of any government contract

Northern Lites Co.
28878 124th St
Mobridge, SD 57601

---

**2.1051.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

     State the term remaining

     List the contract number of any government contract

Northern States Construction
517 Roundhouse Rd
Laurel, MT 59044

---

**2.1052.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

     State the term remaining

     List the contract number of any government contract

NW Landmark LLC
2506 N. East 1 44th Ave.
Portland, OR 97230

---

**2.1053.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

     State the term remaining

     List the contract number of any government contract

Old Elk Ranch
200 Table Mountain rd
Tie Siding, WY 82084

---

**2.1054.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

     State the term remaining

     List the contract number of any government contract

On the River Construction
PO BOX 353
Clayton, NY 13624

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1055.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Ondrus, Patrick
PO Box 480
Gardiner, MT 59030-0480

---

**2.1056.** State what the contract or lease is for and the nature of the debtor's interest

ACCOUNTING SOFTWARE AND ERP

State the term remaining

List the contract number of any government contract

ORACLE NETSUITE
500 ORACLE PARKWAY
REDWOOD SHORES, CA 94065

---

**2.1057.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Otto Banks
10002 Victoria Pl.
Jamestown, CA 95327

---

**2.1058.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Over the Top Roofing
PO Box 4586
Butte, MT 59702

---

**2.1059.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Overlease Construction
PO Box 11296
Bozeman, MT 59719

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1060.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**P R G Group, LLC**
**PO Box 161427**
**Big Sky, MT 59716**

---

**2.1061.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Pam Gabel**
**HUNTLEY, MT 59037**

---

**2.1062.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Pam Halliday**
**220 Falls Rd**
**Pasco, WA 99301**

---

**2.1063.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Pam Thatcher**
**491 Cemetary Rd**
**Park City, MT 59063**

---

**2.1064.** State what the contract or lease is for and the nature of the debtor's interest

    **SUBLEASE AGREEMENT OF 605 E. WILLOW STREET, SIOUX FALLS, SD 57005**

    State the term remaining

    List the contract number of any government contract

**PARADIGM LUMBER, LLC**
**2401 WEST TREVI**
**SUITE 200**
**SIOUX FALLS, SD 57708**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1065.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Pat Kneedler**
**34 Old Alhambra Rd**
**Clancy, MT 59634**

---

**2.1066.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Pat Krogstad**
**8098 Gouch Hill Road**
**Bozeman, MT 59718**

---

**2.1067.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Patrick Bishop**
**Bozeman, MT 59718**

---

**2.1068.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Patrick Calkin**
**101 Diamond Basin Road**
**Cody, WY 82414**

---

**2.1069.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Patrick Griffiths**
**1244 NW Albany Ave**
**Bend, OR 97703**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1070.** State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
| State the term remaining | |
| List the contract number of any government contract | **Patrick Johnson**<br>**1271 Sawbuck Pl.**<br>**Helena, MT 59602** |
| **2.1071.** State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
| State the term remaining | |
| List the contract number of any government contract | **Patrick Kleffner**<br>**204 Riverview Drive East**<br>**Great Falls, MT 59404** |
| **2.1072.** State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
| State the term remaining | |
| List the contract number of any government contract | **Patrick Zweifel**<br>**9455 Kilchis River Road**<br>**Tillamook, OR 97141** |
| **2.1073.** State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
| State the term remaining | |
| List the contract number of any government contract | **PAUL Armstrong**<br>**285 Lost Trail Rd**<br>**Townsend, MT 59644** |
| **2.1074.** State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
| State the term remaining | |
| List the contract number of any government contract | **Paul Baumann**<br>**1129 Hunter Road**<br>**Helena, MT 59602** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1075.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Paul Beavers**
**926 Comanche Ridge**
**Round Mountain, TX 78663**

---

**2.1076.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Paul Brown**
**378 Wagner Ln**
**Kalispell, MT 59901**

---

**2.1077.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Paul Brown**
**224 Clark Ave**
**Billings, MT 59101**

---

**2.1078.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Paul Goold**
**120 West Magnolia**
**Belgrade, MT 59714**

---

**2.1079.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Paul Hansen Construction**
**26 Big Sky Road**
**Cody, WY 82414**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1080.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Paul Hinderager**
**31 14th Lane NE**
**Fairfield, MT 59487**

---

**2.1081.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Paul Montoya**

---

**2.1082.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Paul Wagner**
**300 Morgan Creek Ln**
**Bozeman, MT 59718**

---

**2.1083.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Peak 15**
**PO Box 10502**
**Bozeman, MT 59719**

---

**2.1084.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Peakline Construction Ltd.**
**117 Grotto Terrace**
**Canmore, AB T1W 1H1**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1085.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Peakview Roofing**
**2260 Waynoka Road**
**Colorado Springs, CO 80915**

---

**2.1086.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Peregrine Partnership LLC**
**PO Box 2448**
**Cody, WY 82414**

---

**2.1087.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Perfect 10 Roofing**
**224 S 24TH St**
**Billings, MT 59101-4321**

---

**2.1088.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Perreault Chiropractic & Acupuncture**
**991 470th Street**
**Stanchfield, MN 55080**

---

**2.1089.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Perry Wegner**
**520 West King St**
**Spearfish, SD 57783**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1090.** State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
| State the term remaining | **Pete Pleban**<br>**P.O. Box 83**<br>**1 Streamside Drive**<br>**Wapiti, WY 82450** |
| List the contract number of any government contract | |
| **2.1091.** State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
| State the term remaining | **Peter Mark**<br>**#5 5th Ave SE**<br>**Cut Bank, MT 59427** |
| List the contract number of any government contract | |
| **2.1092.** State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
| State the term remaining | **Petra Construction**<br>**607  Golden West Drive**<br>**Belgrade, MT 59714** |
| List the contract number of any government contract | |
| **2.1093.** State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
| State the term remaining | **Pfeiffer Ranch**<br>**461 Fisher Cr. Rd.**<br>**Musselshell, MT 59059** |
| List the contract number of any government contract | |
| **2.1094.** State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
| State the term remaining | **Phil Hageman**<br>**607 8th Avenue**<br>**Laurel, MT 59044** |
| List the contract number of any government contract | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1095. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Phil Hammond<br>20 Penstemon Ln<br>Park City, MT 59063 |

| 2.1096. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Philip Anderson<br>PO Box 277<br>Lincoln, MT 59639 |

| 2.1097. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Phipps Construction<br>Box 334<br>702 Leavitt Ave<br>Jordan, MT 59337 |

| 2.1098. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Pierce  Builders of  Montana<br>1424 Dodge Avenue<br>Helena, MT 59601 |

| 2.1099. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Pinke Lumber<br>1841 Hancock Dr<br>Wishek, ND 58495 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1100.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Piragis Northwoods Co, Inc**
**105 N Central Ave**
**ELY, MN 55731**

---

**2.1101.** State what the contract or lease is for and the nature of the debtor's interest

**POSTAGE MACHINE**

State the term remaining

List the contract number of any government contract

**PITNEY BOWES**
**3001 Summer Street**
**Stamford, CT 06831**

---

**2.1102.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Plan LLC**
**1502 Beck Ave**
**Cody, MT 82414**

---

**2.1103.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Plant Services Inc.**
**2122 North 9th Road**
**Worden, MT**

---

**2.1104.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Pope Construction, Inc. FAC**
**P.O. Box 536**
**Mills, WY 82644**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1105.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Post Frame Specialists**
**4900 Laurel Road**
**Billings, MT 59101**

---

**2.1106.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Prairie Wolf Construction**
**828 Red Top Ln**
**Helena   59602**

---

**2.1107.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Pratt Enterprises Inc**
**58 Bell Rd**
**Roberts, MT 59070**

---

**2.1108.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Precision Roofing & Construction-FAC**
**PO Box 2292**
**Livingston, MT 59047**

---

**2.1109.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Presidential Hospitality**
**PO Box 649**
**Keystone, SD 57751**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1110.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Pride Builders**
**75 Spring Valley Dr**
**Lander, WY 82520**

---

**2.1111.** State what the contract or lease is for and the nature of the debtor's interest

**LIFE INSURANCE**

State the term remaining

List the contract number of any government contract

**PRINCIPAL LIFE GROUP**
**P.O. BOX 77202**
**MINNEAPOLIS, MN 55480-7200**

---

**2.1112.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Property Services Plus**
**5180 Jackrabbit Lane**
**Belgrade, MT 57914**

---

**2.1113.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Providence Roofing**
**P.O. Box 1529**
**Rapid City, SD 57709**

---

**2.1114.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Pryor Creek Cuisine**
**7420 US Hwy 87 East**
**Pryor, MT 59101**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1115.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Pukall Lumber Company**
**10894 Highway 70 E**
**Arbor Vitae, WI 54568-9705**

---

**2.1116.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Q Blair**
**1701 Sheridan Ave**
**Cody, WY 82414**

---

**2.1117.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Quality Construction Of Helena**
**108 Sawmill Rd.**
**Clancy, MT 59634**

---

**2.1118.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Quanah Magpie**
**PO 211**
**Lame Deer, MT 59043**

---

**2.1119.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Queen City Home Builders**
**PO Box 1907**
**East Helena, MT 59635**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1120.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**R & B Builders -FAC**
**840 Hwy 89 North**
**Livingston, MT 59047**

---

**2.1121.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**R&G Services**
**Newcastle, WY 82701**

---

**2.1122.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**R&R Roofing**
**2922 1/2 Upper Highwood Dr**
**Billings, MT 59102**

---

**2.1123.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Rad Roofing Inc.**
**1608 S. Chesnut**
**Casper, WY 82601**

---

**2.1124.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ralph Dixon**
**113 Meadowlark Trail**
**Jefferson City, MT 59638**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1125.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Ramey Construction**
**5930 North Freya**
**Spokane, WA 99217**

---

**2.1126.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Randall Reeve**
**248 2nd. Ave. SE**
**Dutton, MT 59433**

---

**2.1127.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Randy Mostad**
**5801 Ironwood Dr**
**Billings, MT 59106**

---

**2.1128.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Randy Reece**
**1612 S. Thurmond**
**Sheridan, WY 82801**

---

**2.1129.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Raquel Walter**
**410 10th Ave SW**
**Sidney, MT 59270**

---



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1130.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

Raschke Management Co Inc
7227 US Hwy 12 E
Martinsdale, MT 59053

---

**2.1131.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

Rawhide Meats
PO Box 451
White Sulphur Springs, MT 59645

---

**2.1132.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

Ray Gullion
1565 Jims Path
Worland, WY 82401

---

**2.1133.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

Ray Retzlaff
6227 270Th Lane
Gordan, NE 69343

---

**2.1134.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

Ray Sheldon
P.O. Box 155
Huntley, MT 59037

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1135. State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ready Construction**
**249 Viceroy**
**Billings, MT 59101**

---

2.1136. State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Red Rock Golf Club LLC**
**6520 Birkdale Dr**
**Rapid City, SD 57702**

---

2.1137. State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Red Rock Homes**
**2087 N Vizcaya Place**
**Eagle, ID 83616**

---

2.1138. State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Reddi Electric**
**1045 Central Ave**
**Billings, MT 59102**

---

2.1139. State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Reece Price**
**PO Box 365**
**Avon, MT 59713**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1140.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Reed Fossum**
**PO Box 1315**
**Spearfish, SD 57783**

---

**2.1141.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Reliabuild Home Improvements**
**42500 Testament Creek Rd.**
**Beaver, OR 97108**

---

**2.1142.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Renee Bickerstaff**

---

**2.1143.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Reno Built**
**2508 S 64 St W**
**Billings, MT 59106**

---

**2.1144.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Residence Physician**
**8305 Green Meadow Drive**
**Helena, MT 59602**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1145.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Rex Feller**
**52 Barnett Lane**
**Bozeman, MT 59715**

---

**2.1146.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Reynolds Custom Construction**
**6877 Copper Ridge Loop**
**Billings, MT 59106**

---

**2.1147.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Ric Kallaher**
**99 Bryan Rd**
**Montauk, NY 11954**

---

**2.1148.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Richard Bowen**
**8755 Long Meadow Dr**
**Billings, MT 59106**

---

**2.1149.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Richard Kubik**
**64230 Gallatin Road**
**Gallatin Gateway, MT 59730**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1150.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Richard Neve**
**1834 S 56th St W**
**Billings, MT 59106**

---

**2.1151.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Richard W Salyers**
**233 E Saint Charles St.**
**Rapid City, SD 57701**

---

**2.1152.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Richard Whitford**
**#4 Pine St  S.**
**Reed Point., MT 59069**

---

**2.1153.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Rick Downey**
**7124 Elk Creek Rd**
**Piedmont, SD 57769**

---

**2.1154.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Rick Dvorak**
**1122 1/2 8th Street West**
**Billings, MT 59101**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1155.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Rick Grush
87 Metta Lane
Durnago, CO 81301

---

**2.1156.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Rick Hume
2201 Henderson St.
Helena, MT 59601

---

**2.1157.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Rick Mari
705 Circle F Trail
Bozeman, MT

---

**2.1158.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Rick Mari

---

**2.1159.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Rick Pruett
4533 Orchard Bench Road
Basin, WY 82410

---



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1160.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Rick Zaik**
**2412 Bluebell Ave**
**Bozeman, MT 59718**

---

**2.1161.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ricky Gonzales**
**398 Pine Lodge Road**
**Capitan, NM 88316**

---

**2.1162.** State what the contract or lease is for and the nature of the debtor's interest — **COMMERCIAL LEASE OF 2110 OVERLAND AVENUE, BILLINGS, MONTANA**

State the term remaining

List the contract number of any government contract

**RIGLER RANCH PARTNERSHIP**
**3302 4TH AVENUE NORTH**
**STE. 125**
**BILLINGS, MT 59101**

---

**2.1163.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Rita Hebert**
**463 Big Leaf Rd**
**Iota, LA 70543-3519**

---

**2.1164.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**River Side Cabins**
**46 12th St**
**Vaughn, MT 59487**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1165.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Roaring Fork Construction**
**4705 Georgina Drive**
**Billings, MT 59106**

---

**2.1166.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Rob Cook**
**Billings, MT 59101**

---

**2.1167.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**ROB Stermitz**
**416 Cinnabar Road**
**Gardiner, MT 59030**

---

**2.1168.** State what the contract or lease is for and the nature of the debtor's interest

COMMERICAL LEASE OF 8000 BLACK HAWK RD, UNIT 4, BLACK HAWK, SD 57718

State the term remaining

List the contract number of any government contract

**ROBERT AND BARBARA STEELE**
**P.O. BOX 269**
**BLACK HAWK, SD 57718-0269**

---

**2.1169.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Robert B Scott**
**3773 Juliet Dr.**
**helena, MT 59602**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1170. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Robert Charlton** |
| | List the contract number of any government contract | | **271 Thomas Ct**<br>**Helena, MT 59602** |

| 2.1171. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Robert Davis** |
| | List the contract number of any government contract | | **Ulm, MT 59485** |

| 2.1172. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Robert Dunn** |
| | List the contract number of any government contract | | **6305 Terra Vista Drive**<br>**Billings, MT 59106** |

| 2.1173. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Robert Garrott** |
| | List the contract number of any government contract | | **1310 South Rouse Ave**<br>**Bozeman, MT 59715** |

| 2.1174. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Robert Jordan** |
| | List the contract number of any government contract | | **PO Box 1453**<br>**Browning, MT** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1175. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Robert L Weber |
| | List the contract number of any government contract | | po box 1514 Rawlins, WY 82301 |

| 2.1176. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Robert Morley |
| | List the contract number of any government contract | | 117 South 36th Street Billings, MT 59101 |

| 2.1177. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Robert Thomas |
| | List the contract number of any government contract | | 147 West Bench Road Roberts, MT 59070 |

| 2.1178. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Robert Townsend |
| | List the contract number of any government contract | | 8445 Wild Horse Acton, MT 59002 |

| 2.1179. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Rockport Colony |
| | List the contract number of any government contract | | PO Box 100 Pendroy, MT 59467 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1180.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Rocky Mountain Cycle and Small Engine Re**
**410 N Miles**
**Livingston, MT 59047**

