James A. Patten (MT Bar No. 1191)
Molly S. Considine (MT Bar No. 13800)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
2817 2nd Avenue North, Suite 300
Billings, MT 59101
Telephone: (406) 252-8500
Facsimile: (406) 294-9500
Email: apatten@ppbglaw.com
      mconsidine@ppbglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>BRIDGER STEEL, INC.,<br><br>Debtor. | Case No. 2:23-bk-20019-BPH<br><br>**DECLARATION OF SRINIVAS ANDAY** |
|---|---|

SRINIVAS ANDAY makes the following Declaration under the penalty of perjury:

1. I am Srinivas Anday. I am the Chief Executive Officer of Bridger Steel, Inc. for the past 14 months.

2. I have a Masters Degree in Engineering Management from University of Tennessee (Knoxville, TN -1993) and a Bachelor's Degree in Engineering from Osnania University (Hyderabad, India – 1985).

3. In the event Bridger Steel is not able to pay its payroll, or provide definitive assurance of payment, on March 17, 2023, I expect that Bridger Steel will lose employees with specific skill sets in (i) bending and cutting metal, (ii) designing the proper roofing and siding, (iii) estimation of cost of roofing and siding, and (iv) selling appropriate roofing and siding materials including gauge, color and timing of delivery of the appropriate roofing and siding material.

4. The loss of such skilled employees will adversely affect Bridger Steel's ability to sell and deliver appropriate metal roofing and siding materials will result in substantially

1

lower sales volume, increased risk of mis-designed and fabricated material, increase risk of warranty violations, among other things.

5. Cumulatively, the consequence of the loss of such skilled employees will frustrate and materially impair Bridger Steel's efforts to efficiently reorganize, to maximize the payment to unsecured claims, and to otherwise satisfy the maximization of the Bridger Steel bankruptcy estate.

So declared this 14th day of March, 2023 at Billings, Montana.

_____   3/14/23
Srinivas Anday