# Exhibit C

| | | 2023 March | 2023 April | 2023 May | 2023 June | 2023 July | 2023 August | 2023 September | 2023 October | 2023 November | 2023 December | BOY 2023 |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | **OPERATIONS Cash In** | | | | | | | | | | | |
| 70% | Accrued Sales - Commercial | $ 140,000 | $ 751,917 | $ 1,412,932 | $ 1,728,334 | $ 1,788,550 | $ 1,982,323 | $ 1,727,324 | $ 1,905,849 | $ 1,377,326 | $ 1,076,198 | $ 13,890,754 |
| 30% | Accrued Sales - Residential | $ 60,000 | $ 322,250 | $ 605,542 | $ 740,714 | $ 766,522 | $ 849,567 | $ 740,282 | $ 816,793 | $ 590,283 | $ 461,228 | $ 5,953,180 |
| 25% | A/R - Commercial | $ 35,000 | $ 187,979 | $ 353,233 | $ 432,083 | $ 447,138 | $ 495,581 | $ 431,831 | $ 476,462 | $ 344,332 | $ 269,049 | |
| | Deposits -Commercial | $ 105,000 | $ 563,938 | $ 1,059,699 | $ 1,296,250 | $ 1,341,413 | $ 1,486,742 | $ 1,295,493 | $ 1,429,387 | $ 1,032,995 | $ 807,148 | |
| 25% | A/R - Residential | $ 265,000 | $ 330,563 | $ 151,386 | $ 185,179 | $ 191,630 | $ 212,392 | $ 185,070 | $ 204,198 | $ 147,571 | $ 115,307 | |
| | Deposits - Residential | $ 45,000 | $ 241,688 | $ 454,157 | $ 555,536 | $ 574,891 | $ 637,175 | $ 555,211 | $ 612,594 | $ 442,712 | $ 345,921 | |
| | **Net Cash-In** | $ 450,000 | $ 1,324,167 | $ 2,018,474 | $ 2,469,048 | $ 2,555,072 | $ 2,831,890 | $ 2,467,606 | $ 2,722,642 | $ 1,967,609 | $ 1,537,426 | |
| | **OPERATIONS Cash Out** | | | | | | | | | | | |
| | Steel Spend - On Floor | $ - | | | | | | | | | | |
| 42% | Steel Spend - Commercial | $ 527,800 | $ 784,805 | $ 593,431 | $ 725,900 | $ 751,191 | $ 832,576 | $ 725,476 | $ 800,457 | $ 578,477 | $ 452,003 | |
| 42% | Steel Spend - Residential | $ 226,200 | $ 336,345 | $ 254,328 | $ 311,100 | $ 321,939 | $ 356,818 | $ 310,918 | $ 343,053 | $ 247,919 | $ 193,716 | |
| | Freight (3PL) | $ 6,600 | $ 35,448 | $ 66,610 | $ 81,479 | $ 84,317 | $ 93,452 | $ 81,431 | $ 89,847 | $ 64,931 | $ 50,735 | |
| | Insurance | $ 113,272 | $ 54,986 | $ 54,986 | $ 113,272 | $ 54,986 | $ 55,794 | $ 113,272 | $ 54,986 | $ 54,986 | $ 54,986 | |
| | SG&A | $ 256,794 | $ 154,733 | $ 197,884 | $ 290,121 | $ 164,411 | $ 174,735 | $ 248,121 | $ 164,411 | $ 178,211 | $ 152,011 | |
| | Utilities | $ 23,407 | $ 21,508 | $ 22,092 | $ 20,781 | $ 21,358 | $ 23,477 | $ 21,515 | $ 21,358 | $ 21,358 | $ 21,358 | |
| | Other OPEX | $ 500 | $ 3,500 | $ 3,500 | $ 500 | $ 3,000 | $ 3,500 | $ 3,500 | $ - | $ 3,500 | $ 3,500 | |
| | Payroll | $ 457,426 | $ 468,773 | $ 532,181 | $ 450,373 | $ 450,373 | $ 593,751 | $ 450,373 | $ 450,373 | $ 532,181 | $ 450,373 | |
| | CAPEX | | | $ 25,000 | | $ 25,000 | | $ 25,000 | | $ 25,000 | | |
| | Occupancy Costs | $ 42,905 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | |
