Majestic Steel USA Inc.
31099 Chagrin Blvd
Cleveland, OH 44124

Dura Coat Products Inc.
5361 Via Ricardo
Riverside, CA 92509

Old County Millwork
5855 Hopper Ave
Los Angeles, CA 90001

Cascadia Metals
PO Box 1276
Longview, WA 98632

The LCF Group, Inc.
3000 Marcus Avenue, Ste W215
New Hyde Park, NY 11042

Marco Industries Inc.,
4150 100th E Ave
Suite 301
Tulsa, OK 74146

Johnson Family Trust
8555 Camp Creek Road
Manhattan, MT 59741

Sheffield Metals International
PO Box 637438
Cincinnati, OH 45263-7438

Internal Revenue Service,
PO Box 7346
Philadelphia, PA 19101-7346

Microsea System Solutions GMBH (BENDEX)
Handelskai 94-96
A-1200
Millennium Tower
24th Floor
Vienna. Austria

Port of Kalama
110 West Marine Drive
Kalama, WA 98625

Machinery Finance Resources
651 Day Hill Rd.
Windsor, CT 06095

Mitek USA Inc.
4399 Collections Center Drive
Chicago, IL 60693

The Bryer Company
119 Clay Street NW
Auburn, WA 98001

Heritage Woodworks Inc.
738 Riverside Street
Sheridan, WY 82801

Bobcat Sports Properties, LLC
PO Box 843038
c/o Learfield Communications Inc.
Kansas City, MO 64184-3038

Seamless Capital Group
17560 Atlantic Blvd
North Miami Beach, FL 33160

Evergreen Shippers, LLC
13323 N Mayfair Lane
Spokane, WA 99208

Chrysler Capital
PO Box 660335
Dallas, TX 75266

Daimler-Mercedes Benz
Financial Services
1301 E Tower Rd
Schaumburg, IL 60173

Ford Credit
PO Box 650575
Dallas, TX 75265

Highland Capital
5 Center Avenue
Little Falls, NJ 07424

Huntington National Bank
1405 Xenium Ln N
Minneapolis, MN 55441

Machinery Finance Resources
651 Day Hill Rd
Windsor, CT 06095

Midland Equipment Finance
7700 Bonhomme Avenue, Ste. 300
Saint Louis, MO 63105

PSB Credit Services, Inc.
PO Box 38
Prinsburg, MN 56281

Seamless Capital Group
17560 Atlantic Blvd
North Miami Beach, FL 33160

Wells Fargo
800 Walnut St.
4th Floor
Des Moines, IA 50309

BB&T Commercial Equipment Capital
2 Great Valley Parkway
Suite 300
Malvern, PA 19355

Marcella G. Rabinovich
The Feldman Law Firm, P.C.
147 Willis Ave
Mineola, NY 11501

Scott Larison
Lathrop GPM LLP
1010 West St. Germain
Suite 500
Saint Cloud, MN 56301

Capytal Funding
1 Whitehall Street, Suite 200
New York, NY 10004