James A. Patten (ID #1191)
Molly S. Considine (ID # 13800)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 2nd Avenue North, Suite 300
P.O. Box 1239
Billings, MT 59103-1239
Telephone: (406) 252-8500
Fax: (406) 252-8500
Email: apatten@ppbglaw.com
Email: mconsidine@ppbglaw.com

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>BRIDGER STEEL, INC.<br><br>Debtor. | Case No. 2:23-bk-20019-BPH |
| **MOTION TO VACATE HEARINGS AND NOTICE OF WITHDRAWAL OF (A) MOTION TO INCUR DEBT PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 361 AND 364 AND BANKRUPTCY RULES 2002, 4001, AND 9014 FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING (ECF NO. 89), AND (B) MOTION TO SELL PROPERTY OUTSIDE THE ORDINARY COURSE OF BUSINESS (ECF NO. 43)** | |

BRIDGER STEEL, INC., Debtor and Debtor-in-Possession ("Bridger Steel"), by and through counsel, James A. Patten, hereby withdraws the Motion to Incur Debt (ECF No. 89) and the Motion to Sell Property (ECF No. 43); Bridger Steel further moves to vacate the hearings scheduled on both motions as the withdrawal of the Motions leave nothing to hear. The Motion to Incur Debt is scheduled for hearing on May 22, 2023 (ECF No. 138) and the Motion to Sell Property is scheduled for hearing on June 7, 2023 (ECF No. 77).

1

Dated this 16th day of May, 2023.

                          PATTEN, PETERMAN, BEKKEDAHL
                             & GREEN, P.L.L.C.
                          2817 Second Ave. North, Suite 300
                          P.O. Box 1239
                          Billings, MT 59101

                          By:   /s/JA Patten
                                James A. Patten
                                Attorney for Debtor

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify, under penalty of perjury, that on the 16th day of May, 2023, a copy of the foregoing was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

| | |
|---|---|
| Brett R. Cahoon | Brett.R.Cahoon@usdoj.gov |
| Scott Larison (PSB) | scott.larison@lathropgpm.com |
| Sean O'Brien (Capytal) | sean.obrien@newcocapitalgroup.com |
| Issac H. Greenfield (Seamless) | info@greenfieldlawpllc.com |
| Marcella G. Rainovich (LCF) | MGR@feldmanlegal.com |
| Steven Berkovitch (CF) | steven@bblawpllc.com |
| Lisa Luedtke (MFR) (regional manager) | lluedtke@mfresources.com |
| Matt Jacobs (Midland) | mjacobs@orionfirst.com |
| Christopher Meyer (Majestic Steel USA) | cmeyer@majesticsteel.com |
| Jorge Perez (Dura Coat) | Jorge.Perez@axalta.com |
| Tim Kilgallon (Old23- Country) | tim@e-ocm.com |
| Danny Younce (Cascadia Metals) | dannyy@cmetals.com |
| Karen Jackson (Marco Industries Inc.) | kjackson@marcoindustries.com |
| Malcolm Goodrich and Dennis Johnson (Johnson Family Trust) | DennisJohnson@bridgersteel.com malcolm@goodrichreely.com |
| Kim Thornton (Shefffield Metals International) | kthornton@sheffieldmetals.com |
| Erin Yakovich (Port of Kalama) | eyakovich@portofkalama.com |
| Taryn Tegethoff (Mitek USA Inc.) | taryn.tegethoff@mii.com |
| David Soles (The Bryer Company) | David.Soles@seattle-law.com |

| Roger Wexelberg (Bobcat Sports Properties LLC) | rwexelberg@bobcatsportsproperties.com |
|---|---|
| Konstantine Uniyat (Evergreen) | kon@EvergreenShippers.com |

See attached mailing matrix
*The attached list will not be mailed out to creditors but will be on file with the United States Bankruptcy Court. A copy will be provided upon request

/s/JA Patten
Patten, Peterman, Bekkedahl & Green, PLLC