---

**2.1181.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Rocky Mountain Roofing**
**2309 Wilder**
**Helena, MT 59602**

---

**2.1182.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Rocky Mountain Window Distributors**
**PO Box 965**
**Glenrock, WY 82637**

---

**2.1183.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Rod Zullo**
**238 Great Escape Rd**
**Wilsall, MT 59086**

---

**2.1184.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Rodney Bentle**
**215 Cowchip Road**
**Belgrade, MT 59714**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1185. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Roger Anderson** |
| | List the contract number of any government contract | | **336 Stamp Mill Rd** **Townsend, MT 59644** |

| 2.1186. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Roger Haas** |
| | List the contract number of any government contract | | **PO Box 113** **Hingham, MT 59528** |

| 2.1187. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Roger Knapstad** |
| | List the contract number of any government contract | | **3000 Villard #193** **Helena, MT 59601** |

| 2.1188. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Roger Stradley** |
| | List the contract number of any government contract | | **5835 Spaulding Bridge Rd** **Belgrade, MT 59714** |

| 2.1189. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Rolo Construction Inc** |
| | List the contract number of any government contract | | **3915 Chapparal Drive** **Helena, MT 59602** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1190.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Ron Dare
5236  East Coralite
Long Beach, CA 90808

---

**2.1191.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Ron Hoffman
1450 Owl Creek Road
Thermopolis, WY 82443

---

**2.1192.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Ron Hundtofte
2727 hIghwood dr
Billings, MT 59102

---

**2.1193.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Ron Kotrba
36557 160th Street NE
Goodridge, MN 56725

---

**2.1194.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Ron Mupo
2643 NE 129th
Ridgefield, WA 98642

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1195. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **RON O'Donnell**<br>**6119 Johanns Meadow**<br>**Billings, MT 59101** |

| 2.1196. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ron Swinyer**<br>**19 Mistymood Lane**<br>**Sheridan, WY** |

| 2.1197. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ron Yenny**<br>**2250 Basin Street SW**<br>**Ethrata, WA 98823** |

| 2.1198. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ron Zeiler**<br>**Billings, MT 59101** |

| 2.1199. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ronda Wiggers**<br>**3208 2nd Ave So**<br>**Great Falls, MT 59405** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1200. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Ronnie Harned** |
| | List the contract number of any government contract | | **6797 Wildcat Rd** |

| 2.1201. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Roof Solutions** |
| | List the contract number of any government contract | | **4605 Simpson Street** **Billings, MT 59101** |

| 2.1202. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Roofing Pro Plus** |
| | List the contract number of any government contract | | **5010 Hwy 16  #2** **Newcastle, WY 82701** |

| 2.1203. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Roofline Supply & Delivery** |
| | List the contract number of any government contract | | **5759 Crater Lake Hwy** **Central Point, OR 97502** |

| 2.1204. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Rosekelly, Fransen Masonry** |
| | List the contract number of any government contract | | **5032 Leawood Dr** **Billings, MT 59105** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1205.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ross Hartman**
**2791 Butch Cassidy**
**Bozeman, MT 59718**

---

**2.1206.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ross Waples**
**4246 Marian Circle**
**Billings, MT 59101**

---

**2.1207.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Roy Zepeda**
**6 Christopher Ct**
**Three Forks, MT 59752**

---

**2.1208.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**RS Bearrow Construction**
**701 Arrow Trail**
**Bozeman, MT 59718**

---

**2.1209.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**RUBY Construction**
**2707 Mountt Rushmore Road**
**Rapid City, SD 57701**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1210. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Ruby Creek Builders - FAC** |
| | List the contract number of any government contract | | **11954 Custer Limestone Rd**<br>**Custer, SD 57730** |

| 2.1211. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Rudi Birgenheier** |
| | List the contract number of any government contract | | **PO Box 3**<br>**High Wood, MT 59450** |

| 2.1212. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Rudy Prochnau** |
| | List the contract number of any government contract | | **74333 Gallatin rd**<br>**Gallatin Gateway, MT 59730** |

| 2.1213. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Ruff Kutt Kustomz** |
| | List the contract number of any government contract | | **1352 W. Ormsby Rd**<br>**Casper, WY 82601** |

| 2.1214. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Russ Bartels** |
| | List the contract number of any government contract | | **2624 NE Going Street**<br>**Portland, OR 97211** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1215.** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Russ Clark**
**4808 Secret Valley Dr**
**Billings, MT 59101**

---

**2.1216.** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Russel Trueblood**
**705 E Dakota Ave**
**Hayden, ID 83835-9231**

---

**2.1217.** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Russell & Jordan Jackson**
**2809 Highway 120**
**Cody, WY 82414**

---

**2.1218.** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Russell Hone**
**3634 Duck Club Rd**
**Billings, MT 59105**

---

**2.1219.** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

**Ryan Baker**
**1415 S 32nd St West**
**Billings, MT 59102**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1220. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryan Boer<br>1917 West Hill Place<br>Great Falls, MT 59404 |

| 2.1221. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryan Cain<br>2506 Chokecherry Circle<br>Spearfish, SD 57783 |

| 2.1222. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryan Davis<br>23509 Tahoe Tr.<br>Montgomery, TX 77316 |

| 2.1223. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryan Grim<br>2641 Buffalo Horn Drive<br>Laurel, MT 59044 |

| 2.1224. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ryan Johnson<br>97 Shepard Trail #12<br>Bozeman, MT 59718 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1225. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ryan Wildermuth**<br>**Newcastle, WY 82701** |

| 2.1226. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ryan Woods**<br>**65 Mulel Deer Trail**<br>**Miles City, MT 59301** |

| 2.1227. | State what the contract or lease is for and the nature of the debtor's interest | **SELECTCARE PREVENTIVE MAINTENANCE** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **RYDER SELECT CARE**<br>**LOCKBOX FILE 056347**<br>**LOS ANGELES, CA 90074-6347** |

| 2.1228. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **S P C**<br>**611 Cut Off Road**<br>**Twin Bridges, MT 59754** |

| 2.1229. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **S.N.E.W. Construction**<br>**P.O. Box 1107**<br>**Rapid City, SD 57709** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1230. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Saltzman's Fleet & Street** |
| | List the contract number of any government contract | | **7689 Highway 287** **Townsend, MT** |

| 2.1231. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Sam Friedman** |
| | List the contract number of any government contract | | **54561 Hawkeye Rd.** **Yucca Valley, CA 92284** |

| 2.1232. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Samuel Garber** |
| | List the contract number of any government contract | | **9107 Coletown Lightsville Road** **9107 Coletown Lightsville Road** **Union City, OH 45390** |

| 2.1233. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Samuel S Thompson** |
| | List the contract number of any government contract | | **712 East Aspen Street** **Bozeman, MT 59715** |

| 2.1234. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **San Isidore And Company** |
| | List the contract number of any government contract | | **2858 S 37th Rd** **Pompeys Pillar, MT 59064** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1235.** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Sand Crane L.L.C.
111 Forest Service Road 552
Creede, CO 81130

---

**2.1236.** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Sandra Coutley
Cody, WY 82414

---

**2.1237.** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Sara Reintsma
325 Delta Circle
Billings, MT 59102

---

**2.1238.** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Sarah Kolbe
485 Mottsville Ln
Gardnerville, NV 89460

---

**2.1239.** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Sarge's Handyman Service
3602 Howard Rd East
Helena, MT 59602

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1240. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Saundra Weaver**<br>**5300 U St.**<br>**Washougal, WA 98671** |

| 2.1241. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Saw Industries**<br>**PO Box 82**<br>**Black Eagle, MT 59414** |

| 2.1242. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Schreder Construction**<br>**12 Alderson Ave**<br>**Billings, MT 59101** |

| 2.1243. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Schrock Commercial Roofing, Inc - FAC**<br>**1353 Hwy 93 North**<br>**Victor, MT 59875** |

| 2.1244. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Scott Arnson**<br>**1010 1St Ave E**<br>**Williston, ND 58801** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1245.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

**Scott Bisaro**
**1450 Deer Meadow Drive**
**Helena, MT 59601**

---

**2.1246.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

**Scott Hicks**
**Lot 62 - Spain Bridge Meadows Subdivision**
**Belgrade, MT 59714**

---

**2.1247.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

**Scott Idler**
**6505 SE Caesar E Chavez Blvd**
**Portland, OR 97202**

---

**2.1248.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

**Scott Jess**
**PO Box 751**
**Columbus, MT 59019**

---

**2.1249.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

**Scott L Barger**
**865 Calle Yucca**
**Thousand Oaks, CA 91360**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1250.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Scott McGeary
800 Five Peaks Dr
Kalama
Kalama, WA 98625

**2.1251.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Scott Miley Roofing
1760 Lear Ln
Hailey, IN 83333

**2.1252.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Scott Traucht
201 Tom Miner Creek Road
Emigrant, MT 59027

**2.1253.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Scott Weidner
92-11Th St.
Belgrade, MT 59715

**2.1254.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Sean Guess
907 W. Annie St
Austin, TX 78704



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1255. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Selkirk Construction**<br>**10157 N Taryne St**<br>**Hayden, ID 83835** |

| 2.1256. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sexton Construction Group FAC**<br>**1602 Harris Court**<br>**Helena, MT 59601** |

| 2.1257. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shamrock Carpentry**<br>**90 W Madison St E#375**<br>**Belgrade, MT 59714** |

| 2.1258. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shane Quimby**<br>**Gardiner, MT 59030** |

| 2.1259. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sharon Hansen**<br>**Rapid City, SD 57702** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1260. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Sharon Small** |
| | List the contract number of any government contract | | **P.O. Box 405**<br>**Lame Deer, MT 59003** |

| 2.1261. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Shawn Nedens** |
| | List the contract number of any government contract | | **1496 Peritsa Creek Road**<br>**Hardin, MT 59034** |

| 2.1262. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Shawn Svrta** |
| | List the contract number of any government contract | | **3094 Dunmore Rd S.E.**<br>**, MT T1B2X2** |

| 2.1263. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Shawna Brown** |
| | List the contract number of any government contract | | **3 Night Tim**<br>**Red Lodge, MT 59068** |

| 2.1264. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Sheet Metal Specialties** |
| | List the contract number of any government contract | | **1220 E. Yellowstone**<br>**Casper, WY 82601** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1265.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Sheila Walsh**
**5719 Bear Gulch Rd**
**Dodson, MT 59524**

---

**2.1266.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Shelly Cary**
**4027 Crandle Rd**
**Cody, WY 82414**

---

**2.1267.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Shelter Solutions**
**1005 Antimony**
**Butte, MT 59701**

---

**2.1268.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Shields Valley Builders**
**PO Box 261**
**Clyde Park, MT 59018**

---

**2.1269.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Shoni Townsend**
**PO Box 412**
**White Sulphur Springs, MT 59645**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1270.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Shroyer Construction -FAC
46 Moon Shadow Dr
Bozeman, MT 59715-7504

**2.1271.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Sibanye-Stillwater FAC
PO Box 1330
Columbus, MT 59019-1330

**2.1272.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

SID Aschiem
Po Box 501
Sunburst, MT 59482

**2.1273.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Sierra Sustainable Builders, Inc.
PO BOX 17514
South Lake Tahoe, CA 96150

**2.1274.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Sievert Construction-FAC
573 West Hubert Road
Bozeman, MT 59718

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1275. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Sign Products** |
| | List the contract number of any government contract | | **P.O. Box 20955** **Billings, MT 59104** |

| 2.1276. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Silver Creek Custom Homes** |
| | List the contract number of any government contract | | **248 Meadowbrook Pl.** **Pagosa Springs, CO 81147** |

| 2.1277. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Silvertip Construction and Remodel** |
| | List the contract number of any government contract | | **30 Starhaven Drive** **Absorkee, MT 59001** |

| 2.1278. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Simon Contractors, Inc.** |
| | List the contract number of any government contract | | **3720 Sturgis Road** **Rapid City, SD 57702** |

| 2.1279. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Sloan Hayes** |
| | List the contract number of any government contract | | **502 N Brewer** **Vinita, OK 74301** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1280.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Small Construction**
**PO Box 209**
**Busby, MT 59016**

---

**2.1281.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**SMCD Ltd.**
**PO Box 772268**
**Steamboat Springs, CO 80487**

---

**2.1282.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Smoke 2o LLC**
**507 Ellery Ave**
**PO Box 74**
**Fairview, MT 59221**

---

**2.1283.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Smokey Neill**
**497 Countryman Cr Rd**
**Columbus, MT 59019**

---

**2.1284.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Snapdragon Contracting**
**150 South Old Place**
**Belgrade, MT 59714**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1285.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Snowy Creek Builders**
**PO Box 687**
**Townsend, MT 59644**

---

**2.1286.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Snowy Mountain Home Renovations**
**4616 Stone Street**
**Billings, MT 59101**

---

**2.1287.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Sore Thumb**
**896 West Bacall Street**
**Meridian, ID 83646**

---

**2.1288.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Sorenson Construction**
**P.O. Box 33**
**Belfry, MT 59008**

---

**2.1289.** State what the contract or lease is for and the nature of the debtor's interest

**LEASE AGREEMENT FOR PROPERTY LOCATED AT 605 E. WILLOW STREET, SIOUX FALLS, SD 57005**

State the term remaining

List the contract number of any government contract

**SOUTH DAKOTA INVESTEMENT ENTERPRISES, LLC**
**26280 S. MCHARDY RD**
**BRANDON, SD 57005**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1290.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Spencer Construction
Box 10
Roscoe, MT 59071**

---

**2.1291.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Sphinx Mountain Custom Builders, LLC
102 Diamond Back Rd
Ennis, MT 59729**

---

**2.1292.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**St. Peter's Health
2475 E Broadway
Helena, MT 59601**

---

**2.1293.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Stan Galicki
908 Madison Street
Jackson, MI 39202**

---

**2.1294.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Stan Reed
20132 Cheetah Lane
Estero, FL 33928**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1295. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Stanley Melville** |
| | List the contract number of any government contract | | **Route 1 PO Box 1257**<br>**Hardin, MT 59034** |

| 2.1296. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Steadfast Builders** |
| | List the contract number of any government contract | | **1215 Princeton Avenue**<br>**Billings, MT 59102** |

| 2.1297. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Steckel, Powell** |
| | List the contract number of any government contract | | **1217 6Th St N**<br>**Havre, MT 59501** |

| 2.1298. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Steenco** |
| | List the contract number of any government contract | | **Malta, MT 59538** |

| 2.1299. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Steinfeldt Construction** |
| | List the contract number of any government contract | | **30 Overland Trl**<br>**Reed Point, MT 59069-8062** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1300. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Stephen Dickerson**<br>**812 Cherry Creek Rd**<br>**Forsyth, MT 59327** |
| | List the contract number of any government contract | | |

| 2.1301. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Stephen Harp**<br>**12954 Flesher Acres Rd**<br>**Canyon Creek, MT 59633** |
| | List the contract number of any government contract | | |

| 2.1302. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Stephen Walters**<br>**1806 11th Avenue**<br>**Helena, MT 59601** |
| | List the contract number of any government contract | | |

| 2.1303. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Stephen, Ryan**<br>**2222 Fancher Road**<br>**Mt Pleasant, WI 53406** |
| | List the contract number of any government contract | | |

| 2.1304. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | **Sternhagen Services**<br>**346 Mountain View Drive**<br>**Lead, SD 57754** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1305.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Steve Baillie
5305 Burlington Ave
Billings, MT 59106