| | **Net Cash-Out** | $ 1,654,903 | $ 1,925,045 | $ 1,814,959 | $ 2,058,473 | $ 1,941,523 | $ 2,199,051 | $ 2,044,553 | $ 1,989,433 | $ 1,771,511 | $ 1,443,630 | |
| | **Operational Cash Flows** | $ (1,204,903) | $ (600,878) | $ 203,515 | $ 410,575 | $ 613,549 | $ 632,839 | $ 423,053 | $ 733,209 | $ 196,098 | $ 93,796 | |
| | **FINANCING Cash In** | | | | | | | | | | | |
| | DIP | $ 1,800,000 | | | | | | | | | | |
| | DIP ERC | $ 1,200,000 | | | | | | | | | $ 400,000 | <---This is ERC that comes to BS after loan is paid off (not financed) |
| | **Net Cash- In** | $ 3,000,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 400,000 | |
| | **FINANCING Cash Out** | | | | | | | | | | | |
| | Trustee Fee | $ 28,000 | $ - | $ - | $ 28,000 | $ - | $ 100,000 | $ 28,000 | $ - | $ - | $ - | |
| | Principal - DIP | | | | | | | | | | $ 1,800,000 | need term sheet |
| 12% | Interest - DIP | | | | | | | | | | $ 216,000 | need term sheet |
| | **Net Cash- Out** | $ 28,000 | $ - | $ - | $ 28,000 | $ - | $ 100,000 | $ 28,000 | $ - | $ - | $ 2,016,000 | |
| | **FINANCING Cash Flows** | $ 2,972,000 | $ - | $ - | $ (28,000) | $ - | $ (100,000) | $ (28,000) | $ - | $ - | $ (1,616,000) | $ 1,200,000 |
| | **Net Cash Flows** | $ 1,767,097 | $ (600,878) | $ 203,515 | $ 382,575 | $ 613,549 | $ 532,839 | $ 395,053 | $ 733,209 | $ 196,098 | $ (1,522,204) | $ 2,700,852 |
| | **Cumulative** | $ 1,767,097 | $ 1,166,219 | $ 1,369,733 | $ 1,752,309 | $ 2,365,857 | $ 2,898,696 | $ 3,293,749 | $ 4,026,958 | $ 4,223,056 | $ 2,700,852 | <---This is after 100% DIP loan payment |
| | **Borrowing Base** | | | | | | | | | | | |
| 80% | A/R | $ 212,000 | $ 264,450 | $ 121,108 | $ 148,143 | $ 153,304 | $ 169,913 | $ 148,056 | $ 163,359 | $ 118,057 | $ 92,246 | |
| 70% | Inventory | $ 21,000 | $ 112,788 | $ 211,940 | $ 259,250 | $ 268,283 | $ 297,348 | $ 259,099 | $ 285,877 | $ 206,599 | $ 161,430 | |
| | | $ 233,000 | $ 377,238 | $ 333,048 | $ 407,393 | $ 421,587 | $ 467,262 | $ 407,155 | $ 449,236 | $ 324,655 | $ 253,675 | $ 3,674,249 |

| Row Labels | Sum of Open Amount | Count of 2 |
|---|---|---|
| | 89,024.50 | 4 |
| Architect | 30,909.54 | 3 |
| Commercial | 269,045.68 | 29 |
| Contractor | 967,272.93 | 98 |
| eCommerce | 85,113.91 | 8 |
| Employee | 0.00 | 1 |
| HomeOwner | 621,411.73 | 99 |
| Lumberyard | 21,845.58 | 4 |
| Manufacturer | 0.00 | 1 |
| #N/A | 36,634.41 | 17 |
| **Grand Total** | **2,121,258.28** | **#N/A** |

| | | | | |
|---|---|---|---|---|
| Commercial | 29 | 13% | 269,045.00 | 14% |
| Contractor | 98 | 43% | 967,272.00 | 52% |
| HomeOwner | 99 | 44% | 621,411.00 | 33% |
| | 226 | | 1,857,728.00 | |

| | | 2023 March | 2023 April | 2023 May | 2023 June | 2023 July | 2023 August | 2023 September | 2023 October | 2023 November | 2023 December | BOY 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **OPERATIONS Cash In** | | | | | | | | | | | |