---

**2.1306.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Steve Bartle
PO Box 235
Jefferson City, MT 59638

---

**2.1307.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Steve Carmichael
PO Box 370
Deadwood, SD 57732

---

**2.1308.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Steve Gay
117 S. Wallace Ave
Bozeman, MT 59715

---

**2.1309.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Steve Harkless
279 East Airport Road
Billings, MT 59105

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1310.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Steve Jacobson
1575 Hillcrest Dr
Sheridan, WY 82801

---

**2.1311.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Steve Jaderston
840 N Spruce #84
Rapid City, SD 57701

---

**2.1312.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Steve Kirkhart
624 Alice Drive
Great Falls, MT 59405

---

**2.1313.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Steve Kovachevich
1659 PARK DRIVE
RAWLINS, WY 82301

---

**2.1314.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Steve Mayo
3661 Farm Hill Blvd
Redwood City, CA 94061

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1315.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

Steve Mckeever
2416 24th Grand Ave
Billings, MT 59109

---

**2.1316.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

Steve Pitsch
PO Box 1351
Big Timber, MT 59011

---

**2.1317.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

Steve Simms
PO Box 1265
Lyons, CO 80540

---

**2.1318.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

Steve Sonntag
Box 822
Lame Deer, MT 59043

---

**2.1319.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

STEVE Ward
269 County Rd 6RT
Cody, WY 82414

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1320.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Steve Wenrich
854 Silverdollar Circle
Billings, MT 59105**

**2.1321.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Steve Yochum
169 Nixon Street
Genoa, NV 89411**

**2.1322.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Steven Hinrichs
217 Hwy 212
Cooke City, MT 59020**

**2.1323.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Steven Pinsky
226 High Street
Calistoga, CA 94515**

**2.1324.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Stewart Construction
PO Box 487
Belgrade, MT 59714**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1325.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

     State the term remaining

     List the contract number of any government contract

**Stewart Construction & Remodeling**
**PO Box 59**
**Joliet, MT 59041**

---

**2.1326.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

     State the term remaining

     List the contract number of any government contract

**Stillwater Raingutter**
**11 Montana Ave**
**Boyd, MT 59013**

---

**2.1327.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

     State the term remaining

     List the contract number of any government contract

**Stillwater Transport**
**86 Gateway Drive**
**Columbus, MT 59019**

---

**2.1328.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

     State the term remaining

     List the contract number of any government contract

**Stone Werx**
**140 Madison River Rd**
**Three Forks, MT 59752**

---

**2.1329.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

     State the term remaining

     List the contract number of any government contract

**Stonebrook Exteriors**
**821 Manchester Circle**
**Lincoln, NE 68507**

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1330.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

**Stonefield Construction
770 US Hwy 71 N
Willmar, MN 56201**

---

**2.1331.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

**Stout Building Contractors, LLC
1380 West 50 South
Venterville, UT 84014**

---

**2.1332.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

**Strahl Construction
1558  AMSTERDAM
Clyde Park, MT 59018-0260**

---

**2.1333.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

**Strom's Triple T
5000 Small Wood Court
Helena, MT 59601**

---

**2.1334.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

CUSTOMER SALE ORDER

**Summit Construction
Worland, WY 82401**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1335.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Sunlight Carpentry**
**PO Box 4169**
**Bozeman, MT 59772**

---

**2.1336.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Superior Siding**
**4240 Canyon Lake Dr.**
**Rapid City, SD 57702**

---

**2.1337.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Superstar Energy Services**
**45 24th Street E**
**Dickinson, ND 58601**

---

**2.1338.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Surprise Creek Colony**
**Box 310**
**Stanford, MT 59479**

---

**2.1339.** State what the contract or lease is for and the nature of the debtor's interest    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Susan Hovde**
**PO BOX 1514**
**Red Lodge, MT 59068**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1340.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Susan Thomas**

---

**2.1341.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Suzanne Shelhamer**
**380 US HWY 20 S**
**Basin, WY 82410**

---

**2.1342.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Sweet Water Custom**
**107 Moonbeam Lane**
**Belgrade, MT 59714**

---

**2.1343.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Syndicate Homes**
**290 Pronghorn Trail St #5**
**Bozeman, MT 59718**

---

**2.1344.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**T A Ranch**
**28623 old Hwy. 87**
**Buffalo, WY 82834**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1345.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**T N T Flooring**
**693 North River Rock**
**Belgrade, MT 59714**

---

**2.1346.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Tad Rosenlund**
**679 Decker Rd**
**Sheridan, WY 82801**

---

**2.1347.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Tag Construction**
**300 Wickes**
**Jefferson City, MT 59638**

---

**2.1348.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Talon Construction**
**PO Box 981**
**Lame Deer, MT 59043**

---

**2.1349.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Tammy McGuire**
**201 N. Schuyler**
**Opportunity, MT 59711**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1350.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Tannon Hillis**
**100 Ice Blue Road**
**Bozeman, MT 59718**

---

**2.1351.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Taylor Consulting & Construction LLC**
**7540 Geary Dome Rd.**
**Evansville, WY 82636**

---

**2.1352.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Taylor Mccabe**
**543 Belmont Rd**
**Lavina, MT 59046**

---

**2.1353.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Taz Enterprize**
**7530 Kingpost Lp**
**Helena, MT 59602**

---

**2.1354.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**TCT**
**PO Box**
**310**
**Basin, WY 82411**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1355.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

Ted Beck
PO BOx 4327
Helena, MT 59604

---

**2.1356.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

TED Chvala
PO Box 160146
Big Sky, MT 59716

---

**2.1357.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

Ted Ridenour
521 Maiden
Thermopolis, WY 82443

---

**2.1358.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

Ted Seeley
2000 Maple Brook Rd
New Concord, OH 43762

---

**2.1359.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

Ted Tobin
1679 Stagecoach Trail Rd
Manhattan, MT 59741-8214

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1360.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Teini, Joe**
**Po Box 16**
**Musselshell, MT 59059**

---

**2.1361.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Teresa McClendon**
**5351 Henrys Lake Road**
**Island Park, ID 83429**

---

**2.1362.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Terry Cash**
**12063 Rolling Hills Road**
**Rapid City, SD 57702**

---

**2.1363.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Terry Jackson**
**304 Andrea Drive**
**Belgrade, MT 59714**

---

**2.1364.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Terry Kahl**
**11 Wildflower Cir.**
**Park City, MT 59063**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1365.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Terry Rave**
> **11460 Mountain Lion Road**
> **Lead, SD 57754**

**2.1366.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Terry Riehl**
> **6597 Noble Lane**
> **Helena, MT 59602**

**2.1367.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Terry Stevens**
> **1252 Grubstake Cir**
> **Billings, MT 59105**

**2.1368.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Terry Wham**
> **1414 valley hights rd**
> **Billings, MT 59105**

**2.1369.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

> **Teton Heritage Builders-FAC**
> **76225 Gallatin Rd**
> **Gallatin Gateway, MT 59730-8731**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1370.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**TFI Milltown Plaza, LLC**
**Po Box 788**
**Sheridan, MT 59749**

---

**2.1371.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Theo Nehl**
**3271 Rachelle Road**
**Helena, MT 59602**

---

**2.1372.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Theule Construction**
**PO Box 635**
**Townsend, MT 59644**

---

**2.1373.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Think One Construction Management FAC**
**101 E Main St**
**Bozeman, MT 59715-4795**

---

**2.1374.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

    State the term remaining

    List the contract number of any government contract

**Thom Bagg Architects**
**PO Box 6003**
**Bozeman, MT 59771**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1375.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Thomas Block**
**Lot 77 Shining Mtn Estates**
**Ennis, MT 59729**

---

**2.1376.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Thomas Hansen**
**PO Box 268**
**Dayton, WY 82836**

---

**2.1377.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Thomas Jozsi**
**1992 Little Cottage Lane Apt #3**
**Bozeman, MT 59715**

---

**2.1378.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Thomas Postell**
**260 Springfield Lane**
**Harleyville, SC 29448**

---

**2.1379.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Three Spur Designs**
**2345 West Cameron Bridge Road**
**Bozeman, MT 59718**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1380. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Tim Gardner |
| | List the contract number of any government contract | | 546 South Davis St<br>Helena, MT 59601 |

| 2.1381. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Tim Inman |
| | List the contract number of any government contract | | 215 Black Dog Road<br>Gallatin Gateway, MT 59730 |

| 2.1382. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Tim Johnson |
| | List the contract number of any government contract | | 11 Lewis Dr<br>Three Forks, MT 59752 |

| 2.1383. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Tim Kirk |
| | List the contract number of any government contract | | 465 Willow Creek Rd<br>Red Lodge, MT 59068 |

| 2.1384. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Tim McNeff |
| | List the contract number of any government contract | | 3091 US HWY 12 w<br>White Sulphur Springs, MT 59645 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1385. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tim Poeschl**<br>**208 South 7th**<br>**Livingston, MT 59047** |

| 2.1386. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tim Thompson**<br>**PO Box 711**<br>**Absarokee, MT 59001** |

| 2.1387. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tim Tipton**<br>**7225 Moonlight Dr**<br>**Manhattan, MT 59741** |

| 2.1388. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tim's Repair**<br>**P.O. Box 27**<br>**Toston, MT 59643** |

| 2.1389. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Timber Creek Construction**<br>**P.O. Box 77**<br>**Parkman, WY 82838** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1390.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Timberline Engineering**
**1072 Selms**
**Bridger, MT 59014**

---

**2.1391.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Timberman Construction**
**249 Joliet Road**
**Columbus, MT 59019**

---

**2.1392.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Timothy Frase**
**380 Rifle Road**
**Bozeman, MT 59715**

---

**2.1393.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Tiny Town**
**70 Lower Rainbow Road**
**Bozeman, MT 59718**

---

**2.1394.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Titan Construction (Ennis)**
**6 Depot Road**
**Ennis, MT 59729**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1395.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract — **TKO Construction**

**2.1396.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract — **TLC Contracting**
**33 W Daly**
**Butte, MT 59701**

**2.1397.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract — **Tobacco Root Contracting**
**PO Box 20**
**Twin Bridges, MT 59754**

**2.1398.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract — **Tobin Livestock LLC**
**Po Box 68**
**Midwest, WY 82643**

**2.1399.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract — **Toby Karn**
**2128 Harney Drive**
**Rapid City, SD 57702**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1400.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Todd's Toys**
**101 Rhea**
**Billings, MT 59102**

---

**2.1401.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tom Cohen**
**3645 York rd**
**Helena, MT 59602**

---

**2.1402.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tom Cohn**
**3605 York Rd**
**Helena, MT 59602**

---

**2.1403.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tom Countway**
**2502 Mountain Range**
**Billings, MT 59106**

---

**2.1404.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tom Dreiske**
**PO Box 75**
**Whitewood, SD 57793**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1405.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tom Gilbert**
**PO Box 124**
**Clyde Park, MT 59018**

---

**2.1406.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tom Griffee**
**505 8th St**
**Sturgis, SD 57785**

---

**2.1407.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tom Hanek**
**2409 Hauser Blvd**
**Helena, MT 59601**

---

**2.1408.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tom J Riddle**
**540 S 19th Ave**
**Bozeman, MT 59715**

---

**2.1409.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tom Keiner**
**445 1/2 South Canyon Street**
**Spearfish, SD 57783**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1410.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Tom Kremer
990 Arapahoe Ave
Gillette, WY 82718

---

**2.1411.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

TOM Lessley
27 S. Harrison St.
Lima, MT 59739

---

**2.1412.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Tom Mego
1616 Hwy 31
Arnaudville, LA 70512

---

**2.1413.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Tom Needs
2042 Gold Rush Ave
Helena, MT 59601

---

**2.1414.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Tom O'Donnell
101 Gravely Lane
Townsend, MT 59644



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1415.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Tom Ring
2075 Wooten Rd
Helena, MT 59602

---

**2.1416.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Tom Stupavsky Construction Inc.
3635 Deer Ridge Road
Quincy, IL 62305

---

**2.1417.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Tony Collyard
6205 Shadow Circle
Bozeman, MT 59715

---

**2.1418.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Tony Dean
1931 8th Ave
Helena, MT 59601

---

**2.1419.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Tony Diehl
721 West Blvd
Rapid City, SD 57701

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1420.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CUSTOMER SALE ORDER

**Top Notch**
**1121 Saxon Way**
**Bozeman, MT 59718**

---

**2.1421.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CUSTOMER SALE ORDER

**Top to Bottom Construction**
**816 Highway 14A**
**West**
**Lovell, WY 82431**

---

**2.1422.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CUSTOMER SALE ORDER

**Total Quality Construction**
**1313 South Willson**
**Bozeman, MT 59715**

---

**2.1423.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CUSTOMER SALE ORDER

**Town of Greybull**
**600 Greybull Ave**
**Greybull, WY 82426**

---

**2.1424.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CUSTOMER SALE ORDER

**Trackwest, LLC**
**14751 N Kelsey St Ste 105255**
**Monroe, WA 98272-1457**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1425.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tracy Bray**
**1125 West 4th. St**
**Laurel, MT 59044**

---

**2.1426.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Travis Brumfield**
**190 Brumfield Rd**
**Reed Point, MT 59069**

---

**2.1427.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Travis Jones**
**297 Gooseneck Rd**
**Broadview, MT 59015**

---

**2.1428.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Travis Schneider**
**3735 Moon Shadow Rd.**
**PO Box 1993**
**Bonners Ferry, ID 83805**

---

**2.1429.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**CUSTOMER SALE ORDER**

**Tripp Blankenship**
**201 West 31st St.**
**Charlotte, NC 28206**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1430.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Troy Lawson**
**541 Ave C**
**Billings, MT 59102**

---

**2.1431.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Tru Form Const.**
**PO Box 742**
**Black Hawk, SD 57718**

---

**2.1432.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**True Builders**
**18789 Petra Road**
**Belle Fourche, SD 57717**

---

**2.1433.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Truer Construction**
**95 Westlake Park Blvd**
**Bozeman, MT 59718**

---

**2.1434.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Truitt Construction**
**310 Poplar Dr**
**Bozeman, MT 59718**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1435.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Tuck Construction**
**699 Bender Rd**
**Billings, MT 59101**

---

**2.1436.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Tucker Construction**
**PO Box 1406**
**Red Lodge, MT 59068**

---

**2.1437.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Tundra General Contractors FAC**
**P.O. Box 6**
**Cody, WY 82414**

---

**2.1438.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Two Times Two, Inc.**
**P.O. Box 50424**
**Billings, MT 59105**

---

**2.1439.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Ty Kelly**
**P.O. Box 674**
**Big Timber, MT 59011**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1440. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Tye Cicci |
| | List the contract number of any government contract | | 98 Broken Arrow Tr<br>Clark, WY 82435 |

| 2.1441. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Tyler Fladland |
| | List the contract number of any government contract | | 1510 Rancho Vista<br>Billings, MT 59105 |

| 2.1442. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Tyler Grover |
| | List the contract number of any government contract | | 80 Tenderfoot Trail<br>Dillon, MT 59725 |

| 2.1443. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Tyler Kissner |
| | List the contract number of any government contract | | 6101 South Landau Cirle<br>Sioux Falls, SD 57108 |

| 2.1444. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Tyler Stone |
| | List the contract number of any government contract | | 380 LINCOLN ST.<br>EUGENE, OR 97401 |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1445.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Tylor Atkins
119 Coolidge Rd
Lead, SD 57754