| | Accrued Sales - Commercial | | | | | | | | | | | |
| | Accrued Sales - Residential | $ 200,000 | $ 1,074,167 | $ 2,018,474 | $ 2,469,048 | $ 2,555,072 | $ 2,831,890 | $ 2,467,606 | $ 2,722,642 | $ 1,967,609 | $ 1,537,426 | $ 19,843,934 |
| 25% | A/R - Commercial | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | Deposits -Commercial | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | A/R - Residential | $ 50,000 | $ 268,542 | $ 504,618 | $ 617,262 | $ 638,768 | $ 707,973 | $ 616,901 | $ 680,661 | $ 491,902 | $ 384,356 | |
| | Deposits - Residential | $ 150,000 | $ 805,626 | $ 1,513,855 | $ 1,851,786 | $ 1,916,304 | $ 2,123,918 | $ 1,850,704 | $ 2,041,982 | $ 1,475,707 | $ 1,153,069 | |
| | **Net Cash-In** | $ 200,000 | $ 1,074,167 | $ 2,018,474 | $ 2,469,048 | $ 2,555,072 | $ 2,831,890 | $ 2,467,606 | $ 2,722,642 | $ 1,967,609 | $ 1,537,426 | |
| | **OPERATIONS Cash Out** | | | | | | | | | | | |
| | Steel Spend - On Floor | $ 250,000 | | | | | | | | | | |
| 52% | Steel Spend - Commercial | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 52% | Steel Spend - Residential | $ 104,000 | $ 558,567 | $ 1,049,606 | $ 1,283,905 | $ 1,328,638 | $ 1,472,583 | $ 1,283,155 | $ 1,415,774 | $ 1,023,157 | $ 799,461 | |
| | Freight (3PL) | $ 6,600 | $ 35,448 | $ 66,610 | $ 81,479 | $ 84,317 | $ 93,452 | $ 81,431 | $ 89,847 | $ 64,931 | $ 50,735 | |
| | Insurance | $ 113,272 | $ 54,986 | $ 54,986 | $ 113,272 | $ 54,986 | $ 55,794 | $ 113,272 | $ 54,986 | $ 54,986 | $ 54,986 | |
| | SG&A | $ 256,794 | $ 154,733 | $ 197,884 | $ 290,121 | $ 164,411 | $ 174,735 | $ 248,121 | $ 164,411 | $ 178,211 | $ 152,011 | |
| | Utilities | $ 23,407 | $ 21,508 | $ 22,092 | $ 20,781 | $ 21,358 | $ 23,477 | $ 21,515 | $ 21,358 | $ 21,358 | $ 21,358 | |
| | Other OPEX | $ 500 | $ 3,500 | $ 3,500 | $ 500 | $ 3,000 | $ 3,500 | $ 3,500 | $ - | $ 3,500 | $ 3,500 | |
| | Payroll | $ 457,426 | $ 468,773 | $ 532,181 | $ 450,373 | $ 450,373 | $ 593,751 | $ 450,373 | $ 450,373 | $ 532,181 | $ 450,373 | |
| | CAPEX | | | | | | | | | | | |
| | Occupancy Costs | $ 42,905 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | |
| | **Net Cash-Out** | $ 1,254,903 | $ 1,362,462 | $ 1,991,807 | $ 2,305,378 | $ 2,172,031 | $ 2,482,240 | $ 2,266,314 | $ 2,261,697 | $ 1,943,272 | $ 1,597,372 | |
| | **Operational Cash Flows** | $ (1,054,903) | $ (288,295) | $ 26,667 | $ 163,670 | $ 383,041 | $ 349,650 | $ 201,292 | $ 460,945 | $ 24,337 | $ (59,947) | $ 206,459 |
| | **FINANCING Cash In** | | | | | | | | | | | |
| only on B2B | PO Financing | | | | | | | | | | | |
| | A/R Factoring | | | | | | | | | | | |
| | **Net Cash- In** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | **FINANCING Cash Out** | | | | | | | | | | | |