---

**2.1446.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

U Diamond Barn
2682 Smith Rd
Helena, MT 59602

---

**2.1447.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

U Do Yogurt
27 Shiloh Rd #5
Billings, MT 59102

---

**2.1448.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Udo Chapman
2044 stagecoach trail road
Manhattan, MT 59741

---

**2.1449.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

Unfettered LLC
8600 Old yellowstone trail
Willow Creek, MT 59760

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1450. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Upslope Construction**<br>**1648 Hunters Way**<br>**Bozeman, MT 59718-6194** |

| 2.1451. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Valley Roofing and Siding LLC**<br>**2790 Hwy 93 South**<br>**Kalispell, MT 59901** |

| 2.1452. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Vang Construction**<br>**6797 Wildcat Rd.**<br>**Evansville, WY 82636** |

| 2.1453. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Vaughn Guckeen**<br>**625 23rd Street**<br>**Black Eagle, MT 59414** |

| 2.1454. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Veldhuizen, Gerald dba  Northern Lights**<br>**24119 Pine Grove Rd.**<br>**Rapid City, SD 57702** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1455.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Vergil Lindsey**
**PO Box 297**
**Ennis, MT 59729**

---

**2.1456.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Verne W House**
**4740 Sourdough Road**
**Bozeman, MT 59715**

---

**2.1457.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Vernon Charles**
**380 Griffin Road**
**Helena, MT**

---

**2.1458.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Vicki Stark**
**PO BOX 52**
**18761 STONE LAKE ROAD**
**NISLAND, SD 57762**

---

**2.1459.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Victor Smith**
**77 N Bay Ln**
**Friday Harbor, WA 98250**

---

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1460.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Victory Woodworks, Inc.
340 Kresge Lane
Sparks, NV 89431

---

**2.1461.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Vigilante Construction, Inc-FAC
PO Box 888
Sheridan, MT 59749-0888

---

**2.1462.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Vince DeVito
611 N 15th St
Unit 1/2
Billings, MT 59101

---

**2.1463.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Vince Yack
2016 Jerome Place
Helena, MT 59601

---

**2.1464.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Von Feldt Constructon
4663 Cave Road
Billings, MT 59101

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1465.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**W Quarter Circle Construction**
**16222 Bracket Circle**
**Bozeman, MT 59715**

---

**2.1466.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**W/A Designs**
**805 Folger Avenue**
**Berkley, CA 94710**

---

**2.1467.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Wade Bennett**

---

**2.1468.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Wade Fox**
**22969 Dusty Ridge Road**
**Midland, SD 57745**

---

**2.1469.** State what the contract or lease is for and the nature of the debtor's interest — **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Wagner Building Supply**
**39379 SD-46**
**Wagner, SD 57380**

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1470.** State what the contract or lease is for and the nature of the debtor's interest **CUSTOMER SALE ORDER** State the term remaining List the contract number of any government contract | **Walker Excavation Inc** **270 floss Flat Rd** **Ste B** **Belgrade, MT 59714** |
| **2.1471.** State what the contract or lease is for and the nature of the debtor's interest **CUSTOMER SALE ORDER** State the term remaining List the contract number of any government contract | **Wapiti Builders** **2905 Aspen Way Drive** **Helena, MT 59601** |
| **2.1472.** State what the contract or lease is for and the nature of the debtor's interest **CUSTOMER SALE ORDER** State the term remaining List the contract number of any government contract | **Warner Roofing** **2806 D NE 65th Avenue** **Vancouver, WA 98661** |
| **2.1473.** State what the contract or lease is for and the nature of the debtor's interest **CUSTOMER SALE ORDER** State the term remaining List the contract number of any government contract | **Waters, Bradd** **12043 Gooch Hill Rd** **Gallatin Gateway, MT 59730** |
| **2.1474.** State what the contract or lease is for and the nature of the debtor's interest **CUSTOMER SALE ORDER** State the term remaining List the contract number of any government contract | **Watne, Josh** **50 Filson Rd.** **Winston, MT 59647** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1475. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Wayne Blomquist |
| | List the contract number of any government contract | | 3107 Gloxina Drive<br>Billings, MT 59102 |

| 2.1476. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Wayne Harrison |
| | List the contract number of any government contract | | PO BOX 785<br>Custer, SD 57730 |

| 2.1477. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Wayne McClaflin |
| | List the contract number of any government contract | | 1868 Lane 10<br>Powell, WY 82435 |

| 2.1478. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Wayne Shuler |
| | List the contract number of any government contract | | 76A Belfry Hwy<br>Cody, WY 82414 |

| 2.1479. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Weathercraft Company - Cheyenne |
| | List the contract number of any government contract | | 101 Ave C #7<br>Cheyenne, WY 82007 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1480.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Weaver Construction**
**450 Pickett Street**
**Plainfield, IN 46168**

---

**2.1481.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Weaver Worx**
**PO Box 544**
**Manhattan, MT 59741**

---

**2.1482.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Weberman Construction, LLC**
**31600 W. Thirteen Mile Road**
**Suite 128**
**Farmington, MI 48334**

---

**2.1483.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**WEIDENBACH BROTHERS CONSTRUCTION**
**2525 LONG ACRE DRIVE**
**RAPID CITY, SD 57703**

---

**2.1484.** State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Wendy Cox**
**PO Box 63**
**674 Woods Road South**
**Warren, VT 04863**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1485.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Wes Hanson Builders Inc.
34103 Co. Rd 3
Crosslake, MN 56442

**2.1486.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Westech
P.O. Box 2964
Mills, WY 82644

**2.1487.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Western Drywall
3903 Cheyenne St.
Cheyenne, WY 82001

**2.1488.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Western Painting
3915 Bernice Ln
Billings, MT 59105

**2.1489.** State what the contract or lease is for and the nature of the debtor's interest

CUSTOMER SALE ORDER

State the term remaining

List the contract number of any government contract

Westervelt Transport
PO Box 973
Belgrade, MT 59714

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1490.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Westmoreland Builders**
**1597 Hart Street**
**Southlake, TX 76092**

---

**2.1491.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Weston Scott**
**629 Par Drive**
**Gillette, WY 82718**

---

**2.1492.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**WHITE OWL COMMUNITY CENTER**
**PO Box 74**
**19361 Main St**
**White Owl, SD 57792**

---

**2.1493.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Willard's Garage**
**1305 Broadwater Ave**
**Billings, MT 59102**

---

**2.1494.** State what the contract or lease is for and the nature of the debtor's interest

    **CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**William & Kathy Potts**
**11849 Mt Meadow Rd**
**Sturgis, SD**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1495. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | William Hans<br>N 4814 Owen Park RD<br>Merrimac, WI 53561 |

| 2.1496. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | William Loveland<br>3940 Road 9<br>Burlington, WY 82411 |

| 2.1497. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Williams Plumbing and Heating<br>2360 N 7TH Ave<br>Bozeman, MT 59715-2539 |

| 2.1498. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Willie Collins<br>503 Cascade Street<br>Melstone, MT 59054 |

| 2.1499. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Willis Ransier<br>PO Box 1153<br>Helena, MT 59601 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1500.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Willow Creek Tool
PO Box 85
Willow Creek, MT 59760

---

**2.1501.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Winston Cox
904 Sandcherry St.
Billings, MT 59106

---

**2.1502.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

WMK & Co. Inc  FAC
415 Albert Street
Billings, MT 59101

---

**2.1503.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Wolstein Custom Builders Inc
300 Flathead Lodge Rd
Box 2678
Bigfork, MT 59911

---

**2.1504.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CUSTOMER SALE ORDER**

Wood River Roofing
PO Box 1822
Haley, ID 83333

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1505. State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Yellow Jacket**
**1311 Buffalo Road**
**Helena, MT 59602**

2.1506. State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Yellowstone Bighorn Research Association**
**PO BOX 20598**
**Billings, MT 59104**

2.1507. State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Yellowstone River Campground**
**PO Box 790**
**Billings, MT 59103**

2.1508. State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Yellowstone River Customs**
**19676 Bozeman Hill Rd.**
**Bozeman, MT 59715**

2.1509. State what the contract or lease is for and the nature of the debtor's interest

**CUSTOMER SALE ORDER**

State the term remaining

List the contract number of any government contract

**Yellowstone Roofing & Siding**
**35 Grill Rd**
**Joliet, MT 59041**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1510. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Yellowstone Timber Fusion |
| | List the contract number of any government contract | | 307 South Hamilton<br>PO Box 131<br>Virginia City, MT 59755 |

| 2.1511. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Yellowstone@Absaroka |
| | List the contract number of any government contract | | 262 Swingley Rd<br>Livingston, MT 59047 |

| 2.1512. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Yooper Construction |
| | List the contract number of any government contract | | 12864 Crystal Mountain<br>Three Forks, MT 59752 |

| 2.1513. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Yost Construction |
| | List the contract number of any government contract | | 341 First Ave. South<br>Graybull, WY 82426 |

| 2.1514. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Young Construction Enterprise LLC |
| | List the contract number of any government contract | | 1738 Wilkins Rd.<br>Laurel, MT 59044 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1515. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Zach Fife |
| | List the contract number of any government contract | | 1172 Hunter Rd. Helena, MT 59602 |

| 2.1516. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Zachary Dreher |
| | List the contract number of any government contract | | 2708 7th Ave N Great Falls, MT 59401 |

| 2.1517. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Zane Wood |
| | List the contract number of any government contract | | 28 Pony Lane Livingston, MI 59047 |

| 2.1518. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | Zeb Miller Construction, Inc -FAC |
| | List the contract number of any government contract | | 6673 Maltese Ln Bozeman, MT 59718-7550 |

| 2.1519. | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SALE ORDER | |
|---|---|---|---|
| | State the term remaining | | ZK Customs LLC |
| | List the contract number of any government contract | | PO Box 1413 Three Forks, MT 59752 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1520. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zobott Construction**<br>**4793 River Road**<br>**Buhl, ID 83316** |

| 2.1521. | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER SALE ORDER** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zymurcracy Beer Company**<br>**4624 Creek Dr. Suite 6**<br>**Rapid City, SD 57701** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **ALPINE FIR, LLC** | **8555 CAMP CREEK ROAD MANHATTAN, MT 59741** | **CAPYTAL FUNDING** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **BIG SKY COIL, LLC** | **1558 AMSTERDAM RD. BELGRADE, MT 59714** | **THE LCF GROUP, INC.** | ■ D __2.25__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **BIG SKY COIL, LLC** | **1558 AMSTERDAM RD. BELGRADE, MT 59714** | **CAPYTAL FUNDING** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **BRIDGER FREIGHT BROKERS LLC** | **1558 AMSTERDAM RD BELGRADE, MT 59714** | **THE LCF GROUP, INC.** | ■ D __2.25__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **BRIDGER FREIGHT BROKERS LLC** | **1558 AMSTERDAM RD BELGRADE, MT 59714** | **CAPYTAL FUNDING** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.6 | BRIDGER STEEL CASPER, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | PSB CREDIT SERVICES INC. | ■ D __2.19__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.7 | BRIDGER STEEL CASPER, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | THE LCF GROUP, INC. | ■ D __2.25__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.8 | BRIDGER STEEL CASPER, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | CAPYTAL FUNDING | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.9 | BRIDGER STEEL OF BELGRADE, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | PSB CREDIT SERVICES INC. | ■ D __2.19__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.10 | BRIDGER STEEL OF BELGRADE, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | PSB CREDIT SERVICES INC. | ■ D __2.21__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.11 | BRIDGER STEEL OF BELGRADE, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | PSB CREDIT SERVICES INC. | ■ D __2.22__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.12 | BRIDGER STEEL OF BELGRADE, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | PSB CREDIT SERVICES INC. | ■ D __2.23__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.13 | BRIDGER STEEL OF BELGRADE, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | THE LCF GROUP, INC. | ■ D __2.25__ <br> ☐ E/F ____ <br> ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **BRIDGER STEEL OF BELGRADE, INC.** | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | **CAPYTAL FUNDING** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.15 **BRIDGER STEEL OF BILLINGS, INC.** | 3205 HESPER RD BILLINGS, MT 59102 | **PSB CREDIT SERVICES INC.** | ■ D __2.19__ ☐ E/F ____ ☐ G ____ |
| 2.16 **BRIDGER STEEL OF BILLINGS, INC.** | 3205 HESPER RD BILLINGS, MT 59102 | **PSB CREDIT SERVICES INC.** | ■ D __2.21__ ☐ E/F ____ ☐ G ____ |
| 2.17 **BRIDGER STEEL OF BILLINGS, INC.** | 3205 HESPER RD BILLINGS, MT 59102 | **PSB CREDIT SERVICES INC.** | ■ D __2.22__ ☐ E/F ____ ☐ G ____ |
| 2.18 **BRIDGER STEEL OF BILLINGS, INC.** | 3205 HESPER RD BILLINGS, MT 59102 | **PSB CREDIT SERVICES INC.** | ■ D __2.23__ ☐ E/F ____ ☐ G ____ |
| 2.19 **BRIDGER STEEL OF BILLINGS, INC.** | 3205 HESPER RD BILLINGS, MT 59102 | **THE LCF GROUP, INC.** | ■ D __2.25__ ☐ E/F ____ ☐ G ____ |
| 2.20 **BRIDGER STEEL OF BILLINGS, INC.** | 3205 HESPER RD BILLINGS, MT 59102 | **CAPYTAL FUNDING** | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.21 **BRIDGER STEEL OF GREAT FALLS, INC.** | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | **PSB CREDIT SERVICES INC.** | ■ D __2.19__ ☐ E/F ____ ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | BRIDGER STEEL OF GREAT FALLS, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | PSB CREDIT SERVICES INC. | ■ D  **2.21**<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | BRIDGER STEEL OF GREAT FALLS, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | PSB CREDIT SERVICES INC. | ■ D  **2.22**<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | BRIDGER STEEL OF GREAT FALLS, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | PSB CREDIT SERVICES INC. | ■ D  **2.23**<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | BRIDGER STEEL OF GREAT FALLS, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | THE LCF GROUP, INC. | ■ D  **2.25**<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | BRIDGER STEEL OF HELENA, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | PSB CREDIT SERVICES INC. | ■ D  **2.19**<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | BRIDGER STEEL OF HELENA, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | THE LCF GROUP, INC. | ■ D  **2.25**<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | BRIDGER STEEL OF HELENA, INC. | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | CAPYTAL FUNDING | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.29 | BRIDGER STEEL OF SOUTH DAKOTA LLC | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | PSB CREDIT SERVICES INC. | ■ D  **2.19**<br>☐ E/F ____<br>☐ G ____ |