| | Trustee Fee | $ 28,000 | $ - | $ - | $ 28,000 | $ - | $ 100,000 | $ 28,000 | $ - | $ - | $ - | |
| | Principal - DIP | | | | | | | | | | | need term sheet |
| 12% | Interest - DIP | | | | | | | | | | | need term sheet |
| | **Net Cash- Out** | $ 28,000 | $ - | $ - | $ 28,000 | $ - | $ 100,000 | $ 28,000 | $ - | $ - | $ - | |
| | **FINANCING Cash Flows** | $ (28,000) | $ - | $ - | $ (28,000) | $ - | $ (100,000) | $ (28,000) | $ - | $ - | $ - | $ (184,000) |
| | **Net Cash Flows** | $ (1,082,903) | $ (288,295) | $ 26,667 | $ 135,670 | $ 383,041 | $ 249,650 | $ 173,292 | $ 460,945 | $ 24,337 | $ (59,947) | 22,459 |
| | **Cumulative** | $ (1,082,903) | $ (1,371,198) | $ (1,344,531) | $ (1,208,860) | $ (825,819) | $ (576,169) | $ (402,877) | $ 58,068 | $ 82,405 | $ 22,459 | |
| | **Borrowing Base** | | | | | | | | | | | |
| 80% | A/R | $ 40,000 | $ 214,833 | $ 403,695 | $ 493,810 | $ 511,014 | $ 566,378 | $ 493,521 | $ 544,528 | $ 393,522 | $ 307,485 | |
| 70% | Inventory | $ 70,000 | $ 375,959 | $ 706,466 | $ 864,167 | $ 894,275 | $ 991,162 | $ 863,662 | $ 952,925 | $ 688,663 | $ 538,099 | |
| | | $ 110,000 | $ 590,792 | $ 1,110,161 | $ 1,357,977 | $ 1,405,290 | $ 1,557,540 | $ 1,357,183 | $ 1,497,453 | $ 1,082,185 | $ 845,584 | $ 10,914,164 |

|  | 2023 March | 2023 April | 2023 May | 2023 June | 2023 July | 2023 August | 2023 September | 2023 October | 2023 November | 2023 December | BOY 2023 | Questions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATIONS Cash In** | | | | | | | | | | | | |
| Accrued Sales | $ 200,000 | $ 1,074,167 | $ 2,018,474 | $ 2,469,048 | $ 2,555,072 | $ 2,831,890 | $ 2,467,606 | $ 2,722,642 | $ 1,967,609 | $ 1,537,426 | 19,843,934 | No southern state revenues? |
| A/R | $ 50,000 | $ 268,542 | $ 504,618 | $ 617,262 | $ 638,768 | $ 707,973 | $ 616,901 | $ 680,661 | $ 491,902 | $ 384,356 | | are these realistic terms? |
| Deposits | $ 150,000 | $ 805,626 | $ 1,513,855 | $ 1,851,786 | $ 1,916,304 | $ 2,123,918 | $ 1,850,704 | $ 2,041,982 | $ 1,475,707 | $ 1,153,069 | | no commercial revenue? |
| Net Cash-In | $ 200,000 | $ 1,074,167 | $ 2,018,474 | $ 2,469,048 | $ 2,555,072 | $ 2,831,890 | $ 2,467,606 | $ 2,722,642 | $ 1,967,609 | $ 1,537,426 | | |
| **OPERATIONS Cash Out** | | | | | | | | | | | | |
| Steel Spend | $ 2,100,000 | $ 558,567 | $ 1,049,606 | $ 1,283,905 | $ 1,328,638 | $ 1,472,583 | $ 1,283,155 | $ 1,415,774 | $ 1,023,157 | $ 799,461 | 12,314,846 | 62% why is steel spend so high as % of revenue? |
| Freight (3PL) | $ 6,600 | $ 35,448 | $ 66,610 | $ 81,479 | $ 84,317 | $ 93,452 | $ 81,431 | $ 89,847 | $ 64,931 | $ 50,735 | | |
| Insurance | $ 113,272 | $ 54,986 | $ 54,986 | $ 113,272 | $ 54,986 | $ 55,794 | $ 113,272 | $ 54,986 | $ 54,986 | $ 54,986 | | |
| SG&A | $ 256,794 | $ 154,733 | $ 197,884 | $ 290,121 | $ 164,411 | $ 174,735 | $ 248,121 | $ 164,411 | $ 178,211 | $ 152,011 | | |