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.30 | **BRIDGER STEEL OF SOUTH DAKOTA LLC** | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | **THE LCF GROUP, INC.** | ■ D   __2.25__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|
| 2.31 | **BRIDGER STEEL OF SOUTH DAKOTA LLC** | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | **CAPYTAL FUNDING** | ■ D   __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.32 | **BRIDGER STEEL TRUCKING, LLC** | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | **PSB CREDIT SERVICES INC.** | ■ D   __2.19__ ☐ E/F ____ ☐ G ____ |
| 2.33 | **BRIDGER STEEL TRUCKING, LLC** | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | **PSB CREDIT SERVICES INC.** | ■ D   __2.21__ ☐ E/F ____ ☐ G ____ |
| 2.34 | **BRIDGER STEEL TRUCKING, LLC** | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | **PSB CREDIT SERVICES INC.** | ■ D   __2.22__ ☐ E/F ____ ☐ G ____ |
| 2.35 | **BRIDGER STEEL TRUCKING, LLC** | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | **PSB CREDIT SERVICES INC.** | ■ D   __2.23__ ☐ E/F ____ ☐ G ____ |
| 2.36 | **BRIDGER STEEL TRUCKING, LLC** | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | **THE LCF GROUP, INC.** | ■ D   __2.25__ ☐ E/F ____ ☐ G ____ |
| 2.37 | **BRIDGER STEEL TRUCKING, LLC** | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | **CAPYTAL FUNDING** | ■ D   __2.1__ ☐ E/F ____ ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | DENNIS & BRENDA. JOHNSON | 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | PSB CREDIT SERVICES INC. | ■ D ___2.21___ ☐ E/F _____ ☐ G _____ |
| 2.39 | DENNIS & BRENDA. JOHNSON | 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | PSB CREDIT SERVICES INC. | ■ D ___2.22___ ☐ E/F _____ ☐ G _____ |
| 2.40 | DENNIS & BRENDA. JOHNSON | 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | PSB CREDIT SERVICES INC. | ■ D ___2.23___ ☐ E/F _____ ☐ G _____ |
| 2.41 | DENNIS L. JOHNSON | 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | PSB CREDIT SERVICES INC. | ■ D ___2.19___ ☐ E/F _____ ☐ G _____ |
| 2.42 | DENNIS L. JOHNSON | 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | PSB CREDIT SERVICES INC. | ■ D ___2.22___ ☐ E/F _____ ☐ G _____ |
| 2.43 | DENNIS L. JOHNSON | 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | PSB CREDIT SERVICES INC. | ■ D ___2.23___ ☐ E/F _____ ☐ G _____ |
| 2.44 | DENNIS L. JOHNSON | 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | THE LCF GROUP, INC. | ■ D ___2.25___ ☐ E/F _____ ☐ G _____ |
| 2.45 | DENNIS L. JOHNSON | 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | HIGHLAND CAPITAL | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | DEW PROPERTIES LLC | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | THE LCF GROUP, INC. | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | DEW PROPERTIES LLC | 1558 AMSTERDAM RD. BELGRADE, MT 59714 | CAPYTAL FUNDING | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | GIDEON WATER USER ASSOCATION INC. | P.O. BOX 674 PONY, MT 59747 | THE LCF GROUP, INC. | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | GIDEON WATER USER ASSOCATION INC. | P.O. BOX 674 PONY, MT 59747 | CAPYTAL FUNDING | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | GRAND FIR, LLC | 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | THE LCF GROUP, INC. | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | GRAND FIR, LLC | 8555 CAMP CREEK ROAD MANHATTAN, MT 59741 | CAPYTAL FUNDING | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | PONY PROPERTIES LLC | 1558 AMSTERDAM RD BOZEMAN, MT 59771 | PSB CREDIT SERVICES INC. | ■ D __2.21__<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | PONY PROPERTIES LLC | 1558 AMSTERDAM RD BOZEMAN, MT 59771 | THE LCF GROUP, INC. | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | PONY PROPERTIES LLC | 1558 AMSTERDAM RD BOZEMAN, MT 59771 | CAPYTAL FUNDING | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.55 | PONY PROPERTIES SUBDIVISION | OWNERS ASSOCIATION 1558 AMSTERDAM RD BELGRADE, MT 59714 | CAPYTAL FUNDING | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.56 | UNITED HERITAGE FINANCIAL SERVICES | | THE LCF GROUP, INC. | ■ D __2.25__<br>☐ E/F ____<br>☐ G ____ |
| 2.57 | UNITED HERITAGE FINANCIAL SERVICES | | CAPYTAL FUNDING | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.58 | YELLOWSTONE LABS INC. | 7925 FRITZ ROAD LAUREL, MT 59044 | THE LCF GROUP, INC. | ■ D __2.25__<br>☐ E/F ____<br>☐ G ____ |
| 2.59 | YELLOWSTONE LABS INC. | 7925 FRITZ ROAD LAUREL, MT 59044 | CAPYTAL FUNDING | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name  **BRIDGER STEEL, INC.**

United States Bankruptcy Court for the:  DISTRICT OF MONTANA

Case number (if known)  **2:23-bk-20019**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$508,258.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$11,140,626.04** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$22,958,811.00** |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$25,887,037.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **CASCADIA METALS** **PO BOX 1276** **LONGVIEW, WA 98632** | **11/25/2022 - 2/24/2023** | **$186,200.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **MACHINERY FINANCE RESOURCES** **651 DAY HILL RD.** **WINDSOR, CT 06095** | **11/25/2022 - 2/24/2023** | **$115,824.10** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **VERTEX CONSULTING GROUP** **3000 7th Avenue North** **Billings, MT 59101** | **11/25/2022 - 2/24/2023** | **$76,914.77** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.4. **ALLEGIANCE ZIONS BANK** **P.O. BOX 1750** **CEDAR CITY, UT 84721** | **11/25/2022 - 2/24/2023** | **$63,751.22** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **INSURANCE** |
| 3.5. **DAIMLER-MERCEDES BENZ** **FINANCIAL SERVICES** **1301 E. TOWER RD** **SCHAUMBURG, IL 60173** | **11/25/2022 - 2/24/2023** | **$55,284.12** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **ORACLE NETSUITE** **500 ORACLE PARKWAY** **REDWOOD SHORES, CA 94065** | **11/25/2022 - 2/24/2023** | **$41,855.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **SOFTWARE SUBSCRIPTION** |
| 3.7. **PRO-TECH STEEL, LLC** | **11/25/2022 - 2/24/2023** | **$40,812.05** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  SOUTH DAKOTA INVESTEMENT ENTERPRISES, LLC<br>26280 S. MCHARDY RD<br>BRANDON, SD 57005 | 11/25/2022 - 2/24/2023 | $39,761.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **LEASE PAYMENT** |
| 3.9.  HUBSPOT<br>25 FIRST STREET<br>CAMBRIDGE, MA 02141 | 11/25/2022 - 2/24/2023 | $29,953.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **SOFTWARE SUBSCRIPTION** |
| 3.10.  WEX BANK<br>P.O. Box 6293<br>Carol Stream, IL 60197-6293 | 11/25/2022 - 2/24/2023 | $28,568.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.  EVERGREEN SHIPPERS, LLC<br>13323 N Mayfair Lane<br>Spokane, WA 99208 | 11/25/2022 - 2/24/2023 | $27,035.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.  RYDER SELECT CARE<br>LOCKBOX FILE 056347<br>LOS ANGELES, CA 90074-6347 | 11/25/2022 - 2/24/2023 | $24,193.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13.  YELLOWSTONE BANK | 11/25/2022 - 2/24/2023 | $21,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **BOONE PROPERTIES RENT PAYMENT** |
| 3.14.  CMG COATED METALS GROUP | 11/25/2022 - 2/24/2023 | $16,636.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.  BERKLEY LIFE AND HEALTH INSURANCE COMPANY | 11/25/2022 - 2/24/2023 | $16,178.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **INSURANCE** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.16. **MIDLAND EQUIPMENT FINANCE** 7700 BONHOMME AVENUE, STE. 300 SAINT LOUIS, MO 63105 | 11/25/2022 - 2/24/2023 | $15,898.34 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.17. **U.S. BANK EQUIPMENT FIANCE** | 11/25/2022 - 2/24/2023 | $15,391.48 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.18. **NORTHWESTERN ENERGY** 1944 MONAD RD. BILLINGS, MT 59102 | 11/25/2022 - 2/24/2023 | $15,117.19 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.19. **HUNTINGTON NATIONAL BANK** 1405 XENIUM LN N MINNEAPOLIS, MN 55441 | 11/25/2022 - 2/24/2023 | $14,796.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.20. **HIGHLAND CAPITAL** 5 CENTER AVENUE LITTLE FALLS, NJ 07424 | 11/25/2022 - 2/24/2023 | $14,664.04 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.21. **AAVIS INDIA OFFICE B3** CLASSIC ASHIRWAD APTS 9TH CR, 2ND MN ASHIRWADO COLONY HORAMAVU, BENGALURU 560043 | 11/25/2022 - 2/24/2023 | $14,585.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.22. **KELBEC HOLDINGS, LLC** 3350 NORTH FORK HIGHWAY CODY, WY 82414 | 11/25/2022 - 2/24/2023 | $13,847.58 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **LEASE PAYMENT** |
| 3.23. **CAPYTAL FUNDING** ADDRESS UNKNOWN | 11/25/2022 - 2/24/2023 | $13,590.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.24. **ATLAS BOLT & SCREW**<br>PO BOX 96113<br>CHICAGO, IL 60693-6113 | 11/25/2022 -<br>2/24/2023 | $11,850.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **MIDWEST FAMILY MUTUAL<br>INSURANCE COMPANY** | 11/25/2022 -<br>2/24/2023 | $11,529.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **INSURANCE** |
| 3.26. **SHEFFIELD METALS INTERNATIONAL**<br>PO Box 637438<br>Cincinnati, OH 45263-7438 | 11/25/2022 -<br>2/24/2023 | $11,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **TRIANGLE FASTENER CORPORATION** | 11/25/2022 -<br>2/24/2023 | $10,319.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **MAJESTIC STEEL USA, INC.**<br>31099 CHAGRIN BLVD.<br>CLEVELAND, OH 44124 | 11/25/2022 -<br>2/24/2023 | $160,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **PAYMENT ON<br>SETTLEMENT** |
| 3.29. **MICROSEA SYSTEM SOLUTIONS<br>GMBH (BENDEX)**<br>Handelskai 94-96, A-1200<br>Millennium Tower 24 Floor<br>Vienna, Austria | 11/25/2022 -<br>2/24/2023 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **DELTA DENTAL INSURANCE<br>COMPANY**<br>P.O. BO 7564<br>SAN FRANCISCO, CA 94120-7564 | 11/25/2022 -<br>2/24/2023 | $9,785.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **INSURANCE** |
| 3.31. **KIRSCH BUILDING PRODUCTS** | 11/25/2022 -<br>2/24/2023 | $9,283.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.32. **WELLS FARGO**<br>800 WALNUT ST.<br>4TH FLOOR<br>DES MOINES, IA 50309 | 11/25/2022 -<br>2/24/2023 | $9,086.93 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.33. **SEAMLESS CAPITAL GROUP**<br>17560 ATLANTIC BLVD<br>NORTH MIAMI BEACH, FL 33160 | 11/25/2022 -<br>2/24/2023 | $8,994.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.34. **YELLOWSTONE BANK** | 11/25/2022 -<br>2/24/2023 | $8,877.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **BOONE PROPERTIES RENT PAYMENT** |
| 3.35. **POLI-FILM AMERICA** | 11/25/2022 -<br>2/24/2023 | $8,741.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.36. **HEALTHY EQUITY** | 11/25/2022 -<br>2/24/2023 | $8,581.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **HEALTH SAVINGS ACCOUNT** |
| 3.37. **OLD DOMINION FREIGHT LINE, INC**<br>PO Box 742296<br>Los Angeles, CA, CA 90074-2296 | 11/25/2022 -<br>2/24/2023 | $7,415.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **PSB CREDIT SERVICES INC.**<br>P.O. BOX 38<br>PRINSBURG, MN 56281 | 2/24/2022 -<br>2/24/2023 | $868,173.05 | **LOAN PAYMENT** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

    | Creditor's name and address | Describe of the Property | Date | Value of property |
    |---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

    | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
    |---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

    | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
    |---|---|---|---|---|
    | 7.1. | KEITH WEAR d/b/a KW DEVELOPMENT & CONSTRUCTION v. BRIDGER STEEL, INC.<br>ADV-2022-525 | BREACH OF CONTRACT | MONTANA FIRST JUDICIAL DISTRICT COURT LEWIS AND CLARK COUNTY<br>208 E. BROADWAY ST., #104<br>HELENA, MT 59601 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
    | 7.2. | CHANG YOU, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED VS BRIDGER STEEL, INC. A MONTANA CORPORATION AND JOHNE DOES I-XXX<br>ADV-2023-70 | BREACH OF CONTRACT | MONTANA FIRST JUDICIAL DISTRICT COURT LEWIS AND CLARK COUNTY<br>208 E. BROADWAY ST., #104<br>HELENA, MT 59601 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
    | 7.3. | ANDREW HOLMES VS. BRIDGER STEEL, INC.<br>HRB CASE NO. 0210568 | EMPLOYMENT ACTION | STATE OF MONTANA DEPARTMENT OF LABOR AND INDUSTRY OFFICE OF ADMINISTRATIVE HEARINGS | ☐ Pending<br>☐ On appeal<br>■ Concluded |
    | 7.4. | MAJESTIC STEEL USA, INC. VS. BRIDGER STEEL, INC., BRIDGER STEEL BELGRADE, INC. AND BRIDGER STEEL BILLINGS, INC.<br>CV22959888 | BREACH OF CONTRACT<br><br>(CONFESSION OF JUDGMENT/SETTLEMENT AGREEMENT) | IN THE COURT OF COMMON PLEAS CUYAHOGA COUNTY, OHIO<br>CLEVELAND, OH 44113 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | BRIDGER HOLDINGS OF MONTANA LLC VS. BRIDGER STEEL INC.<br>ADV-19-0773 | BREACH OF CONTRACT | MONTANA EIGHTH JUDICIAL DISTRICT COURT CASCADE COUNTY, MONTANA<br>415 2ND AVENUE N #200A GREAT FALLS, MT 59401 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | SIDING SOURCE, LLC VS. BRIDGER STEEL, INC.<br>UNKNOWN | BREACH OF CONTRACT | IN THE SUPERIOR COURT OF FAYETTE COUNTY STATE OF GEORGIA | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | MARCO INDUSTRIES,INC. VS. BRIDGER STEEL, INC.<br>CJ-2021-1491 | BREACH OF CONTRACT<br><br>(SETTLEMENT AGREEMENT) | IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, STATE OF OKLAHOMA<br>500 SOUTH DENVER TULSA, OK 74103 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | THE BRYER COMPANY, A WASHINGTON CORPORATION V. BRIDGER STEEL, INC. A MONTANA CORPORATION AND DENNIS L. JOHNSON<br>22-2-00738-08 | BREACH OF CONTRACT | IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON IN AND FOR COWLITZ COUNTY | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | THE LCF GROUP, INC. VS. BRIDGER STEEL, INC.<br>UNKNOWN | ARBITRATION DEMAND | NONE | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | MANHATTAN HIGH SCHOOL<br>MANHATTAN, MT 59741 | $1,500 CREDIT GIVEN TO SCHOOL FOR SILENT AUCTION | | $1,500.00 |
| | Recipients relationship to debtor<br>NONE | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **CATALYTIC CONVERTERS STOLEN OFF VEHICLES** | **$2,034.00** | **5/5/2022** | **$2,034.00** |
| **PICKUP WAS BROKE INTO** | **$2,080.00** | **5/5/2022** | **$2,080.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 8/23/2022 - $4,891.82 8/29/2022 - $514.63 12/23/2022 - $1,017.39 2/21/2023 - $24,549.71 ($2,747.04 WAS APPLIED TO THE JANUARY AND FEBRUARY, 2023 INVOICES; $16,857.00 WAS FOR PRE-PETITION ATTORNEY FEES FOR THE CHAPTER 11 CASE; AND $4,945.67 IS CURRENTLY BEING HELD IN THE PPBG TRUST ACCOUNT | |
| | PATTEN PETERMAN BEKKEDAHL & GREEN 2817 2ND AVENUE N, ST 300 BILLINGS, MT 59101 | Attorney Fees | | $30,973.55 |
| | Email or website address apatten@ppbglaw.com | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | | PURSUANT TO THE SEPARATION OF<br>EMPLOYMENT AGREEMENT AND<br>GENERAL RELEASE DATED JANUARY<br>25, 2022 THE FOLLOWING EQUIPMENT<br>AND/OR VEHICLES:<br><br>RIDGE CAP PRESS EQUIPMENT  12,000<br>TRAIL STAR TRAILER 11,000<br>2021 RAM 5500 (VIN #2409) 7300<br>HOMEMADE TRIM SHRINK WRAP<br>EQUIPMENT 5000<br>DELTA 35' GOOSENECK TRAILER 1484<br>9500<br>2007 STERLING FLATBED TRUCK 40,000<br>DELL COMPUTER, DESK, SCANNER,<br>MONITOR 3,000 | | |
| | **BRUCE KNUDSEN<br>7925 FRITZ RD<br>LAUREL, MT 59044** | | 1/25/2022 | $87,800.00 |
| | Relationship to debtor<br>**FORMER CEO OF BRIDGER<br>STEEL INC.** | | | |
| 13.2. | **RED RIVER MACHINERY INC.<br>2601 NW I-45<br>ENNIS, TX 75119** | **2011 MRS UP-ENDER** | **6/22/2022** | **$10,500.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.3. | **GREAT NORTHERN METAL<br>CO.<br>242 DURSTON RD, UNIT B<br>BOZEMAN, MT 59718** | **TOOLING FOR NEWTECH** | **7/15/2022** | **$30,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.4. | **TRUCK MARKET, LLC<br>8680 W SANDIDGE RD.<br>OLIVE BRANCH, MS<br>38654-3410** | **2020 FL CORONADO DAY CAB (VIN<br>#2515)<br>2020 CORONADO SLEEPER (VIN #5262)** | **8/23/2022** | **$203,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.5. | **TRUCK MARKET, LLC<br>8680 W SANDIDGE RD.<br>OLIVE BRANCH, MS<br>38654-3410** | **2018 FREIGHTLINER CASCADIA DAY<br>CAB (VIN #2387)** | **9/16/2022** | **$75,000.00** |
| | Relationship to debtor<br>**NONE** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.6. | ZACHERY KILWEIN<br>RESIDENTIAL ROOFING<br>187 NORRITS COURT SOUTH<br>BILLINGS, MT 59105 | NEWTECH SSQ MACHINE (VIN #7994) -<br>87,500 | 9/19/2022 | $87,500.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.7. | CHRIS CICCOTELLI<br>PROTECH STEEL<br>3280 CLEARWATER DRIVE<br>BILLINGS, MT 59101 | MRS UPENDER 2012 (SERIAL #05-12) | 10/24/2022 | $21,000.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.8. | RED RIVER MACHINERY INC.<br>2601 NW I-45<br>ENNIS, TX 75119 | ROLL FORMER CORPORATION 12"<br>SOFFIT MACHINE (SERIAL #6872) | 10/27/2022 | $21,000.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.9. | JOE MARTN<br>ZENTS LUMBER CO<br>2775 ROUNDUP RD<br>BILLINGS, MT 59105 | 2019 MOFFETT FORKLIFT (SERIAL<br>#568B | 3/7/2022 | $65,000.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.10. | SUNDANCE RENTALS LLC<br>8 SOUTH MTN. RD.<br>SUNDANCE, WY 82729 | 2005 TOYOTA FORKLIFT (SERIAL #3498) | 2/28/2022 | $13,000.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.11. | DAN JOHNSON<br>5208 MILL ROAD<br>RAPID CITY, SD 57702 | FIRE CABINET | 1/18/2022 | $300.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.12. | MIKE FEUILLERAT<br>FEUILLERAT WELDING<br>22363 ELK VALE ROAD<br>RAPID CITY, SD 57701 | 7 - ORANGE/BLUE OUTSIDE RACKS<br>2- INSIDE STEEL RACKS<br>(8 ARMS)<br>1- INSIDE STEEL RACK<br>(10 ARMS)<br>2011 20' FLATBEAD TRAILER (VIN #0546) | 1/17/2022 | $9,400.00 |
| | Relationship to debtor<br>NONE | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 3. | **RON WENTZEL** **ROCKY MOUNTAIN METAL** **20390 HWY 40 W.** **STEAMBOAT SPRINGS, CO 80487** | **KRASSER LEIONAIRE SLITTER (SERIAL #4019)** **JORNS AG RECOILER (SERIAL #4071)** **SEN FUNG DECOILER (SERIAL #0843)** | **01/18/2022** | **$85,000.00** |
| | **Relationship to debtor** **NONE** | | | |
| 13.1 4. | **RED RIVER MACHINERY INC.** **2601 NW I-45** **ENNIS, TX 75119** | **FINTCK EMPRO SLITTER (SERIAL #7542)** | **2/17/2022** | **$4,500.00** |
| | **Relationship to debtor** **NONE** | | | |
| 13.1 5. | **MIRAMAC METALS INC.** **13906 N. NEWPORT HWY** **MEAD, WA 99021** | **MRS SIGNATURE DELTA/TUFF RIB ROLL (SERIAL #8274)** | **01/19/2022** | **$150,000.00** |
| | **Relationship to debtor** **NONE** | | | |
| 13.1 6. | **LIVE WIRE ELECTRIC LLC** **4691 ANDERSON ROAD** **RAPID CITY, SD 57703** | **BLACKHAWK - ORANGE/BLACK RACK** | **01/19/2022** | **$600.00** |
| | **Relationship to debtor** **NONE** | | | |
| 13.1 7. | **MATT STOTTS** **270 ROAD 1** **THERMOPOLIS, WY 82443** | **1998 GRAY 20' FLATBED TRAILER (VIN #9681)** | **01/20/2022** | **$4,300.00** |
| | **Relationship to debtor** **NONE** | | | |
| 13.1 8. | **MATT WZNICK** **4017 LONE WOLF LN** **SHEPHERD, MT 59079-3150** | **2001 TITAN 24' GOOSENECK TRAILER (VIN #9286)** | **5/11/2022** | **$5,200.00** |
| | **Relationship to debtor** **NONE** | | | |
| 13.1 9. | **JARED BLUMENSHINE** **404 SOUTH 2ND ST E.** **RIVERTON, WY 82501** | **2003 TITAN 35' GOOSENECK TRAILER (VIN #7371)** | **01/24/2022** | **$7,200.00** |
| | **Relationship to debtor** **NONE** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>0. | **BOLIN PLUMBING &<br>HEATING<br>841 STEWARD LOOP<br>BOZEMAN, MT 59718-5526** | **2009 TITAN 24' GOOSENECK TRAILER<br>(VIN #2995)** | **5/16/2022** | **$6,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.2<br>1. | **LUKE GINSBACH<br>6959 E LAKE DR.<br>EVANSVILLE, WY 82636** | **COIL RACKS - 2 WIDE BY 3 TALL**<br><br>**COIL RACKS - 2 WIDE BY 2 TALL**<br><br>**A-FRAME FOR TRIM** | **02/18/2022** | **$2,250.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.2<br>2. | **ROBERT DESCHAMPS<br>150 W SUSSEX AVENUE<br>MISSOULA, MT 59801** | **2015 TITAN 26' GOOSENECK SS<br>TRAILER (VIN #1212)** | **5/17/2022** | **$6,800.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.2<br>3. | **REHBEIN FORD<br>7467 HWY 200<br>PLAINS, MT 59859** | **2015 RAM 5500 CREW CAB FLATBEAD<br>(VIN #9841)<br>2015 RAM 5500 CREW CAB FLATBED<br>(VIN #7743)** | **5/20/2022** | **$74,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.2<br>4. | **F-M FORKLIFT SALES &<br>SERVICE INC.<br>5840 INTERSTATE AVENUE<br>BILLINGS, MT 59101** | **2012 TOYOTA FORKLIFT (SERIAL #0342)<br>2008 TOYOTA FORKLIFT (SERIAL #3437)<br>2006 TOYOTA PROPANE FORKLIFT<br>(SERIAL#1259)<br>2015 TOYOTA FORKLIFT (SERIAL #3635)<br>2007 TOYOLTA FORKLIFT (SERIAL<br>34485)** | **5/24/2022** | **$70,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.2<br>5. | **RED RIVER MACHINERY, INC.<br>2601 NW I-45<br>ENNIS, TX 75119** | **SCHECTL FOLDER (SERIAL #7547)**<br><br>**SCHECTL SHEAR (SERIAL #0854)** | **02/25/2022** | **$60,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.2<br>6. | **KURTIS HANSON<br>9879 TOOKIE TREK RD.<br>MISSOULA, MT 59808-8718** | **2013 CHEVY 2500 HD (VIN #1637)** | **5/26/2022** | **$21,000.00** |
| | Relationship to debtor<br>**NONE** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>7. | F-M FORKLIFT SALES &<br>SERVICE, INC<br>5840 INTERSTATE AVENUE<br>BILLINGS, MT 59101 | 4 TOYOTA FORK LIFTS (SERIAL #0791);<br>(SERIAL #6239); (SERIAL #1065) AND<br>(SERIAL #0346) | 03/22/2022 | $81,000.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.2<br>8. | SFR WHOLESALE<br>3907 1ST AVENUE S<br>BILLINGS, MT 59101-3504 | 2020 FORD EDGE (VIN #5577) | 5/27/2022 | $27,700.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.2<br>9. | DAKOTA STEEL AND TRIM<br>29007 477TH AVENUE<br>CANTON, SD 57013 | RAS XXL CENTER 20' BREAK (SERIAL<br>#8080) | 1/4/2022 | $235,000.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.3<br>0. | PRO-TECH<br>2712 DAKOTA LN.<br>GREAT FALLS, MT 59404 | 2012 FREIGHTLINER M2 (VIN #8353) | 6/3/2022 | $56,500.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.3<br>1. | KEVIN STOLTZFUS<br>2712 DAKOTA LANE<br>GREAT FALLS, MT 59404 | PANEL RACKS & AIR COMPRESSOR | 03/23/2022 | $12,400.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.3<br>2. | F-M FORKLIFT SALES &<br>SERVICE INC.<br>5840 INTERSTATE AVENUE<br>BILLINGS, MT 59101 | 2005 FORKLIFT (SERIAL #0726) | 1/10/2022 | $20,000.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.3<br>3. | DAN RICHTER<br>6 GROUSE RIDGE TRAIL<br>CLANCY, MT 59634 | 2015 PJ TRAILER F8222 DECKOVER<br>(SERIAL #1835) | 03/23/2022 | $7,600.00 |
| | Relationship to debtor<br>NONE | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>4. | **PAPE MATERIAL HANDLING**<br>**190-A ROCK RD**<br>**BELGRADE, MT 59714** | **2004 TOYOTA FORKLIFT (SERIAL #5488)** | **1/11/2022** | **$5,561.85** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.3<br>5. | **EPIC BUILDERS - ROBERT**<br>**COCKERAM**<br>**8075 JELLISON RD**<br>**LAUREL, MT 59044-8899** | **2015 PJ 36' GOOSENECK FLATBED**<br>**TRAILER & SPREADER BAR** | **03/24/2022** | **$13,050.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.3<br>6. | **ACME SHEET METAL**<br>**2610 SEGER DRIVE, SUITE**<br>**200**<br>**RAPID CITY, SD 57701** | **3 STANDING SEAM CARTS**<br>**CONEX**<br>**3 SMALL COIL RACKS**<br>**LARGE DUMP BIN** | **1/11/2022** | **$4,550.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.3<br>7. | **KEVIN STOLTZFUS**<br>**2712 DAKOTA LANE**<br>**GREAT FALLS, MT 59404** | **ACCESSORY RACKS** | **03/25/2022** | **$240.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.3<br>8. | **CAROL CONNER**<br>**52 ROBINSON ROAD**<br>**MOORCROFT, WY 82721** | **RACKING** | **1/17/2022** | **$100.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.3<br>9. | **SETH JOHNSON**<br>**52 ROBINSON ROAD**<br>**MOORCROFT, WY 82721** | **5 RACKS** | **1/17/2022** | **$250.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.4<br>0. | **KINDSFATER DIESEL AND**<br>**AUTO**<br>**1030 ELKHORN STREET**<br>**BELLE FOURCHE, SD 57717** | **RACKING (8 SETS)**<br>**PALLET JACK**<br>**TABLES**<br>**TRIM CART** | **1/17/2022** | **$2,030.00** |
| | Relationship to debtor<br>**NONE** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4<br>1. | **HIAB USA, INC.**<br>P.O. Box 643148<br>Pittsburgh, PA 15264-3148 | **SOLD 4 USED MOFFETS** | **04/19/2021** | **$17,500.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.4<br>2. | **UNKNOWN** | **RAM 1500 PICKUP** | **06/14/2021** | **$12,500.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.4<br>3. | **RED RIVER MACHINERY INC**<br>2601 NW I-45<br>ENNIS, TX 75119 | **3 SCHECHTL SHEARS** | **10/21/2021** | **$36,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.4<br>4. | **LA BANK OF COMMERCE** | **2011 VOLKSWAGEN JETTA VIN 7615** | **10/22/2021** | **$3,600.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.4<br>5. | **RED RIVER MACHINERY INC**<br>2601 NW I-45<br>ENNIS, TX 75119 | **5 SCHECHTL BRAKES** | **10/27/2021** | **$150,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.4<br>6. | **MACKSTEEL WAREHOUSE INC** | **MRS ROLL FORMER - 6025 PROFILE** | **11/02/2021** | **$105,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.4<br>7. | **RED RIVER MACHINERY INC**<br>2601 NW I-45<br>ENNIS, TX 75119 | **2 BRAKES AND A SHEAR** | **11/04/2021** | **$80,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.4<br>8. | **LONG CREEK STEEL** | **MRS TRIM - FORMER** | **11/08/2021** | **$60,000.00** |
| | Relationship to debtor<br>**NONE** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4<br>9. | **LONG CREEK STEEL** | **COIL UPENDER & 6 TRIM CARTS** | **11/08/2021** | **$10,600.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.5<br>0. | **JAY PIXLEY** | **TUFF RIB/PBR AND COIL UPENDER** | **11/09/2021** | **$166,500.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.5<br>1. | **MIRAMAC METALS INC** | **2018 COIL UPENDER<br>SOFFIT ROLLFORMER<br>2007 MOFFET<br>2012 MOFFET<br>2000 FORD F-350 VIN 7304** | **11/19/2021** | **$115,500.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.5<br>2. | **DAKOTA STEEL AND TRIM** | **3 MOFFETS** | **11/24/2021** | **$165,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.5<br>3. | **MATTHEW G. VIERGETS** | **GN TRAILER VIN 8581** | **11/29/2021** | **$9,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.5<br>4. | **LOGAN CARPENTER** | **2015 PJ 20' DECKOVER FLATBED<br>TRAILER** | **11/29/2021** | **$3,600.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.5<br>5. | **RED RIVER MACHINERY INC<br>2601 NW I-45<br>ENNIS, TX 75119** | **JORNS BRAKE** | **12/02/2021** | **$67,500.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.5<br>6. | **DAVID LISAC** | **2011 F-450 SUPER DUTY** | **12/03/2021** | **$20,000.00** |
| | Relationship to debtor<br>**NONE** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.5<br>7. | **SUNDANCE CUSTOM STEEL LIN** | BANDERS<br>FIRE CABINET<br>AIR COMPRESSOR<br>6 COIL RACKS<br>SET OF FORKLIFT EXTENSIONS | **12/06/2021** | **$4,050.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.5<br>8. | **LOVELL TRUCK SALES, INC** | **2013 FREIGHTLINER VIN 6057** | **12/09/2021** | **$42,500.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.5<br>9. | **DOWNING DIVERSIFIED LLC** | **2015 PJ 22' DECKOVER VIN 9556** | **12/09/2021** | **$4,700.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.6<br>0. | **MIRAMAC METALS INC** | **SOFFIT ROLL FORMER SNA33** | **12/10/2021** | **$16,200.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.6<br>1. | **COUNTRY ESTATES LLC** | **2006 FREIGHTLINER VIN9994** | **12/13/2021** | **$22,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.6<br>2. | **RED RIVER MACHINERY INC<br>2601 NW I-45<br>ENNIS, TX 75119** | **MRS ROLLFORMER TUFF RIB<br>TRIM ROLLFORMER<br>4 PROFILES** | **12/14/2021** | **$190,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.6<br>3. | **FM FORKLIFT** | **2005 FORKLIFT** | **12/16/2021** | **$5,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.6<br>4. | **SFR WHOLESALE** | **FORD EDGE VIN 7080<br>FORD EDGE VIN 2117** | **12/22/2021** | **$52,250.00** |
| | Relationship to debtor<br>**NONE** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.6<br>5. | RP PRO EQUIPMENT INC | 2007 MOFFET | 12/29/2021 | $30,000.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.6<br>6. | JOHN TRUEAX | 2008 PJ 20' DECKOVER | 01/03/2022 | $3,900.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.6<br>7. | GENPRO ENERGY<br>SOLUTIONS LLC | RACKING | 01/05/2022 | $4,800.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.6<br>8. | RAINTITE ROOFING | ACCESSORY SHELVES | 01/06/2022 | $320.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.6<br>9. | NORTH SKY BUILDING<br>PRODUCTS | ACCESSORY SHELVES | 01/07/2022 | $320.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.7<br>0. | ACME SHEET METAL | 2 CART LIFTS<br>2 SHEAR CARTS<br>2 SINGLE SIDE RACKING<br>2 DOUBLE SIDE RACKING | 01/07/2022 | $4,000.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.7<br>1. | KEVIN DONAHUE | IN HOUSE EQUIPMENT SALE | 01/10/2022 | $120.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.7<br>2. | UNKNOWN | IN HOUSE EQUIPMENT CASH SALE | 01/10/2022 | $60.00 |
| | Relationship to debtor<br>NONE | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.7<br>3. | **COUNTRY ESTATES LLC** | **2015 FREIGHTLINER VIN 9953** | **01/13/2022** | **$61,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.7<br>4. | **BEAU BURDICK** | **2015 RAM 1500 VIN 8151** | **01/14/2022** | **$27,500.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.7<br>5. | **UNKNOWN** | **SF LIQUIDATION STUFF** | **01/17/2022** | **$5,875.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.7<br>6. | **UNKNOWN (CASH )** | **MISC STUFF** | **01/18/2022** | **$25.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.7<br>7. | **HARRY WALL** | **MISC STUFF** | **01/20/2022** | **$170.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.7<br>8. | **F-M FORKLIFT, INC** | **PURCHASE OF HYSTER LIFT TRUCK SN:<br>G004V03023E** | **01/21/2022** | **$7,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.7<br>9. | **F-M FORKLIFT SALES &<br>SERVICE INC** | **TOYOTA FORKLIFT 8FGCU25** | **01/21/2022** | **$9,000.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.8<br>0. | **RAINTITE ROOFING** | **A FRAME RACKS** | **01/21/2022** | **$400.00** |
| | Relationship to debtor<br>**NONE** | | | |
| 13.8<br>1. | **BARNS BY DESIGN** | **ASSET SALE RACKS<br>TRIM CARTS<br>BROWN SHELVING** | **01/24/2022** | **$2,800.00** |
| | Relationship to debtor<br>**NONE** | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.8<br>2. | **SUNDANCE CUSTOM STEEL** | **BLACKHAWK - RACKS** | **01/25/2022** | **$1,600.00** |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.8<br>3. | **MATT** | **3 SHELVES AND FLAMMABLE CABINET** | **01/28/2022** | **$410.00** |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.8<br>4. | **CORY** | **LOCKERS** | **01/28/2022** | **$150.00** |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.8<br>5. | **DAVE LITTLE** | **ASSET SALE REFRIGERATOR & RADIO** | **01/28/2022** | **$70.00** |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.8<br>6. | **UNKNOWN (CASH)** | **DESK** | **02/01/2022** | **$60.00** |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.8<br>7. | **DYLAN** | **DESK** | **02/02/2022** | **$300.00** |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.8<br>8. | **UNITED FINANCIAL GROUP,<br>INC** | **TITAN II TUFF RIB ROLL FORMER<br>SCHECHTL 10' BRAKE<br>TENNISMITH SHEAR<br>MOFFET<br>TOYOTA FORKLIFT** | **02/02/2022** | **$272,000.00** |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.8<br>9. | **UNKNOWN** | **BILLINGS LIQUIDATION CASH SALES** | **02/04/2022** | **$250.00** |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.9<br>0. | **UNKNOWN** | **BILLINGS LIQUIDATION CASH SALES** | **02/11/2022** | **$75.00** |
| | **Relationship to debtor**<br>**NONE** | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.9.1. | **NICK** | **DESK** | **02/11/2022** | **$240.00** |
| | **Relationship to debtor** NONE | | | |
| 13.9.2. | **HARRY WALL** | **BILLINGS LIQUIDATION** | **02/11/2022** | **$100.00** |
| | **Relationship to debtor** NONE | | | |
| 13.9.3. | **MIRAMAC METALS INC** | **SALE OF CASPER RACKS** | **02/11/2022** | **$9,500.00** |
| | **Relationship to debtor** NONE | | | |
| 13.9.4. | **WITT CROWSER** | **ASSET SALE BLACKHAWK SHED** | **02/16/2022** | **$2,500.00** |
| | **Relationship to debtor** NONE | | | |
| 13.9.5. | **UNKNOWN** | **BILLINGS LIQUIDATION CASH SALES** | **02/18/2022** | **$385.00** |
| | **Relationship to debtor** NONE | | | |
| 13.9.6. | **UNKNOWN** | **BILLINGS LIQUIDATION CASH SALES** | **02/18/2022** | **$2,205.00** |
| | **Relationship to debtor** NONE | | | |
| 13.9.7. | **CASPER HOUSING AUTHORITY** | **TRIM RACKS** | **02/24/2022** | **$400.00** |
| | **Relationship to debtor** NONE | | | |
| 13.9.8. | **ROBERT COCKRAM** | **FLAT RACK** | **03/11/2022** | **$300.00** |
| | **Relationship to debtor** NONE | | | |
| 13.9.9. | **DAN MASON** | **RACKING** | **03/21/2022** | **$120.00** |
| | **Relationship to debtor** NONE | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>00. | **RESIDENTIAL<br>ROOFING/BEARTOOTH<br>METAL ROOF** | **NEWTECH SSQ SS MACHINE<br>SERIAL#SSQ8550918** | 10/13/2022 | $28,981.90 |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.1<br>01. | **VALLEY METAL BUILDINGS<br>INC** | **SPREADER BAR** | 03/24/2022 | $650.00 |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.1<br>02. | **ANDREW EINBODEN** | **RACKS, LADDER, WHEEL BARROW** | 03/28/2022 | $280.00 |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.1<br>03. | **UNKNOWN** | **BILLINGS LIQUIDATION CASH SALES** | 04/18/2022 | $120.00 |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.1<br>04. | **HARRY WALL** | **TOOLS** | 04/20/2022 | $300.00 |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.1<br>05. | **UNKNOWN (CASH)** | **RACK AND MISC ITEMS FROM BILLINGS<br>LIQUIDATION** | 05/02/2022 | $3,260.40 |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.1<br>06. | **PROTECH STEEL** | **1. NEWTECH SSQ2 STANDING SEAM<br>PACKAGE S/N: 0831019<br>1. TEXAS PRIDE TRAILER** | 07/12/2022 | $125,000.00 |
| | **Relationship to debtor**<br>**NONE** | | | |
| 13.1<br>07. | **BILL LAU** | **1 SKID STEER PALLET FORKS** | 07/22/2022 | $500.00 |
| | **Relationship to debtor**<br>**NONE** | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 08. | **PROTECH STEEL** | **SALE OF TRIM CART** | **08/22/2022** | **$100.00** |
| | Relationship to debtor **NONE** | | | |
| 13.1 09. | **JASON HICKS** | **2018 RAM VIN 1694** | **11/30/2022** | **$28,500.00** |
| | Relationship to debtor **NONE** | | | |
| 13.1 10. | **RED RIVER MACHINERY INC 2601 N HWY 45 ENNIS, TX 75119** | **RED RIVER MACHINERY-HEMPRO** | **12/13/2022** | **$17,000.00** |
| | Relationship to debtor **NONE** | | | |
| 13.1 11. | **TIM THORMAHLEN** | **HAND CART** | **12/13/2022** | **$21.52** |
| | Relationship to debtor **NONE** | | | |
| 13.1 12. | **NORTHERN LITES CO.** | **6 CARTS, MAN BASKET** | **12/29/2022** | **$4,000.00** |
| | Relationship to debtor **NONE** | | | |
| 13.1 13. | **SRINIVAS ANDAY 355 DELTA CIR. BILLINGS, MT 59102** | **RAM 1500 PICKUP** | **01/05/2023** | **$12,000.00** |
| | Relationship to debtor **CEO** | | | |
| 13.1 14. | **FRY CONSTRUCTION-FAC** | **GEHL SKID STEER** | **01/10/2023** | **$20,000.00** |
| | Relationship to debtor **NONE** | | | |
| 13.1 15. | **SFR WHOLESALE** | **2019 RAM 1500 PICKUP** | **01/11/2023** | **$13,000.00** |
| | Relationship to debtor **NONE** | | | |
| 13.1 16. | **UNKNOWN** | **SKIDSTEER** | **01/12/2023** | **$15,000.00** |
| | Relationship to debtor **NONE** | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 17. | RESIDENTIAL ROOFING/BEARTOOTH METAL ROOF | DI SEAMER FOR 2" SNAP SEAM | 01/19/2023 | $5,000.00 |
| | Relationship to debtor NONE | | | |
| 13.1 18. | RED RIVER MACHINERY INC 2601 N HWY 45 ENNIS, TX 75119 | SCHLEBACH HEMPRO | 02/03/2023 | $15,000.00 |
| | Relationship to debtor NONE | | | |
| 13.1 19. | UNKNOWN | USED COMPUTER | 02/08/2023 | $50.00 |
| | Relationship to debtor NONE | | | |
| 13.1 20. | MULTI-FAB INC | SIGNODE BANDERS | 02/13/2023 | $9,000.00 |
| | Relationship to debtor NONE | | | |
| 13.1 21. | SALTED METALS LLC | MINI DECOILERS | 02/15/2023 | $2,400.00 |
| | Relationship to debtor NONE | | | |
| 13.1 22. | RESIDENTIAL ROOFING/BEARTOOTH METAL ROOF | ESE MINI DECIUKER | 02/15/2023 | $400.00 |
| | Relationship to debtor NONE | | | |
| 13.1 23. | RESIDENTIAL ROOFING/BEARTOOTH METAL ROOF | SCHECHTL BOX BREAK | 02/21/2023 | $8,000.00 |
| | Relationship to debtor NONE | | | |
| 13.1 24. | PROTECH STEEL | MOFFET, RACKING, TOYOTA FORKLIFT | 02/23/2023 | $100,000.00 |
| | Relationship to debtor NONE | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>25. | NATHAN YODER | FLAT RACK | 02/17/2023 | $1,000.00 |
| | Relationship to debtor<br>NONE | | | |
| 13.1<br>26. | WOLSTEIN CUSTOM<br>BUILDERS INC | SWENSON SHEAR SNAP TABLE AND<br>DIES<br>SWENSON SOFFIT SHEAR | 02/20/2023 | $13,700.00 |
| | Relationship to debtor<br>NONE | | | |