| Utilities | $ 23,407 | $ 21,508 | $ 22,092 | $ 20,781 | $ 21,358 | $ 23,477 | $ 21,515 | $ 21,358 | $ 21,358 | $ 21,358 | | |
| Other OPEX | $ 500 | $ 3,500 | $ 3,500 | $ 500 | $ 3,000 | $ 3,500 | $ 3,500 | $ - | $ 3,500 | $ 3,500 | | |
| Payroll | $ 457,426 | $ 468,773 | $ 532,181 | $ 450,373 | $ 450,373 | $ 593,751 | $ 450,373 | $ 450,373 | $ 532,181 | $ 450,373 | 4,836,176 | 24% 29% of sales?? courts will question this |
| Occupancy Costs | $ 42,905 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | $ 64,948 | | |
| Net Cash-Out | $ 3,000,903 | $ 1,362,462 | $ 1,991,807 | $ 2,305,378 | $ 2,172,031 | $ 2,482,240 | $ 2,266,314 | $ 2,261,697 | $ 1,943,272 | $ 1,597,372 | | |
| **Operational Cash Flows** | $ (2,800,903) | $ (288,295) | $ 26,667 | $ 163,670 | $ 383,041 | $ 349,650 | $ 201,292 | $ 460,945 | $ 24,337 | $ (59,947) | $ (1,539,541) | |
| **FINANCING Cash In** | | | | | | | | | | | | |
| Injection | $ 2,100,000 | $ 1,500,000 | $ 2,350,000 | $ 750,000 | $ - | $ - | $ - | $ - | $ - | $ - | | |
| **FINANCING Cash Out** | | | | | | | | | | | | |
| Term Debt, Fees, Interest | $ 28,000 | $ - | $ - | $ 28,000 | $ - | $ 100,000 | $ 28,000 | $ - | $ - | $ - | | need financing charges, why is mgmt fee in here? |
| **FINANCING Cash Flows** | $ 2,072,000 | $ 1,500,000 | $ 2,350,000 | $ 722,000 | $ - | $ (100,000) | $ (28,000) | $ - | $ - | $ - | 6,516,000 | |
| **Net Cash Flows** | $ (728,903) | $ 1,211,705 | $ 2,376,667 | $ 885,670 | $ 383,041 | $ 249,650 | $ 173,292 | $ 460,945 | $ 24,337 | $ (59,947) | 4,976,459 | can't go into negative cash position |
| **Cumulative** | $ (728,903) | $ 482,802 | $ 2,859,469 | $ 3,745,140 | $ 4,128,181 | $ 4,377,831 | $ 4,551,123 | $ 5,012,068 | $ 5,036,405 | $ 4,976,459 | | |
| **Borrowing Base** | | | | | | | | | | | | |
| 80% A/R | $ 40,000 | $ 214,833 | $ 403,695 | $ 493,810 | $ 511,014 | $ 566,378 | $ 493,521 | $ 544,528 | $ 393,522 | $ 307,485 | | |
| 70% Inventory | $ 70,000 | $ 375,959 | $ 706,466 | $ 864,167 | $ 894,275 | $ 991,162 | $ 863,662 | $ 952,925 | $ 688,663 | $ 538,099 | | |
|  | $ 110,000 | $ 590,792 | $ 1,110,161 | $ 1,357,977 | $ 1,405,290 | $ 1,557,540 | $ 1,357,183 | $ 1,497,453 | $ 1,082,185 | $ 845,584 | 10,914,164 | |

| | 2023 March | 2023 April | 2023 May | 2023 June | 2023 July | 2023 August | 2023 September | 2023 October | 2023 November | 2023 December |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales | 200,000.00 | 1,074,167.40 | 2,018,473.79 | 2,469,048.31 | 2,555,072.14 | 2,831,890.03 | 2,467,605.76 | 2,722,642.10 | 1,967,608.89 | 1,537,425.62 |
| A/R | 50,000.00 | 268,541.85 | 504,618.45 | 617,262.08 | 638,768.04 | 707,972.51 | 616,901.44 | 680,660.53 | 491,902.22 | 384,356.41 |