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| PRINCIPALS FINANCIAL GROUP | EIN:  42-1520346 |

Has the plan been terminated?
■ No
☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **RG MEMORIAL FUND (EMPLOYEES OF BRIDGER STEEL)** | **7570 ENTRYWAY DR. BILLINGS, MT 59101** | **EMPLOYEES ESTABLISHED A "RG MEMORIAL FUND" FOR EMPLOYEES NEEDING FINANCIAL HELP DUE TO BILLS. THE CHECKING ACCOUNT IS NOT IN THE NAME OF DEBTOR. THE EMPLOYEES ALSO HAVE VENDING MACHINES LOCATED AT THE BILLINGS LOCATION. THE PROFITS FROM THE VENDING MACHINE GO INTO THE RG MEMORIAL FUND.** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **UNKNOWN** | **1558 AMSTERDAM RD. BELGRADE, MT 59714** | **VENDING MACHINES** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| BIG SKY COIL, LLC<br>1558 AMSTERDAM RD.<br>BELGRADE, MT 59714 | 7570 ENTRYWAY DR.<br>BILLINGS, MT 59101 | 2015 HOMEMADE 16 FT<br>SMOKER TL | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| DENNIS L. JOHNSON<br>8555 CAMP CREEK ROAD<br>MANHATTAN, MT 59741 | 1558 AMSTERDAM RD.<br>BELGRADE, MT 59714 | DEAD ANIMALS: 2<br>ANTELOPE, 8 DEER, 6 ELK, 3<br>MOOSE, 1 CARIBOU, 2 BEAR,<br>1 COYOTE | $0.00 |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  BRIDGER STEEL, INC.<br>1558 AMSTERDAM RD.<br>BELGRADE, MT 59714 | STEEL MANUFACTURING COMPANY | EIN:  90-0639801<br>From-To  12/10/2010 - PRESENT |
| 25.2.  BRIDGER STEEL TRUCKING, LLC<br>1558 AMSTERDAM RD.<br>BELGRADE, MT 59714 | TRUCKING COMPANY | EIN:  20-8726486<br>From-To  3/12/2007 - PRESENT |
| 25.3.  BRIDGER STEEL OF BILLINGS, INC.<br>3205 HESPER RD<br>BILLINGS, MT 59102 | STEEL MANUFACTURING COMPANY | EIN:  20-4072678<br>From-To  1/19/2006 - 12/17/2018 (MERGED WITH BRIDGER STEEL, INC.) |
| 25.4.  BRIDGER STEEL OF HELENA, INC.<br>1558 AMSTERDAM RD.<br>BELGRADE, MT 59714 | STEEL MANUFACTURING COMPANY | EIN:  46-438075<br>From-To  12/26/2013 - 12/17/2018 (MERGED WITH BRIDGER STEEL, INC.) |
| 25.5.  BRIDGER STEEL OF GREAT FALLS, INC.<br>1558 AMSTERDAM RD.<br>MT 59174 | STEEL MANUFACTURING COMPANY | EIN:  46-5650893<br>From-To  5/12/2014 - 12/17/2018 (MERGED WITH BRIDGER STEEL, INC.) |
| 25.6.  BRIDGER STEEL OF SOUTH DAKOTA LLC<br>1558 AMSTERDAM RD.<br>BELGRADE, MT 59714 | STEEL MANUFACTURING COMPANY | EIN:  26-3526024<br>From-To  9/22/2008 - 12/1/2018 (INACTIVE) |
| 25.7.  BRIDGER STEEL CASPER, INC.<br>1558 AMSTERDAM RD.<br>BELGRADE, MT 59714 | STEEL MANUFACTURING COMPANY | EIN:  35-2432414<br>From-To  12/27/2011 - 1/8/2019 (INACTIVE MERGED WITH BRIDGER STEEL, INC.) |
| 25.8.  BRIDGER STEEL OF BELGRADE, INC.<br>1558 AMSTERDAM RD.<br>BELGRADE, MT 59714 | STEEL MANUFACTURING COMPANY | EIN:  81-0524714<br>From-To  4/19/1999 - 12/17/2018 (MERGED WITH BRIDGER STEEL, INC.) |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  EIDE BAILLY<br>401 N 31ST ST.<br>STE 1120<br>BILLINGS, MT 59103 | 2014 - 2023 |