| Deposits | 150,000.00 | 805,625.55 | 1,513,855.34 | 1,851,786.23 | 1,916,304.11 | 2,123,917.52 | 1,850,704.32 | 2,041,981.58 | 1,475,706.66 | 1,153,069.22 |
| Refunds | | | | | | | | | | |
| Injection | 2,100,000.00 | 1,500,000.00 | 2,350,000.00 | 750,000.00 | - | - | - | - | - | - |
| Freight (3PL) | 6,600.00 | 35,447.52 | 66,609.64 | 81,478.59 | 84,317.38 | 93,452.37 | 81,430.99 | 89,847.19 | 64,931.09 | 50,735.05 |
| Insurance | 113,271.86 | 54,986.36 | 54,986.36 | 113,271.86 | 54,986.36 | 55,794.36 | 113,271.86 | 54,986.36 | 54,986.36 | 54,986.36 |
| SG&A | 256,793.73 | 154,732.86 | 197,883.86 | 290,120.93 | 164,411.06 | 174,735.34 | 248,120.93 | 164,411.06 | 178,211.06 | 152,011.06 |
| Utilities | 23,407.18 | 21,508.02 | 22,091.66 | 20,781.08 | 21,358.02 | 23,476.93 | 21,514.72 | 21,358.02 | 21,358.02 | 21,358.02 |
| Other Operating Disbursements | 500.00 | 3,500.00 | 3,500.00 | 500.00 | 3,000.00 | 3,500.00 | 3,500.00 | - | 3,500.00 | 3,500.00 |
| Payroll and Payroll Expenses | 457,425.80 | 468,772.82 | 532,181.28 | 450,372.82 | 450,372.82 | 593,750.77 | 450,372.82 | 450,372.82 | 532,181.28 | 450,372.82 |
| Occupancy Costs | 42,904.50 | 64,947.50 | 64,947.50 | 64,947.50 | 64,947.50 | 64,947.50 | 64,947.50 | 64,947.50 | 64,947.50 | 64,947.50 |
| Term Debt, Fees, Interest, etc. | 28,000.00 | - | - | 28,000.00 | - | 100,000.00 | 28,000.00 | - | - | - |
| STEEL Spend | 2,100,000.00 | 558,567.05 | 1,049,606.37 | 1,283,905.12 | 1,328,637.51 | 1,472,582.81 | 1,283,154.99 | 1,415,773.89 | 1,023,156.62 | 799,461.32 |
| Total Disbursements | 3,028,903.07 | 1,362,462.13 | 1,991,806.67 | 2,333,377.91 | 2,172,030.65 | 2,582,240.08 | 2,294,313.81 | 2,261,696.84 | 1,943,271.93 | 1,597,372.13 |
| Net Cash Flow | (728,903.07) | 1,211,705.27 | 2,376,667.12 | 885,670.41 | 383,041.49 | 249,649.94 | 173,291.94 | 460,945.26 | 24,336.95 | (59,946.51) |
| Cumulative Net Cash Flow | (728,903.07) | 482,802.20 | 2,859,469.32 | 3,745,139.73 | 4,128,181.22 | 4,377,831.16 | 4,551,123.10 | 5,012,068.36 | 5,036,405.31 | 4,976,458.80 |

| | JAN | FEB | MARCH | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Most Conservative w/o Marketing | $671,384 | $604,246 | $876,156 | $1,074,167 | $1,076,316 | $1,313,105 | $1,554,717 | $1,684,224 | $1,374,327 | $1,399,477 | $1,045,130 | $606,175 | |
| Orange | $674,200 | $751,665 | $200,000 | $1,074,167 | $1,722,105 | $2,100,968 | $2,487,546 | $2,694,759 | $2,198,923 | $2,239,164 | $1,672,207 | $969,880 | $ 18,785,586.50 |
| Average | $672,466 | $751,665 | $200,000 | $1,074,167 | $2,018,474 | $2,469,048 | $2,555,072 | $2,831,890 | $2,467,606 | $2,722,642 | $1,967,609 | $1,537,426 | |
| Post Petition Orders only | $672,466 | $751,665 | $200,000 | $751,917.18 | $753,421.02 | $919,173.64 | $1,088,301.59 | $1,178,957.11 | $962,029.00 | $979,634.13 | $731,590.77 | $424,322.65 | |