| Name and address | Date of service From-To |
|---|---|
| 26a.2.  **ROBERT F. METTES**<br>**2110 OVERLAND AVENUE**<br>**STE. 122**<br>**BILLINGS, MT 59102** | **9/2021 - PRESENT** |
| 26a.3.  **STEVEN COSTIN**<br>**2110 OVERLAND AVENUE**<br>**STE. 122**<br>**BILLINGS, MT 59102** | **1/2022 - PRESENT** |
| 26a.4.  **ON-LINE BOOK KEEPING** | **2014 - JULY, 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **ROBERT F. METTES**<br>**2110 OVERLAND AVENUE**<br>**STE. 122**<br>**BILLINGS, MT 59102** | **9/2021 - PRESENT** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **STEVEN COSTIN**<br>**2110 OVERLAND AVENUE**<br>**STE. 122**<br>**BILLINGS, MT 59102** | **1/2022 - PRESENT** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **BRIAN CHOUINARD**<br>**2601 SHADOW WOOD TRL**<br>**LAUREL, MT 59044** | **2016- 9/2021**<br>**(ESTIMATE)** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.  **BRUCE KNUDSEN**<br>**7925 FRITZ RD**<br>**LAUREL, MT 59044** | **2015 - 2/3/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **ROBERT F. METTES**<br>**2110 OVERLAND AVENUE**<br>**STE. 122**<br>**BILLINGS, MT 59102** | |
| 26c.2.  **ORACLE NETSUITE**<br>**500 ORACLE PARKWAY**<br>**REDWOOD SHORES, CA 94065** | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| | |
|---|---|
| 26c.3. | **STEVEN COSTIN**<br>**2110 OVERLAND AVENUE**<br>**STE. 122**<br>**BILLINGS, MT 59102** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **PSB CREDIT SERVICES INC.**<br>**P.O. BOX 38**<br>**PRINSBURG, MN 56281** |
| 26d.2. | **NEWPOINT ADVISORS**<br>**1320 TOWER ROAD**<br>**SCHAUMBURG, IL 60173** |
| 26d.3. | **CALRITI STRATEGIC ADVISORS**<br>**150 KING STREET WEST**<br>**SUITE 802**<br>**TORONTO, CA** |
| 26d.4. | **TAX GUARD**<br>**10355 WESTMOOR DRIVE**<br>**SUITE 101**<br>**BROOMFIELD, CO 80021** |
| 26d.5. | **MAJESTIC STEEL**<br>**PO BOX 1450**<br>**MINNEAPOLIS, MN 55485-6118** |
| 26d.6. | **AMERICAN BANK**<br>**1632 W MAIN ST**<br>**BOZEMAN, MT 59715** |
| 26d.7. | **VERSAPAY**<br>**3340 PEACHTREE RD NE**<br>**#2600**<br>**ATLANTA, GA 30326** |
| 26d.8. | **COMMERCIAL FINANCE PARTNERS**<br>**1200 NORTH FEDERAL HIGHWAY**<br>**SUITE #201**<br>**BOCA RATON, FL 33432** |
| 26d.9. | **ONLINE BOOKKEEPING**<br>**PO BOX 177**<br>**ERIE, CO 80516** |
| 26d.10. | **EIDE BAILLY LLP**<br>**401 N. 31st St, Ste. 1120**<br>**PO Box 7112**<br>**Billings, MT 59103-7112** |
| 26d.11. | **CARRERA CAPITAL GROUP**<br>**2083 CONEY ISLAND AVE**<br>**BROOKLYN, NY 11223** |
| 26d.12. | **AMERISOURCE FUNDING INC.**<br>**7225 LANGTRY STREET**<br>**HOUSTON, TX 77040** |

| **Name and address** |
|---|

**26d.13.**    **CLEARFUND**
99 WALL STREET
STE #2613
NEW YORK, NY 10005

**26d.14.**    **ADVANCED FUNDING NETWORK**
460 KINGS HWY
STE 2
BROOKLYN, NY 11223

**26d.15.**    **ACCORD FINANCIAL**
1639 11TH STREET
SUITE 160
SANTA MONICA, CA 90404

**26d.16.**    **LCF GROUP**
3000 MARCUS AVE
STE 2W15
NEW HYDE PARK, NY 11042

**26d.17.**    **GARRINGTON CAPITAL GROUP**
570 LAKE COOK RD
STE 120
DEERFIELD, IL 60015

**26d.18.**    **ACE ROOFING LLC**
P.O. BOX 405
WILSALL, MT 59086

**26d.19.**    **DOUG MCINNIS**
8321 HILL RD
KLAMATH FALLS, OR 97603

**26d.20.**    **ACCESS BUSINESS FINANCE**
14205 SE 36TH ST
STE 350
BELLEVUE, WA 98006

**26d.21.**    **ANDERSON GROUP**
2151 CENTRAL AVENUE
SAINT PETERSBURG, FL 33713

**26d.22.**    **BLACKSTREET**
7250 WOODMONT AVE
SUITE 210
BETHESDA, MD 20814

**26d.23.**    **CAPITALPLUS CONSTRUCTION SERVICE**
2510 SOWAY RD
KNOXVILLE, TN 37931

**26d.24.**    **ECAPITAL**
20807 BISCAYNE BLVD
STE 203
AVENTURA, FL 33180

**26d.25.**    **GORDON BROTHERS COMMERCIAL & INDUSTRIAL**
800 BOYLSTON ST
27TH FLOOR
BOSTON, MA 02199

**Name and address**

26d.26.    **MOBILIZATION FUNDING**
**8902 N DALE MABRY HWY**
**STE 200**
**TAMPA, FL 33614**

26d.27.    **NEW BLUEPRINT**
**4192 LONG BRANCH DR**
**MARIETTA, GA 30066**

26d.28.    **IRON HORSE**
**6620 SOUTHPOINT DRIVE SOUTH**
**STE 230**
**JACKSONVILLE, FL 32216**

26d.29.    **RANCH CREEK PARTNERS**
**19020 NE 84TH ST**
**REDMOND, WA 98053**

26d.30.    **ROSENTHAL**
**3379 PEACHTREE RD**
**STE 330**
**ATLANTA, GA 30326**

26d.31.    **SANDTON CAPITAL SOLUTIONS MASATER FUND V**
**16 WEST 46TH ST**
**11TH FLOOR**
**NEW YORK, NY 10036**

26d.32.    **THREE LINE**
**5570 DTC PARKWAY**
**STE 150**
**GREENWOOD VILLAGE, CO 80111**

26d.33.    **TRANSPORTATION ALLICANCE BANK**
**4182 HARRISON BLVD**
**OGDEN, UT 84403**

26d.34.    **VFI CORP FINANCIAL**
**2800 EAST COTTONWOOD PARKWAY**
**2ND FLOOR**
**SALT LAKE CITY, UT 84121**

26d.35.    **HILCO COMMERCIAL INDUSTRIAL LLC**
**5 REVERE DR**
**STE 206**
**NORTHBROOK, IL 60062**

26d.36.    **CORNERSTONE BUILDING BRANDS**
**13105 NORTHWEST FREEWAY**
**SUITE 500**
**HOUSTON, TX 77040**

26d.37.    **AXIOM CONSTRUCTION LLC**
**1840 FRONT ST**
**LYNDEN, WA 98264**

26d.38.    **OLD COUNTRY MILLWORK**
**5855 Hopper Ave**
**Los Angeles, CA 90001-1961**

26d.39.    **VALIANT CAPITAL**
**1819 ST JAMES**
**HOUSTON, TX 77056**

| Name and address |
|---|
| 26d.40.    **NOLE HOLDING LLC**<br>**701 BRICKELL KEY BLVD**<br>**UNIT CU-02**<br>**MIAMI, FL 33131** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **SHAWN PRATT** | **12/31/2022** | **$797,273.95 - COST** |

| Name and address of the person who has possession of inventory records |
|---|
| **BRIDGER STEEL INC.**<br>**2110 OVERLAND AVENUE**<br>**STE. 122**<br>**BILLINGS, MT 59102** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **DENNIS L. JOHNSON** | **8555 CAMP CREEK ROAD**<br>**MANHATTAN, MT 59741** | **PRESIDENT** | **35 PERCENT** |
| **SRINIVAS ANDAY** | **355 DELTA CIR.**<br>**BILLINGS, MT 59102** | **CEO** | **15 PERCENT** |
| **GREGORY A. BANKERT** | **106 TANA LN**<br>**BILLINGS, MT 59106** | **COO** | **10 PERCENT** |
| **MICHAEL DUFRESNE** | **5632 PHANTOM CREEK AVENEUE**<br>**BILLINGS, MT 59106** | **CSMO** | **5 PERCENT** |
| **ROBERT F. METTES** | **P.O. BOX 2170**<br>**RED LODGE, MT 59068** | **CPQFO AND SECRETARY** | **5 PERCENT** |
| **PSB CREDIT SERVICES INC.** | **P.O. BOX 38**<br>**PRINSBURG, MN 56281** | | **30 PERCENT** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **SRINIVAS ANDAY**<br>**355 DELTA CIR.**<br>**BILLINGS, MT 59102** | **$373.95** | **2/1/2022 -**<br>**2/10/2023** | **CELL PHONE REIMBURSEMENT** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.2. | **SRINIVAS ANDAY**<br>**355 DELTA CIR.**<br>**BILLINGS, MT 59102** | **$464.74** | **2/1/2022 -**<br>**2/10/2022** | **GYM MEMBERSHIP REIMBURSEMENT** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.3. | **SRINIVAS ANDAY**<br>**355 DELTA CIR.**<br>**BILLINGS, MT 59102** | **$167,078.83** | **2/1/2022 -**<br>**2/10/2023** | **WAGES** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.4. | **GREGORY A. BANKERT**<br>**106 TANA LN**<br>**BILLINGS, MT 59106** | **$373.95** | **2/1/2022 -**<br>**2/10/2023** | **CELL PHONE REIMBURSEMENT** |
| | **Relationship to debtor**<br>**COO** | | | |
| 30.5. | **GREGORY A. BANKERT**<br>**106 TANA LN**<br>**BILLINGS, MT 59106** | **$147,150.83** | **2/1/2022 -**<br>**2/10/2023** | **WAGES** |
| | **Relationship to debtor**<br>**COO** | | | |
| 30.6. | **MICHAEL DUFRESNE**<br>**5632 PHANTOM CREEK AVENEUE**<br>**BILLINGS, MT 59106** | **$373.95** | **2/1/2022 -**<br>**2/10/2023** | **CELL PHONE REIMBURSEMENT** |
| | **Relationship to debtor**<br>**CSMO** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **MICHAEL DUFRESNE**<br>**5632 PHANTOM CREEK**<br>**AVENEUE**<br>**BILLINGS, MT 59106** | **$91,263.61** | **2/1/2022 -**<br>**2/23/2022** | **WAGES** |
| | **Relationship to debtor**<br>**CSMO** | | | |
| 30.8. | **ROBERT F. METTES**<br>**P.O. BOX 2170**<br>**RED LODGE, MT 59068** | **$373.95** | **2/1/2022 -**<br>**2/10/2023** | **CELL PHONE REIMBURSEMENT** |
| | **Relationship to debtor**<br>**CPQFO** | | | |
| 30.9. | **ROBERT F. METTES**<br>**P.O. BOX 2170**<br>**RED LODGE, MT 59068** | **$117,147.59** | **2/1/2022 -**<br>**2/23/2022** | **WAGES** |
| | **Relationship to debtor**<br>**CPQFO** | | | |
| 30.10. | **DENNIS L. JOHNSON**<br>**8555 CAMP CREEK ROAD**<br>**MANHATTAN, MT 59741** | **$87,423.69** | **2/1/2022 -**<br>**2/10/2023** | **WAGES** |
| | **Relationship to debtor**<br>**PRESIDENT** | | | |
| 30.11. | **SRINIVAS ANDAY**<br>**355 DELTA CIR.**<br>**BILLINGS, MT 59102** | **$7,269.21** | **1/1/2022 -**<br>**2/10/2023** | **VEHICLE COMPENSATION** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.12. | **GREGORY A. BANKERT**<br>**106 TANA LN**<br>**BILLINGS, MT 59106** | **$2,961.53** | **1/1/2022 -**<br>**2/10/2023** | **VEHICLE COMPENSATION** |
| | **Relationship to debtor**<br>**COO** | | | |
| 30.13. | **GREGORY A. BANKERT**<br>**106 TANA LN**<br>**BILLINGS, MT 59106** | **$30,000.00** | **1/1/2022 -**<br>**2/10/2023** | **MOVING EXPENSES REIMBURSEMENT** |
| | **Relationship to debtor**<br>**COO** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 4. | **MICHAEL DUFRESNE 5632 PHANTOM CREEK AVENEUE BILLINGS, MT 59106**<br><br>**Relationship to debtor CMSO** | **$8,100.00** | **2/1/2022 - 2/10/2023** | **VEHICLE COMPESATION** |
| 30.1 5. | **ROBERT F. METTES P.O. BOX 2170 RED LODGE, MT 59068**<br><br>**Relationship to debtor CPQFO** | **2,961.53** | **2/1/2022 - 2/10/2023** | **VEHICLE COMPENSATION** |
| 30.1 6. | **DENNIS L. JOHNSON 8555 CAMP CREEK ROAD MANHATTAN, MT 59741**<br><br>**Relationship to debtor PRESIDENT** | **$114,980** | **3/4/2022 - 1/3/2023** | **COMPENSATION TO DENNIS JOHNSON** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2023**

**/s/ DENNIS L. JOHNSON**                                       **DENNIS L. JOHNSON**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Montana

In re   **BRIDGER STEEL, INC.**           Case No.   **2:23-bk-20019**

Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 16,857.00 |
| Prior to the filing of this statement I have received | $ | 16,857.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **General bankruptcy counsel, examination of claims, preparation of plan and disclosure statement, etc.**

      **James A. Patten is the lead attorney with an hourly rate of $400.00. Molly S. Considine is an associate attorney and her hourly rate is $275.00. The hourly rates of the other attorneys in the office range from $175.00 - $385.00. The hourly rates of the paralegals working on this case range from $90.00 to $195.00.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 6, 2023**
*Date*

/s/ JAMES A. PATTEN
**JAMES A. PATTEN 1191**
*Signature of Attorney*
**PATTEN PETERMAN BEKKEDAHL**
**& GREEN**
**2817 2ND AVENUE N, ST 300**
**BILLINGS, MT 59101**
**406-252-8500  Fax: 406-294-9500**
**apatten@ppbglaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Montana

In re   **BRIDGER STEEL, INC.**      Case No.   **2:23-bk-20019**

Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DENNIS L. JOHNSON**<br>**8555 CAMP CREEK ROAD**<br>**MANHATTAN, MT 59741** | | | **35 PERCENT** |
| **GREGORY A. BANKERT**<br>**106 TANA LN**<br>**BILLINGS, MT 59106** | | | **10 PERCENT** |
| **MICHAEL DUFRESNE**<br>**5632 PHANTOM CREEK AVENEUE**<br>**BILLINGS, MT 59106** | | | **5 PERCENT** |
| **PSB CREDIT SERVICES INC.**<br>**P.O. BOX 38**<br>**PRINSBURG, MN 56281** | | | **30 PERCENT** |
| **ROBERT F. METTES**<br>**P.O. BOX 2170**<br>**RED LODGE, MT 59068** | | | **5 PERCENT** |
| **SRINIVAS ANDAY**<br>**355 DELTA CIR.**<br>**BILLINGS, MT 59102** | | | **15 PERCENT** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 6, 2023**      Signature   **/s/ DENNIS L. JOHNSON**

**DENNIS L. JOHNSON**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Montana

In re __BRIDGER STEEL, INC.__

Debtor(s)

Case No. __2:23-bk-20019__

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __BRIDGER STEEL, INC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 6, 2023__

Date

**/s/ JAMES A. PATTEN**

**JAMES A. PATTEN 1191**

Signature of Attorney or Litigant

Counsel for __BRIDGER STEEL, INC.__

**PATTEN PETERMAN BEKKEDAHL**
**& GREEN**
**2817 2ND AVENUE N, ST 300**
**BILLINGS, MT 59101**
**406-252-8500 Fax:406-294-9500**
**apatten@ppbglaw.com**